## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave by Local Rules 83.12 through 83.14.

In the Matter of

AYANNA WALKER, Plaintiff v.
CALUMET CITY, ILLINOIS, Defendant.

07cv6148
JUDGE SHADUR
MAG. JUDGE VALDEZ

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: JH

Plaintiff, AYANNA WALKER

FILED
J.N
OCT 3 1 2007
Oct. 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Patrick T. Nash | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Grippo & Elden LLC | |
| STREET ADDRESS 111 South Wacker Drive | |
| CITY/STATE/ZIP Chicago, Illinois, 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6207441 | TELEPHONE NUMBER (312) 704-7700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |