## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted le~~ ~~ ~~provided for~~ by Local Rules 83.12 through 83.14.

07cv6148
JUDGE SHADUR
MAG. JUDGE VALDEZ

In the Matter of
AYANNA WALKER, Plaintiff
v.
CALUMET CITY, ILLINOIS, Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff, AYANNA WALKER

**FILED**

J N
OCT 3 1 2007
Oct. 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) <br> Maggie M. Hanel | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ | |
| FIRM <br> Grippo & Elden LLC | |
| STREET ADDRESS <br> 111 South Wacker Drive; 51st Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286328 | TELEPHONE NUMBER <br> (312) 704-7700 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐