IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AYANNA WALKER, | ) | |
|         *Plaintiff*, | ) | Case No. 07 C 6148 |
| v. | ) | |
| CALUMET CITY, ILLINOIS, | ) | Judge Milton I. Shadur |
|         *Defendant*. | ) | |

**FILED**
OCT. 31, 2007 ,JH.
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

To:  John B. Murphey                Mark H. Sterk
      Rosenthal Murphey & Coblentz    Odelson & Sterk, Ltd.
      30 North LaSalle Street           3318 West 95th Street
      Suite 1624                           Evergreen Park, Illinois 60805
      Chicago, Illinois 60602

     PLEASE TAKE NOTICE that on November 2, 2007, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur in courtroom 2303 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**, a copy of which is attached hereto.

Dated: October 31, 2007        Respectfully submitted,

                                      AYANNA WALKER

                                      By: _____
                                             One of Her Attorneys

Philip C. Stahl
Patrick T. Nash
Maggie M. Hanel
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700

135696v2

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, an attorney, hereby certify that on October 31, 2007, I caused the foregoing **NOTICE OF MOTION** to be served by Electronic Mail before 4:00 p.m. and by U.S. Mail upon:

> Mark H. Sterk
> Odelson & Sterk, Ltd.
> 3318 West 95th Street
> Evergreen Park, Illinois 60805
> E-mail: msterk@odelsonsterk.com

And by Electronic Mail and Hand Delivery before 4:00 p.m. on:

> John B. Murphey
> Rosenthal, Murphey & Coblentz
> 30 North LaSalle Street
> Suite 1624
> Chicago, IL 60602
> E-mail: jmurphey@rmcj.com

135696v2