**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ayanna Walker
                                Plaintiff,

v.                                                 Case No.: 1:07−cv−06148
                                                    Honorable Milton I. Shadur

Calumet City, Illinois
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, November 2, 2007:

      MINUTE entry before Judge Milton I. Shadur :Motion for TRO and preliminary injunction[8] is entered and continued to November 13, 2007 at 9:30 a.m. Motion hearing held on 11/2/2007 regarding motion for temporary restraining order, motion for preliminary injunction[8] Responses due by 11/8/2007Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.