IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AYANNA WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6148 |
| | ) | |
| v. | ) | |
| | ) | |
| CALUMET CITY, ILLINOIS, | ) | Judge Milton I. Shadur |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

To: John B. Murphey                           Mark H. Sterk
　　Rosenthal Murphey & Coblentz      Odelson & Sterk, Ltd.
　　30 North LaSalle Street                  3318 West 95th Street
　　Suite 1624                                      Evergreen Park, Illinois 60805
　　Chicago, Illinois 60602

　　PLEASE TAKE NOTICE that on November 21, 2007, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur in courtroom 2303 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **PLAINTIFF AYANNA WALKER'S MOTION FOR CLASS CERTIFICATION**, a copy of which is attached hereto.

Dated: November 19, 2007                          Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**AYANNA WALKER**


　　　　　　　　　　　　　　　　　　　　　　　　　　　　By:＿＿/s/ Patrick T. Nash＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　One of Her Attorneys

Philip C. Stahl
Patrick T. Nash
Maggie M. Hanel
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700

138423v1

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, certify that on this 19th day of November, 2007, I served the foregoing **NOTICE OF MOTION** to the following by Electronic Mail Transmission via the ECF System upon:

> Mark H. Sterk
> Odelson & Sterk, Ltd.
> 3318 West 95th Street
> Evergreen Park, Illinois  60805
>
> John B. Murphey
> Rosenthal, Murphey & Coblentz
> 30 North LaSalle Street
> Suite 1624
> Chicago, IL  60602

/s/ Patrick T. Nash
Patrick T. Nash

138423v1