AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

AYANNA WALKER, Plaintiff

CASE NUMBER: **07C 6148**

V.

ASSIGNED JUDGE: **JUDGE SHADUR**

CALUMET CITY, ILLINOIS, Defendant

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE VALDEZ**

TO: (Name and address of Defendant)

Calumet City, Illinois c/o
Gloria L. Dooley
Office of the City Clerk
204 Pulaski Road
Calumet City, Illinois 60409

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Philip C. Stahl
Grippo & Elden, LLC
111 South Wacker Drive, 51st Floor
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____
(By) DEPUTY CLERK

DATE **OCT 31 2007**

IN THE CIRCUIT COURT OF

Ayanna Walker

                                      Plaintiff(s)      |  Court No.: 07 CH 6148

VS.

Calumet City, Illinois

                                        Defendant(s)

## AFFIDAVIT OF SPECIAL PROCESS SERVER

James Van Buskirk, being first duly sworn on oath, deposes and says that he/she was appointed by the court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of Excel Investigations, Department of Professional Regulation number 117-000898.

Type of Process: Corporation Summons and Complaint

Defendant to be served: Calumet City Illinois c/o Gloria L. Dooley-Office of the City Clerk

(SERVED)/NON-SERVED the within named defendant on: 10/31/07 @ 3:09 AM/PM

ADDRESS WHERE ATTEMPTED OR SERVED: 204 Pulaski Road
Calumet City, Illinois 60409

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age 50's  Gender M (F)  Race white  Height 5'5  Weight 150  Hair S&P  Glasses (Y) N

\_\_\_\_\_ **INDIVIDUAL SERVICE** by delivering to the within named defendant a copy of this process personally. The defendant confirmed that she/he resides at the above address.

\_\_\_\_\_ **SUBSTITUTE SERVICE** by leaving a copy of this process at his/her usual place of abode with: _____, (Relationship): _____, a person residing therein who is the age of 13 years or upwards confirmed the defendant resides at the above address and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____.

✓ **CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Elaine Qualkinbush, (Title) Office manager, a person authorized to accept service and informed that person of the contents thereof.

\_\_\_\_\_ **POSTED**

\_\_\_\_\_ **NON-SERVICE** for the reason that after diligent investigation found
_____

Additional Comments
_____

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

Subscribed and sworn before me on this 16th day of Nov ,2007

Signature of Process Server: Jas Va Buskirk

OFFICIAL SEAL
ALITA MCRAE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/16/11

Job ID: 294923

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE: October 31, 2007 |
| NAME OF SERVER (PRINT): James Van Buskirk | TITLE: Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 204 Pulaski Rd Calumet City, IL 60409

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-31-07
Date

Signature of Server: /s/ Jan V. Buskirk

Address of Server: 19150 South 88th Ave, Mokena, IL 60448

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.