**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ayanna Walker
                            Plaintiff,

v.                                          Case No.: 1:07−cv−06148
                                            Honorable Milton I. Shadur

Calumet City, Illinois
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 21, 2007:

    MINUTE entry before Judge Milton I. Shadur :Motion to certify class [20] is entered and continued generally. Status hearing held on 11/21/2007.Status hearing set for 1/16/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.