Exhibit
D



②

# CALUMET CITY FIRE DEPARTMENT

## DEPARTMENT OF INSPECTIONAL SERVICES
### POINT OF SALE TRACKING SHEET

Location of inspection  1604 MEMORIAL DR

Present Zoning  R-3  Aldermanic Ward  4  Sidwell Grid  36-14-126

Court Cases Pending  none

Last Rental Inspection  5/23/03  Units Approved  3 (4 units 1 - o/o)

Last Fire Inspection  6/24/97  Last Building Inspection  6/24/97

Any Previous Modifications/ Additions  none

Current Violations on File?  Rental  No  Fire  No  Health  N/A
Bldg/

Reviewed by:  Housing  8R  Date  Fire  8R  Date

Building  8R  Date  Health  N/A  Date

Inspector Assigned  O RODECK

Conditional Certificate Approved by Dept. Director  Date

Final Inspection Date  5-13-05  Inspector  Daryl Burtoek  #106

Certificate Approval by Dept. Director  Date  5/13/05



# CALUMET CITY FIRE DEPARTMENT
## DEPARTMENT OF INSPECTIONAL SERVICES
### (708) 891-8120
### RESIDENTIAL/MULTIFAMILY P.O.S. INSPECTION

The following is the result of the inspection on the occupancy at *1604 MEMORIAL*. This inspection is not in any way intended to be a complete list of Code or Municipal Ordinance requirements. Our inspection can be substantially limited by access available and stored items or furniture. It is not meant to take the place of private home inspections nor will it cover the same items. Some occupancies may require certifications to be completed on individual systems such as the heating appliances, roofing, or fire protection systems. Specific requirements of the point of sale inspections and limitations is available by referring to Municipal Code Section 6-308 as amended on May 9,1996.The first inspection and subsequent re-inspection is included in the cost. Any additional inspections or failure of owner/agent/designee to appear for a scheduled inspection will require additional fees.

The inspector will note the deficiencies by writing "NO" in the blank in front of the statement and may additionally circle a specific area or make comments. On the back of the inspection sheets is some of the code language that relates to the deficiencies noted by the inspector. The "PM" section refer to the present adopted Property Maintenance Code and the "MC" refers to Municipal Code references. There may be additional Code requirements that explain a deficiency. Non-conforming structures may be subject

Some of the repairs may require registered contractors and permits. If you have any questions about this inspection please call us at (708) 891-8120.

INSPECTOR   *Rodeck*                    1ST INSPECTION DATE  *12-30-03*

I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.
OWNER/AUTHORIZED AGENT IN ATTENDANCE *Sharon Tiller*

PRINTED NAME *Sharon Tiller*

INSPECTOR *Rodeck*             REINSPECTION DATE *1-15-04*   TIME *1:00*
I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.

OWNER/AUTHORIZED AGENT IN ATTENDANCE *Sharon Tiller*

APPROVED FOR CERT. OF COMPLIANCE                DATE *5/13/05*

## GENERAL EXTERIOR

**PM-303.1**    All exterior property and premises shall be maintained in a clean, safe, and sanitary condition. The occupant shall keep that part of the exterior property which such occupant occupies or controls in a clean and sanitary condition.

**PM-303.2**    All premises shall be graded and maintained to prevent the accumulation of stagnant water thereon, or within any structure thereon.

**PM-303.3**    All sidewalks, driveways, parking spaces, and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions. Stairs shall comply with the requirements of Sections PM-304.1 and PM-702.9.

**MC 28-2**    All premises and exterior property shall be maintained free from weeds or plant growth in excess of 6 inches. All noxious weeds shall be prohibited. Weeds shall be defined as all grasses, annual plants, and vegetation, other than trees or shrubs provided; however this term shall not include cultivated flowers and gardens. (Property Maintenance Code covers this item at PM 303.4)

**PM-303.7**    All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound and in good repair.

**PM-304.1**    The exterior of a structure shall be maintained in good repair, structurally sound and sanitary so as not to pose a threat to the public health, safety, or welfare.

**PM-304.2**    Each structure to which a street number is assigned shall have such number displayed in a position easily observed and readable from the public right-of-way. All numbers shall be in Arabic numerals at least 3 inches high and ½ inch stroke. NOTE: This includes garages in alleys.

**PM-304.5**    All exterior walls shall be free from holes, breaks, loose, or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration.

**PM-304.6**    The roof and flashing shall be sound, tight, and not have defects that admit rain. Roof drainage shall be adequate to prevent dampness or deterioration in the walls or interior portion of the structure. Roof water shall not be discharged in a manner that creates a public nuisance. NOTE: These areas are examined from areas not requiring a ladder. The inspectors' approval of this item should not be considered a certification of the roof. The inspectors may require certification or repair of the roof based on their limited observations.

**PM-304.8**    All overhang extensions shall be maintained in good repair and be properly anchored so as to be kept in a safe and sound condition. Summarized – All exposed elements shall be protected from the elements and against decay or rust.

**PM-304.9**    All chimneys shall be maintained structurally safe and sound, and in good repair.

**PM-304.13**    Every window, door and frame shall be kept in sound condition, good repair and weather tight.

**PM-304.13.1**    All glazing materials shall be maintained free from cracks and holes.

**PM-304.13**    All exterior doors and hardware shall be maintained in good condition. Locks at all entrances to dwelling units, rooming units, and guest rooms shall tightly secure the door.

**PM-702.11**    All means of egress doors shall be readily openable from the side from which egress is to be made without the need for keys, special knowledge or effort.

**PM-304.14**    Every basement hatchway shall be maintained to prevent the entrance of rats, rain, and surface drainage water.

**PM-306.1**    All exterior property and premises, and the interior of every structure shall be free from any accumulation of rubbish or garbage.

②

## EXTERIOR OF HOUSE AND GARAGE

1) YES  Are property areas being maintained in a clean, safe, and sanitary condition ?

2) YES  Are private sidewalks, driveways, and similar areas being kept free from trip hazards, large cracks, etc. ?

3) YES  Are the weeds, plant growth, and grasses less than 6 inches ?

4) YES  Are fences, retaining walls, porches, and decks in good repair ?

5) YES  Is the street address posted on the property and visible from the public right of ways such as the street and alley ?

Missing or deficient at   REAR OF GARAGE   HOUSE

6) YES  Are the gutters, siding, fascia, and soffit areas free of peeling paint and deterioration ?

7) YES  Are all the exterior walls and chimneys in good repair ?

8) YES  Is the roof preventing the elements from damaging the structure ?

CERTIFICATION NEEDED YES ____ NO X

9) B  Are all windows, doors, screens, and frames in good repair on the exterior ?

10) YES  Do the exit doors have single keyed locks/dead bolts or is key permanently in place ?

11) YES  Are all light fixtures and electrical outlets in good repair and are outside outlets protected by a ground fault interrupter circuit ?

12) YES  Are all sheds or auxiliary structures in good repair ?

## EXTERIOR COMMENTS

#9 OLDER WINDOWS NEED PAINT

## MAJOR SYSTEMS

**HB9003 & PM 703.5**
Summarized state law. Smoke detectors shall be provided on each level of the occupancy and within 15 feet of bedrooms. In dwelling units with split levels, a smoke detector installed on the upper level shall suffice for the adjacent lower level if the lower level is less than one full story below the upper level.

**PM-704.5**
Clothes dryer venting systems shall be independent of all other systems and shall be vented in accordance with the manufacturers instructions

### PLUMBING

**PM 505.1**
All plumbing fixtures shall be properly installed and maintained in good working order, and shall be kept free from obstructions, leaks and defects and be capable of performing the function for which such plumbing fixtures area designed. All plumbing fixtures shall be maintained in a safe, sanitary, and functional condition.

**PM-506.2**
The water supply shall be maintained free from contamination, and all water inlets for plumbing fixtures shall be located above the flood level rim of the fixture.

**PM-506.4**
Water heating facilities shall be properly installed, maintained, and capable of providing an adequate amount of water to be drawn at every sink, lavatory, bathtub, shower and laundry facility at a temperature of not less than 110 degrees. An approved combination temperature and pressure relief valve discharge pipe shall be properly installed and maintained on water heaters. NOTE: The relief valve discharge pipe must be the proper size, type, and 6-12" from the floor. The venting must be properly installed and without rust and/or negative slope.

**PM-507.1**
All plumbing fixtures shall be properly connected to either a public sewer system or to an approved private sewage disposal system.

### HEATING

**PM-603.1**
All mechanical equipment, fireplaces, and solid burning appliances shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. NOTE: These systems shall not have evidence of back venting, rusted flues, or excessive rust in the appliance. Additional certifications may be required.

**PM-603.2**
All cooking and heating equipment, components, and accessories in every heating, cooking and water heating devices shall be maintained free from leaks and obstructions.

**PM-603.3**
All fuel burning equipment and appliances shall be connected to an approved chimney or vent.

**PM-603.4**
All required clearances to combustible materials shall be maintained.

**PM-603.7**
Devices purporting to reduce fuel consumption by attachment to a fuel burning appliance, to the fuel line therein, or from the vent outlet or piping therefrom, shall not be installed unless labeled for such purpose and the installation is specifically approved. NOTE: Devices such as those manufactured by Ameritherm shall be removed unless proof can be given that they were approved by manufacturer.

**603 PM.6**
A supply of air for complete combustion of the fuel and for ventilation of the space shall be provided for the fuel burning equipment.

②

ADDENDUM TO INSPECTION FOR _1604 MEMORIAL_   DATE _12-30-01_

INSPECTOR _Rodeck_

ADDITIONAL COMMENTS

* APT ONE — SOAP DISH LOOSE AT TUB WALL —
SMOKE DET. SELF CLOSURE AT REAR ENTRY DOOR
APT TWO — BOTH TUBS HAVE LOW WATER PRESSURE
ONE HOT ONE COLD — G.F.I AT MASTER BATH WON'T
TEST — PLASTIC HOSE CONNECTORS AT BOTH TOILETS
APT THREE EAST — PLASTIC HOSE CONNECTORS AT
KIT —
APT THREE WEST — LOW HOT WATER PRESSURE AT
KIT & KIT RECPTS. HEAVILY PAINTED — TUB FAUCET
NEEDS NEW CARTRIDGE — DECORATIVE COVER MISSING
AT VANITY

②

## MAJOR SYSTEMS PLUMBING

25) _YES_   Is the water heater properly installed ?

26) _YES_   Are the drains and supply pipes free from leaks and is all drains attached to the
            drain/waste/vent system ?

27) _YES_   Are gas valves present at gas supply piping to appliances and flexible lines free from corrosion ?
            MISSING AT _____   REPLACE AT _____

28) _N/A_   Is sump pump piping acceptable at this time ?

_____

_____

_____

## HEATING UNITS

29) _NO_   Is the furnace/wall/boiler units working properly and free from excessive rust or debris ?

FLUE PIPE HAS IMPROPER SLOPE

_____

30) _N/A_   Is fireplace free from cracks, creosote, or deterioration, and is damper working ?

31) _YES_   Are smoke detectors present on each level at each hall and within 15 feet of mechanical
            areas ?
            MISSING/INOPERABLE AT _____

32) _YES_   Is the foundation free from large cracks ?

33) _YES_   Is the structure of the building free from unusual sagging, deterioration, and obvious
            structural problems ?

## ELECTRICAL

34) _NO_   Are electrical panels properly installed and proper size ?

GARAGE PANEL DOUBLE LUGGED + HOLE AT TOP OF
PANEL  REPLACE ALL ALUMINUM MAIN WIRES FROM
35) Are all exit and emergency lights operating properly? LOAD SIDE OF METER TO
                                                    OK P.K 5-11      PANELS

## FIRE PROTECTION SYSTEMS

____   CERTIFICATION NEEDED ON        STANDPIPE        SPRINKLER SYSTEM
                                      SMOKE DETECTORS   FIRE ALARM
____   NO PARKING SIGNS NEEDED AT FIRE DEPARTMENT CONNECTION
____   EXPIRED EXTINGUISHER SERVICING AT _____
____   MISSING EXTINGUISHER AT _____
____   IS SELF CLOSURE INSTALLED ON LAUNDRY ROOM ?

## ELEVATORS

Elevators must be certified as complying with ASME A17.1-90, Safety Code for Elevators and Escalators.

____   Certification or inspection within last year presented ?

## ELECTRICAL

**MC6-308:1**  Electrical Service: Single family residences shall have a minimum of 100 amp service and multiple unit residences shall comply with the latest code.

**PM-604.3**  Where it is found that the electrical system in a structure constitutes a hazard to the occupants or the structure by reason of inadequate service, improper fusing, insufficient outlets, improper wiring, or installation, deterioration or damage, or for similar reasons, the code official shall require the defects to be corrected to eliminate the hazard. NOTE: Similar reasons include but are not limited to, ground fault interrupter circuits shall protect all outlets within 6 feet of plumbing fixtures, those in garages, outside, and basement outlets other than the sump pump.

**PM 605.2**  Every habitable space in a dwelling shall contain at least two separate and remote receptacles outlets. Every laundry area shall contain at least one grounded type receptacle. Every bathroom shall contain at least one receptacle.

**PM-605.3**  Every public hall, interior stairway, water closet compartment, bathroom, laundry room, and furnace room, shall contain at least one electric lighting fixture. NOTE: Other areas of the code allow the inspector to judge sufficiency of the lighting. It is expected that there will be sufficient lighting for safe servicing of the equipment within a room.


## DEFINITIONS

**Bathroom:**  A room containing plumbing fixtures including a bathtub or shower.

**Habitable space:**  Space in a structure for living, sleeping, eating or cooking. Bathrooms, toilet compartments, closets, halls, storage, or utility spaces, and similar space are not considered habitable spaces.

**Openable Area:**  The part of a window or door which is available for unobstructed ventilation and which opens directly to the outdoors.

**Toilet Room:**  A room containing a water closet or urinal but not a bathtub or shower.


# GENERAL STATEMENTS

**PM-101.6**  All repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner.

**PM-103.1**  All equipment, systems, devices, and safeguards required by this code or a previous statute or code shall be maintained in good working order. The requirements of this code are not intended to provide the basis for removal or abrogation of fire protection and safety systems and devices in existing structures.

**PM-104.1**  All materials, equipment, and devices approved by the code official shall be constructed and installed in accordance with such approval.

**PM 105.1**  The code official shall enforce all of the provisions of this code.

**PM 405.3**  Every room occupied for sleeping purposes by one occupant shall contain at least 70 square feet of floor area, and every room occupied for sleeping purposes by more than one person shall contain at least 50 square feet of floor area for each occupant thereof.



# DEPARTMENT OF INSPECTIONAL SERVICES
## POINT OF SALE TRACKING SHEET

LOCATION OF INSPECTION _90 YATES_

PRESENT ZONING _R-1_ WARD _3_ SIDWELL GRID _____

COURT CASES/ COLLECTIONS OR LIENS PENDING _none_

LAST RENTAL INSPECTION _9/14/04_ UNITS APPROVED _6_

LAST BUILDING OR FIRE INSPECTION _none_

ANY PREVIOUS MODIFICATIONS/ ADDITIONS _permits in file_

CURRENT VIOLATIONS ON FILE? RENTAL _none_ BLDG _none_

(CONTACT HEALTH DEPARTMENT IF APPLICABLE)

REVIEWED BY: _____

INSPECTOR ASSIGNED _Rodeck_

CONDITIONAL CERTIFICATE # _____ DATE _____

FINAL INSPECTION DATE _8-10-05_ INSPECTOR _Vargo #103_

CERTIFICATE APPROVAL BY DEPT. DIRECTOR _____ DATE _8/10/05_

#2, 11  ADDENDUM SHEET, 29, 34 & SELF-CLOSURE
OK, OK,                              OK

# CALUMET CITY FIRE DEPARTMENT
## DEPARTMENT OF INSPECTIONAL SERVICES
(708) 891-8120
### RESIDENTIAL/MULTIFAMILY P.O.S. INSPECTION

The following is the result of the inspection on the occupancy at _90 YATES_ .This inspection is not in any way intended to be a complete list of Code or Municipal Ordinance requirements. Our inspection can be substantially limited by access available and stored items or furniture. It is not meant to take the place of private home inspections nor will it cover the same items. Some occupancies may require certifications to be completed on individual systems such as the heating appliances, roofing, or fire protection systems. Specific requirements of the point of sale inspections and limitations is available by referring to Municipal Code Section 6-308 as amended on May 9,1996. The first inspection and subsequent re-inspection is included in the cost. Any additional inspections or failure of owner/agent/designee to appear for a scheduled inspection will require additional fees.

The inspector will note the deficiencies by writing "NO" in the blank in front of the statement and may additionally circle a specific area or make comments. On the back of the inspection sheets is some of the code language that relates to the deficiencies noted by the Inspector. The "PM" sections refer to the present adopted Property Maintenance Code and the "MC" refers to Municipal Code references. There may be additional Code requirements that explain a deficiency. Non-conforming structures may be subject

Some of the repairs may require registered contractors and permits. If you have any questions about this inspection please call us at (708) 891-8120.

INSPECTOR _Rodeck_     1ST INSPECTION DATE _11-5-04_

I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION. OWNER/AUTHORIZED AGENT IN ATTENDANCE _____

PRINTED NAME _SHERRY WINFIELD_

INSPECTOR _Gatela_     REINSPECTION DATE _12/8/04_ TIME _900_

I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.

OWNER/AUTHORIZED AGENT IN ATTENDANCE _Sherry Winfield_

APPROVED FOR CERT. OF COMPLIANCE _____ DATE _8/10/05_

## GENERAL EXTERIOR

**PM-303.1**   All exterior property and premises shall be maintained in a clean, safe, and sanitary condition. The occupant shall keep that part of the exterior property which such occupant occupies or controls in a clean and sanitary condition.

**PM-303.2**   All premises shall be graded and maintained to prevent the accumulation of stagnant water thereon, or within any structure thereon.

**PM-303.3**   All sidewalks, driveways, parking spaces, and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions. Stairs shall comply with the requirements of Sections PM-304.1 and PM-702.9.

**MC 28-2**   All premises and exterior property shall be maintained free from weeds or plant growth in excess of 6 inches. All noxious weeds shall be prohibited. Weeds shall be defined as all grasses, annual plants, and vegetation, other than trees or shrubs provided; however this term shall not include cultivated flowers and gardens. (Property Maintenance Code covers this item at PM 303.4)

**PM-303.7**   All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound and in good repair.

**PM-304.1**   The exterior of a structure shall be maintained in good repair, structurally sound and sanitary so as not to pose a threat to the public health, safety, or welfare.

**PM-304.2**   Each structure to which a street number is assigned shall have such number displayed in a position easily observed and readable from the public right-of-way. All numbers shall be in Arabic numerals at least 3 inches high and ½ inch stroke. NOTE: This includes garages in alleys.

**PM-304.5**   All exterior walls shall be free from holes, breaks, loose, or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration.

**PM-304.6**   The roof and flashing shall be sound, tight, and not have defects that admit rain. Roof drainage shall be adequate to prevent dampness or deterioration in the walls or interior portion of the structure. Roof water shall not be discharged in a manner that creates a public nuisance. NOTE: These areas are examined from areas not requiring a ladder. The inspectors' approval of this item should not be considered a certification of the roof. The inspectors may require certification or repair of the roof based on their limited observations.

**PM-304.8**   All overhang extensions shall be maintained in good repair and be properly anchored so as to be kept in a safe and sound condition. Summarized - All exposed elements shall be protected from the elements and against decay or rust.

**PM-304.9**   All chimneys shall be maintained structurally safe and sound, and in good repair.

**PM-304.11**   Every window, door and frame shall be kept in sound condition, good repair and weather tight.

**PM-304.11.1**   All glazing materials shall be maintained free from cracks and holes.

**PM-304.13**   All exterior doors and hardware shall be maintained in good condition. Locks at all entrances to dwelling units, rooming units, and guest rooms shall tightly secure the door.

**PM-702.11**   All means of egress doors shall be readily openable from the side from which egress is to be made without the need for keys, special knowledge or effort.

**PM-304.14**   Every basement hatchway shall be maintained to prevent the entrance of rats, rain, and surface drainage water.

**PM-306.1**   All exterior property and premises, and the interior of every structure shall be free from any accumulation of rubbish or garbage.

## EXTERIOR OF HOUSE AND GARAGE

1) YES    Are property areas being maintained in a clean, safe, and sanitary condition ?

2)    Are private sidewalks, driveways, and similar areas being kept free from trip hazards, large cracks, etc. ?

3) YES    Are the weeds, plant growth, and grasses less than 6 inches ?

4) NO    Are fences, retaining walls, porches, and decks in good repair ?

5) YES    Is the street address posted on the property and visible from the public right of ways such as the street and alley ?

6) YES    Missing or deficient at    REAR OF GARAGE    HOUSE
Are the gutters, siding, fascia, and soffit areas free of peeling paint and deterioration ?

7) NO    Are all the exterior walls and chimneys in good repair ?

8) YES    Is the roof preventing the elements from damaging the structure ?
CERTIFICATION NEEDED YES ____ NO X

9) NO    Are all windows, doors, screens, and frames in good repair on the exterior ?

10) YES    Do the exit doors have single keyed locks/dead bolts or is key permanently in place ?

11)    Are all light fixtures and electrical outlets in good repair and are outside outlets protected by a ground fault interrupter circuit ?

12) NA    Are all sheds or auxiliary structures in good repair ?

EXTERIOR COMMENTS #2 SEAL PARKING LOT
#7 CHIMNEY UPPER SECTION NEEDS SMALL
AMOUNT OF TUCKPOINTING
#9 REGLAZE BROKEN WINDOWS REPAIR RIPPED SCREENS
#11 LIGHT AT WEST HAS IMPROPER WIRING TO
USE SEAL TIGHT

## MAJOR SYSTEMS

**HB0003 & PM 705.5**

Summarized state law. Smoke detectors shall be provided on each level of the occupancy and within 15 feet of bedrooms. In dwelling units with split levels, a smoke detector installed on the upper level shall suffice for the adjacent lower level if the lower level is less than one full story below the upper level.

**PM-704.5**

Clothes dryer venting systems shall be independent of all other systems and shall be vented in accordance with the manufacturers instructions

**PLUMBING**

**PM 505.1**

All plumbing fixtures shall be properly installed and maintained in good working order, and shall be kept free from obstructions, leaks and defects and be capable of performing the function for which such plumbing fixtures are designed. All plumbing fixtures shall be maintained in a safe, sanitary, and functional condition.

**PM-506.2**

The water supply shall be maintained free from contamination, and all water inlets for plumbing fixtures shall be located above the flood level rim of the fixture.

**PM-506.4**

Water heating facilities shall be properly installed, maintained, and capable of providing an adequate amount of water to be drawn at every sink, lavatory, bathtub, shower and laundry facility at a temperature of not less than 110 degrees. An approved combination temperature and pressure relief valve discharge pipe shall be properly installed and maintained on water heaters. NOTE: The relief valve discharge pipe must be the proper size, type, and 6-12" from the floor. The venting must be properly installed and without rust and/or negative slope.

**PM-507.1**

All plumbing fixtures shall be properly connected to either a public sewer system or to an approved private sewage disposal system.

**HEATING**

**PM-603.1**

All mechanical equipment, fireplaces, and solid burning appliances shall be properly installed and maintained in a safe working condition, and shall be capable of performing the installed function. NOTE: These systems shall not have evidence of back venting, rusted flues, or excessive rust in the appliance. Additional certifications may be required.

**PM-603.2**

All cooking and heating equipment, components, and accessories in every heating, cooling and water heating devices shall be maintained free from leaks and obstructions.

**PM-603.3**

All fuel burning equipment and appliances shall be connected to an approved chimney or vent.

**PM-603.4**

All required clearances to combustible materials shall be maintained.

**PM-603.7**

Devices purporting to reduce fuel consumption by attachment to a fuel burning appliance, to the fuel line therein, or from the vent outlet or piping therefrom, shall not be installed unless labeled for such purpose and the installation is specifically approved. NOTE: Devices such as those manufactured by Ameritherm shall be removed unless proof can be given that they were approved by manufacturer.

**603 PM.6**

A supply of air for complete combustion of the fuel and for ventilation of the space shall be provided for the fuel burning equipment.

ADDENDUM TO INSPECTION FOR 90 YATES    DATE 11-5-04

INSPECTOR RODECK

ADDITIONAL COMMENTS    OK

APT 3W (BATHROOM FLOOR TILES MISSING - WALL

TILES & SOAP DISH LOOSE) & NEED GROUT - PATCH OK

& PAINT B.R WALL - SMOKE DET OK (BUSHING)

APT 3E. BATHROOM OK LIGHT NEEDS GLOBE USING

DOUBLE POLE BREAKER W/ONLY ONE WIRE TO IT

APT 2E - B.R WEST RECT REV POL - LOW

OK - WATER PRESSURE AT LAV FAUCET - BATH FLOOR

OK - TILES LOOSE OR MISSING - KIT FAUCET HOT -

COLD REV - PANEL OK    OK

- BATHROOM FLOOR TILES MISSING

TILES B.R CLOSET LIGHT OK

OK B.R DOOR - PORCH & PAINT BATHROOM CEILING

PANEL ~ OK

- KIT FAUCET HOT COLD REV,    OK

OK SOAP DISH LOOSE AT TUB WALL - SERVICE

OK PANEL DOUBLE LUGGED

OK APT 1 WEST - SERVICE PANEL OK DOUBLE LUGGED & HAS

O/S DOUBLE POLE BREAKER W/ONLY ONE WIRE TO IT

*OK Filed 10/10*

**MAJOR SYSTEMS PLUMBING**

*OK* 25) NO    ~~PROVIDE RECPT FOR (SINGLE ONLY)~~
Is the water heater properly installed ?

26) YES    Are the drains and supply pipes free from leaks and is all drains attached to the drain/waste/vent system ?

27) YES    Are gas valves present at gas supply piping to appliances and flexible lines free from corrosion ?
MISSING AT _____ REPLACE AT _____

28) N/A    Is sump pump piping acceptable at this time ?

_____
_____

**HEATING UNITS**    *PP 2651*

29) Is the furnace/wall/boiler units working properly and free from excessive rust or debris ?

*~~VENDLESS AT BOILER BEFORE~~ PROVIDE BACKFLOW PREVENTER (PERMIT REQ) RUNNING TOO HOT*

30) N/A    Is fireplace free from cracks, creosote, or deterioration, and is damper working ?

*OK* 31) NO    Are smoke detectors present on each level at each hall and within 15 feet of mechanical areas ?
MISSING/INOPERABLE AT *HARDWIRED INTERCONNECTED W/*

*per para* 32) YES    Is the foundation free from large cracks ?    *BATTERY BACK UP*

33) YES    Is the structure of the building free from unusual sagging, deterioration, and obvious structural problems ?    *ELEC PERMIT REQ*

**ELECTRICAL**

34) NO    Are electrical panels properly installed and proper size ?    *OK 12/8*

*SEE IND APTS + LABEL COMMON PANEL*

_____

35) Are all exit and emergency lights operating properly ?    *6 PL OK DEDICATE LAUNDRY RECPTS*

**FIRE PROTECTION SYSTEMS**    *OK*

____ CERTIFICATION NEEDED ON *12/8*    STANDPIPE    SPRINKLER SYSTEM
SMOKE DETECTORS    FIRE ALARM

____ NO PARKING SIGNS NEEDED AT FIRE DEPARTMENT CONNECTION
EXPIRED EXTINGUISHER SERVICING AT _____
MISSING EXTINGUISHER AT _____

____ IS SELF CLOSURE INSTALLED ON LAUNDRY ROOM ?

**ELEVATORS**

____ Elevators must be certified as complying with ASME A17.1-90, Safety Code for Elevators and Escalators.

____ Certification or inspection within last year presented ?

## ELECTRICAL

**MC6-308b1**    Electrical Service: Single family residences shall have a minimum of 100 amp service and multiple unit residences shall comply with the latest code.

**PM-604.3**    Where it is found that the electrical system in a structure constitutes a hazard to the occupants or the structure by reason of inadequate service, improper fixing, insufficient outlets, improper wiring, or installation, deterioration or damage, or for similar reasons, the code official shall require the defects to be corrected to eliminate the hazard. NOTE: Similar reasons include but are not limited to, ground fault interrupter circuits shall protect all outlets within 6 feet of plumbing fixtures, those in garages, outside, and basement outlets other than the sump pump.

**PM 605.2**    Every habitable space in a dwelling shall contain at least two separate and remote receptacles outlets. Every laundry area shall contain at least one grounded type receptacle. Every bathroom shall contain at least one receptacle.

**PM-605.3**    Every public hall, interior stairway, water closet compartment, bathroom, laundry room, and furnace room, shall contain at least one electric lighting fixture. NOTE: Other areas of the code allow the inspector to judge sufficiency of the lighting. It is expected that there will be sufficient lighting for safe servicing of the equipment within a room.


## DEFINITIONS

**Bathroom:**    A room containing plumbing fixtures including a bathtub or shower.

**Habitable space:**    Space in a structure for living, sleeping, eating or cooking. Bathrooms, toilet compartments, closets, halls, storage, or utility spaces, and similar space are not considered habitable spaces.

**Openable Area:**    The part of a window or door which is available for unobstructed ventilation and which opens directly to the outdoors.

**Toilet Room:**    A room containing a water closet or urinal but not a bathtub or shower.

## GENERAL STATEMENTS

**PM-101.6**    All repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner.

**PM-103.1**    All equipment, systems, devices, and safeguards required by this code or a previous statute or code shall be maintained in good working order. The requirements of this code are not intended to provide the basis for removal or abrogation of fire protection and safety systems and devices in existing structures.

**PM-104.1**    All materials, equipment, and devices approved by the code official shall be constructed and installed in accordance with such approval.

**PM 105.1**    The code official shall enforce all of the provisions of this code.

**PM-405.3**    Every room occupied for sleeping purposes by one occupant shall contain at least 70 square feet of floor area, and every room occupied for sleeping purposes by more than one person shall contain at least 50 square feet of floor area for each occupant thereof.



# DEPARTMENT OF INSPECTIONAL SERVICES
## POINT OF SALE TRACKING SHEET

LOCATION OF INSPECTION *1683 State St*

PRESENT ZONING *R-3* WARD *3* SIDWELL GRID _____

COURT CASES/ COLLECTIONS OR LIENS PENDING *none*

LAST RENTAL INSPECTION _____ UNITS APPROVED _____

LAST BUILDING OR FIRE INSPECTION *2/14/02*

ANY PREVIOUS MODIFICATIONS/ ADDITIONS *permits in file*

CURRENT VIOLATIONS ON FILE? RENTAL *Yes* BLDG *Yes*

(CONTACT HEALTH DEPARTMENT IF APPLICABLE)


REVIEWED BY : _____

INSPECTOR ASSIGNED *Rodeck*

CONDITIONAL CERTIFICATE # _____ DATE _____

FINAL INSPECTION DATE _____ INSPECTOR _____

CERTIFICATE APPROVAL BY DEPT. DIRECTOR _____ DATE _____

③

# CALUMET CITY FIRE DEPARTMENT
## DEPARTMENT OF INSPECTIONAL SERVICES
### (708) 891-8120
### RESIDENTIAL/MULTIFAMILY P.O.S. INSPECTION

The following is the result of the inspection on the occupancy at _1683  STATE  ST._ This inspection is not in any way intended to be a complete list of Code or Municipal Ordinance requirements. Our inspection can be substantially limited by access available and stored items or furniture. It is not meant to take the place of private home inspections nor will it cover the same items. Some occupancies may require certifications to be completed on individual systems such as the heating appliances, roofing, or fire protection systems. Specific requirements of the point of sale inspections and limitations is available by referring to Municipal Code Section 6-305 as amended on May 9,1996. The first inspection and subsequent re-inspection is included in the cost. Any additional inspections or failure of owner/agent/designee to appear for a scheduled inspection will require additional fees.

The inspector will note the deficiencies by writing "NO" in the blank in front of the statement and may additionally circle a specific area or make comments. On the back of the inspection sheets is some of the code language that relates to the deficiencies noted by the inspector. The "PM" sections refer to the present adopted Property Maintenance Code and the "MC" refers to Municipal Code references. There may be additional Code requirements that explain a deficiency. Non-conforming structures may be subject

Some of the repairs may require registered contractors and permits. If you have any questions about this inspection please call us at (708) 891-8120.

INSPECTOR _Rodeck_              1ST INSPECTION DATE _2-26-04_

I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION. OWNER/AUTHORIZED AGENT IN ATTENDANCE _Robert J Lesch_

PRINTED NAME _Robert J. Lesch_

INSPECTOR _Rodeck_          REINSPECTION DATE _4-14-04_  TIME _9:00_

I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.

OWNER/AUTHORIZED AGENT IN ATTENDANCE _James Olfer_

APPROVED FOR CERT. OF COMPLIANCE_____ DATE_____

## GENERAL EXTERIOR

**PM-303.1**     All exterior property and premises shall be maintained in a clean, safe and sanitary condition. The occupant shall keep that part of the exterior property which such occupant occupies or controls in a clean and sanitary condition.

**PM-303.2**     All premises shall be graded and maintained to prevent the accumulation of stagnant water thereon, or within any structure thereon.

**PM-303.3**     All sidewalks, driveways, parking spaces, and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions. Stairs shall comply with the requirements of Sections PM-304.1 and PM-702.9.

**MC 28-2**      All premises and exterior property shall be maintained free from weeds or plant growth in excess of 6 inches. All noxious weeds shall be prohibited. Weeds shall be defined as all grasses, annual plants, and vegetation, other than trees or shrubs provided; however this item shall not include cultivated flowers and gardens. (Property Maintenance Code covers this item at PM 303.4)

**PM-303.7**     All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound and in good repair.

**PM-304.1**     The exterior of a structure shall be maintained in good repair, structurally sound and sanitary so as not to pose a threat to the public health, safety, or welfare.

**PM-304.2**     Each structure to which a street number is assigned shall have such number displayed in a position easily observed and readable from the public right-of-way. All numbers shall be in Arabic numerals at least 3 inches high and ½ inch stroke. NOTE: This includes garages in alleys.

**PM-304.5**     All exterior walls shall be free from holes, breaks, loose, or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration.

**PM-304.6**     The roof and flashing shall be sound, tight, and not have defects that admit rain. Roof drainage shall be adequate to prevent dampness or deterioration in the walls or interior portion of the structure. Roof water shall not be discharged in a manner that creates a public nuisance. NOTE: These areas are examined from areas not requiring a ladder. The inspectors' approval of this item should not be considered a certification of the roof. The inspectors may require certification or repair of the roof based on their limited observations.

**PM-304.8**     All overhang extensions shall be maintained in good repair and be properly anchored so as to be kept in a safe and sound condition. Summarized - All exposed elements shall be protected from the elements and against decay or rust.

**PM-304.9**     All chimneys shall be maintained structurally safe and sound, and in good repair.

**PM-304.11**    Every window, door and frame shall be kept in sound condition, good repair and weather tight.

**PM-304.11.1**  All glazing materials shall be maintained free from cracks and holes.

**PM-304.13**    All exterior doors and hardware shall be maintained in good condition. Locks at all entrances to dwelling units, rooming units, and guest rooms shall tightly secure the door.

**PM-702.11**    All means of egress doors shall be readily openable from the side from which egress is to be made without the need for keys, special knowledge or effort.

**PM-304.14**    Every basement hatchway shall be maintained to prevent the entrance of rain, rain, and surface drainage water.

**PM-306.1**     All exterior property and premises, and the interior of every structure shall be free from any accumulation of rubbish or garbage.

**EXTERIOR OF HOUSE AND GARAGE**    *1683*    ③

1) *YES*    Are property areas being maintained in a clean, safe, and sanitary condition ?

2) *YES*    Are private sidewalks, driveways, and similar areas being kept free from trip hazards, large cracks, etc. ?

3) *YES*    Are the weeds, plant growth, and grasses less than 6 inches ?

4) *NO*    Are fences, retaining walls, porches, and decks in good repair ?

5) *YES*    Is the street address posted on the property and visible from the public right of ways such as the street and alley ?
Missing or deficient at    REAR OF GARAGE    HOUSE

6) *YES*    Are the gutters, siding, fascia, and soffit areas free of peeling paint and deterioration ?

7) *YES*    Are all the exterior walls and chimneys in good repair ?

8) *YES*    Is the roof preventing the elements from damaging the structure ?
CERTIFICATION NEEDED YES ____ NO ____

9) *NO*    Are all windows, doors, screens, and frames in good repair on the exterior ?

10) *YES*    Do the exit doors have single keyed locks/dead bolts or is key permanently in place ?

11) *YES*    Are all light fixtures and electrical outlets in good repair and are outside outlets protected by a ground fault interrupter circuit ?

12) *N/A*    Are all sheds or auxiliary structures in good repair ?

**EXTERIOR COMMENTS** PROVIDE JOIST HANGERS AT ALL DECKS
BROKEN WINDOW 1ST FL SOUTH

## MAJOR SYSTEMS

**HB0003 & PM 705.5**
    Summarized state law. Smoke detectors shall be provided on each level of the occupancy and within 15 feet of bedrooms. In dwelling units with split levels, a smoke detector installed on the upper level shall suffice for the adjacent lower level if the lower level is less than one full story below the upper level.

**PM-404.5**
    Clothes dryer venting systems shall be independent of all other systems and shall be vented in accordance with the manufacturers instructions

### PLUMBING

**PM 505.1**
    All plumbing fixtures shall be properly installed and maintained in good working order, and shall be kept free from obstructions, leaks and defects and be capable of performing the function for which such plumbing fixtures area designed. All plumbing fixtures shall be maintained in a safe, sanitary, and functional condition.

**PM-506.2**
    The water supply shall be maintained free from contamination, and all water inlets for plumbing fixtures shall be located above the flood level rim of the fixture.

**PM-506.4**
    Water heating facilities shall be properly installed, maintained, and capable of providing an adequate amount of water to be drawn at every sink, lavatory, bathtub, shower and laundry facility at a temperature of not less than 110 degrees. An approved combination temperature and pressure relief valve discharge pipe shall be properly installed and maintained on water heaters. NOTE: The relief valve discharge pipe must be the proper size, type, and 6-12" from the floor. The venting must be properly installed and without rust and/or negative slope.

**PM-507.1**
    All plumbing fixtures shall be properly connected to either a public sewer system or to an approved private sewage disposal system.

### HEATING

**PM-603.1**
    All mechanical equipment, fireplaces, and solid burning appliances shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. NOTE: These systems shall not have evidence of back venting, rusted flues, or excessive rust in the appliance. Additional certifications may be required.

**PM-603.2**
    All cooking and heating equipment, components, and accessories in every heating , cooking and water heating devices shall be maintained free from leaks and obstructions.

**PM-603.3**
    All fuel burning equipment and appliances shall be connected to an approved chimney or vent.

**PM-603.4**
    All required clearances to combustible materials shall be maintained.

**PM-603.7**
    Devices purporting to reduce fuel consumption by attachment to a fuel burning appliance, to the fuel line thereto, or from the vent outlet or piping therefrom, shall not be installed unless labeled for such purpose and the installation is specifically approved. NOTE: Devices such as those manufactured by Amerktherm shall be removed unless proof can be given that they were approved by manufacturers.

**603 PM.6**
    A supply of air for complete combustion of the fuel and for ventilation of the space shall be provided for the fuel burning equipment.

③

ADDENDUM TO INSPECTION FOR ~~78889-3~~ STATE   DATE 2-26-04

INSPECTOR RODECK

ADDITIONAL COMMENTS

K 2D - DISHWASHER DISCHARGE ON WRONG SIDE OF P-TRAP
4/4 REMOVE POWER TO MED. CAB. RECPT,

2A - PLUG HOLES INSIDE SERVICE PANEL

3D - DISHWASHER DISCHARGE ON WRONG SIDE OF P-TRAP
REPAIR BR. CLOSET DOORS - CLOSET LIGHTS NEED
GLOBES - SECURE KIT CABS ABOVE OVEN - TOILET
LOOSE AT FLOOR (FLOOR & WALL TILES MISSING)
BATHROOM (REMOVE POWER TO MED. CAB. RECPT)
SECURE SMOKE DET. TOP FLOOR STAIRWAY

K 3C - DISHWASHER DISCHARGE ON WRONG SIDE OF
4/4 P-TRAP - EAST RECPT. (LR) NO POWER - TENANT
TO DEGREASE OVEN & AREAS - A.C. UNIT RECPT.
OPEN GROUND & (USING DOUBLE POLE BREAKER AT 110)
WEST BR EAST RECPT. LOOSE AT WALL - RIGHT
FAUCET AT LAV. NEEDS WASHERS & REPAIR VANITY RECPT,
CLOSET LIGHTS NEED GLOBES - REMOVE POWER TO MED CAB

3A - KIT. EXHAUST NEEDS REPAIR - PLASTIC HOSE CONNECTION
AT KIT FAUCET - DISHWASHER DISCHARGE PIPE ON
WRONG SIDE OF P-TRAP - CLOSET LIGHTS NEED GLOBES
~~3B~~ (BATHROOM FLOOR TILES MISSING) LOOSE

K 3B - KIT FAUCET NEEDS NEW CARTRIDGE - KIT. CAB
14 FRONTS MISSING ALSO FLOOR TILES - DISHWASHER
DISCHARGE PIPE ON WRONG SIDE OF P-TRAP
LR SOUTH RECPT. REV. POL. - PATIO SCREEN RIPPED -
RIGHT LAV DRAIN IS SLOW

③

ADDENDUM TO INSPECTION FOR ~~ment AC~~ STATE   DATE 2-26-04

INSPECTOR RODECK _____

**ADDITIONAL COMMENTS** _____

*/4 1B- PLACE CAP AT KIT DRAIN (NO DUCTTAPE) - SERVICE

PANEL DOUBLE LUGGED- CLOSET LIGHTS NEED GLOBES -

BATH GFI. HEAVILY PAINTED - ENTRY DOOR TRIMS NEED PAINT

1A - DOUBLE POLE BREAKER FOR AC UNIT - ENTRY DOOR TRIMS

NEED PAINT (CLOSET LIGHT NEEDS GLOBE)

/4 1D - DISHWASHER DISCHARGE AFTER P-TRAP- PROVIDE

DOUBLE POLE BREAKER FOR AC. & PLUG HOLE INSIDE

1C - DISHWASHER DISCHARGE WRONG SIDE OF P-TRAP

TUB DRAIN IS SLOW - MOLD AT LINEN CLOSET WALLS

CLOSET LIGHTS NEED GLOBES (COULD NOT LOCATE PANEL)

2B - KIT CABS NEED REPAIR- DISHWASHER DISCHARGE ON

WRONG SIDE OF P-TRAP- TENANT TO DEGREASE OVEN & AREAS

BATH G.F.I. NOT TESTING - BATH FLOOR TILES MISSING

REPLACE HEAVILY PAINTED REEFS, CLOSET LIGHTS NEED GLOBES

(PLUG HOLE INSIDE SERVICE PANEL)

*/4 2C - SMOKE DET - DISHWASHER DISCHARGE ON

/4 WRONG SIDE OF P-TRAP - REPAIR KIT DRAWER

## MAJOR SYSTEMS PLUMBING

*IC-83*     (3)

25) **YES**  Is the water heater properly installed ?
26) **YES**  Are the drains and supply pipes free from leaks and is all drains attached to the drain/waste/vent system ?
27) **YES**  Are gas valves present at gas supply piping to appliances and flexible lines free from corrosion ?
        MISSING AT _____  REPLACE AT _____
28) **N/A**  Is sump pump piping acceptable at this time ?

OK  PROVIDE 1" CLEARANCE FROM BOILER + WATER HEATER
t-H  FLUE AT WALL

## HEATING UNITS

EXHAUST ALL RANGE HOODS TO EXTERIOR

29) **NO**  Is the furnace/wall/boiler units working properly and free from excessive rust or debris ?

CERT REQ LIC IN ORG CITY CONTRACTOR
ALSO BACK FLOW PREVENTER OK

30) **N/A**  Is fireplace free from cracks, creosote, or deterioration, and is damper working ?
31) **NO**  Are smoke detectors present on each level at each hall and within 15 feet of mechanical areas ?
        MISSING/INOPERABLE AT  SEE IND APTS.
32) **YES**  Is the foundation free from large cracks ?
33) **YES**  Is the structure of the building free from unusual sagging, deterioration, and obvious structural problems ?

## ELECTRICAL

34) **NO**  Are electrical panels properly installed and proper size ?

SEE IND APTS COMMON -OK

35) Are all exit and emergency lights operating properly ?

## FIRE PROTECTION SYSTEMS

___  CERTIFICATION NEEDED ON       STANDPIPE       SPRINKLER SYSTEM
                                    SMOKE DETECTORS     FIRE ALARM
___  NO PARKING SIGNS NEEDED AT FIRE DEPARTMENT CONNECTION
___  EXPIRED EXTINGUISHER SERVICING AT_____
___  MISSING EXTINGUISHER AT _____
___  IS SELF CLOSURE INSTALLED ON LAUNDRY ROOM ?

## ELEVATORS

Elevators must be certified as complying with ASME A17.1-90, Safety Code for Elevators and Escalators.

_____  Certification or inspection within last year presented ?

## ELECTRICAL

**MC6-308b1**  Electrical Service: Single family residences shall have a minimum of 100 amp service and multiple unit residences shall comply with the latest code

**PM-604.3**  Where it is found that the electrical system in a structure constitutes a hazard to the occupants or the structure by reason of inadequate service, improper fusing, insufficient outlets, improper wiring, or installation, deterioration or damage, or for similar reasons, the code official shall require the defects to be corrected to eliminate the hazard. NOTE: Similar reasons include but are not limited to, ground fault interrupter circuits shall protect all outlets within 6 feet of plumbing fixtures, those in garages, outside , and basement outlets other than the sump pump.

**PM 605.1**  Every habitable space in a dwelling shall contain at least two separate and remote receptacles outlets. Every laundry area shall contain at least one grounded type receptacle. Every bathroom shall contain at least one receptacle.

**PM-605.3**  Every public hall, interior stairway, water closet compartment, bathroom, laundry room, and furnace room, shall contain at least one electric lighting fixture. NOTE: Other areas of the code allow the inspector to judge sufficiency of the lighting. It is expected that there will be sufficient lighting for safe servicing of the equipment within a room.

## DEFINITIONS

**Bathroom:**  A room containing plumbing fixtures including a bathtub or shower.

**Habitable space:**  Space in a structure for living, sleeping, eating or cooking. Bathrooms, toilet compartments, closets, halls, storage, or utility spaces, and similar space are not considered habitable spaces.

**Openable Area:**  The part of a window or door which is available for unobstructed ventilation and which opens directly to the outdoors.

**Toilet Room:**  A room containing a water closet or urinal but not a bathtub or shower.

# GENERAL STATEMENTS

**PM-101.6**  All repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner.

**PM-103.1**  All equipment, systems, devices, and safeguards required by this code or a previous statute or code shall be maintained in good working order. The requirements of this code are not intended to provide the basis for removal or abrogation of fire protection and safety systems and devices in existing structures.

**PM-104.1**  All materials, equipment, and devices approved by the code official shall be constructed and installed in accordance with such approval.

**PM 105.1**  The code official shall enforce all of the provisions of this code.

**PM 105.3**  Every room occupied for sleeping purposes by one occupant shall contain at least 70 square feet of floor area, and every room occupied for sleeping purposes by more than one person shall contain at least 50 square feet of floor area for each occupant thereof

*pas*
*2-26-04*
*gdu*

# CITY OF CALUMET CITY
## DEPARTMENT OF INSPECTIONAL SERVICES
### 708-891-8120
### NOTICE OF INTENT TO SELL AND APPLICATION FOR OCCUPANCY INSPECTION

**Notice is hereby given that the property hereinafter described is being offered for sale and the undersigned, as the owner or authorized agent, hereby requests the City of Calumet City to inspect the premises hereinafter described, both interior and exterior, and does hereby consent to said inspection. Applicant signing this authorization acknowledges that the back of this form has been read and agreed to, and acknowledges that a copy of the Point of Sale Requirement Ordinance is available upon request.**

Property Address 1683 State _____ Phone _____ Occupied by SELLER/(TENANT) VACANT

Legal Description of Property and ALL associated R.E. Index #'s 29-12-202-089-1003 through 1024

If address or index number is improper this form shall be invalid.

Current Owner Name: STATE STREET LLC Bus. Phone 773/521-3300 Home Phone

If land trust, state beneficiaries with names and addresses. Attach on another sheet if necessary.

Address: 6036 S Central, Chicago, IL 60638
_____Street_____City_____State____Zip

Property Type? Commercial ___ Residential ___ Multifamily X_ # of Units 12

Listing broker: Brian Kuzdas _____ Company: Brookshire Investments by Inc Phone 773/521-3300

Selling Broker (if under contract) Brian Kozdas _____ Company Brookshire Investment Inc Contract Price $510,000.

Prospective buyer (include all buyers to prospective deed): Keith Avery
If trust state beneficiaries.

Buyers Current Address: 9605 S Claremont _____ Chicago _____ IL _____ 60643
_____Street_____City_____State____Zip

Will the buyer occupy the property ?Yes ___ No X_ Buyers Phone: 773/881-4027 Date of Closing 3/5/04

Buyers Lending Institution: Bank Financial _____ Phone: 800/894-6900

Check Appropriate Type of Loan: Conventional __X_ FHA/HUD ___ VA ___ CASH/OTHER ___

**THIS FORM MUST BE FILLED OUT IN ITS ENTIRETY OR IT WILL NOT BE ACCEPTED**

Owner/Authorized Agent Signature _____ Print Name Anthony Cacioppo Date Feb. 19, 2004

### DO NOT WRITE BELOW THIS LINE - FOR OFFICIAL USE ONLY

FEE PAID BY CASH/CHECK # 1460 AMOUNT _____ DATE 2/26/04 CLERK SIGNATURE _____

ORIGINAL - CITY     YELLOW - CITY INSPECTOR     PINK- APPLICANT

## FEES FOR POINT OF SALE

| | |
|---|---|
| $100.00 | All multifamily and residential buildings for the initial inspection and ONE reinspection. |
| $.10 per S.F. | All commercial and industrial buildings with the minimum fee of $100.00 and a maximum fee of $750.00. |
| $50.00 | Additional follow up inspections on all buildings after initial and first reinspection. |
| $50.00 | Penalty for an failure of an Owner/Seller or his/her designee/agent to appear at any inspection. |

### Portion of Ordinance Relating to Point of Sale Inspection

In issuing a Certificate of Compliance, whether temporary or permanent, the City of Calumet City does not make any warranty, representation or statement nor does it intend to insure or guarantee to either the Buyer or Seller of the property subject to the point-of-sale inspection or any of their designees, agents, representatives, heirs, or assigns, or any other interested party, including but not limited to mortgage companies, insurance companies, banks or any other party which may have any interest relative to the property subject to the point-of-sale inspection, nor does the City affirm that there are no additional unnoted violations relative to any other provisions of any of the codified ordinances of the City of Calumet City, the B.O.C.A. Code or relevant statutes, ordinances, rules, and regulations of the County of Cook, the State of Illinois or the United States of America.

COPIES OF THE COMPLETE ORDINANCE ARE AVAILABLE FROM THE CITY OF CALUMET CITY CLERKS OFFICE

This form must be completed & with the Department at least 2 weeks prior to requesting an inspection. The "Certificate of Compliance" or "Conditional Certificate with sworn affidavit" must be dated not more than 180 days before the closing date. The required fees must be paid prior to the inspection to the City of Calumet City. The final water bill must also be paid prior to issuance of the real estate transfer stamps.



# CALUMET CITY FIRE DEPARTMENT

## DEPARTMENT OF INSPECTIONAL SERVICES
### POINT OF SALE TRACKING SHEET

Location of inspection   98 Luella

Present Zoning R3   Aldermanic Ward 5   Sidwell Grid

Court Cases Pending   none

Last Rental Inspection   1/31/02   Units Approved   5

Last Fire Inspection _____   Last Building Inspection _____

Any Previous Modifications/ Additions   NONE
                                         Bldg

Current Violations on File?   Rental Yes   Fire none   Health P/m

Reviewed by:  Housing  M  Date ____  Fire  M  Date ____

          Building  DS  Date ____  Health  N/A  Date ____

Inspector Assigned   S. Kodeck

Conditional Certificate Approved by Dept. Director _____   Date _____

Final Inspection Date  7-19-04   Inspector  Kodeck

Certificate Approval by Dept. Director _____   Date  7-19-04

# CALUMET CITY FIRE DEPARTMENT
## DEPARTMENT OF INSPECTIONAL SERVICES
(708) 891-8120
### RESIDENTIAL/MULTIFAMILY P.O.S. INSPECTION

The following is the result of the inspection on the occupancy at ___98 LUELLA___ .This inspection is not in any way intended to be a complete list of Code or Municipal Ordinance requirements. Our inspection can be substantially limited by access available and stored items or furniture. It is not meant to take the place of private home inspections nor will it cover the same items. Some occupancies may require certifications to be completed on individual systems such as the heating appliances, roofing, or fire protection systems. Specific requirements of the point of sale inspections and limitations is available by referring to Municipal Code Section 6-308 as amended on May 9,1996.The first inspection and subsequent re-inspection is included in the cost. Any additional inspections or failure of owner/agent/designee to appear for a scheduled inspection will require additional fees.

The inspector will note the deficiencies by writing "NO" in the blank in front of the statement and may additionally circle a specific area or make comments. On the back of the inspection sheets is some of the code language that relates to the deficiencies noted by the inspector. The "PM" sections refer to the present adopted Property Maintenance Code and the "MC" refers to Municipal Code references. There may be additional Code requirements that explain a deficiency. Non-conforming structures may be subject

Some of the repairs may require registered contractors and permits. If you have any questions about this inspection please call us at (708) 891-8120.

INSPECTOR ___Radeek___       1ST INSPECTION DATE ___7-29-03___

I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.
OWNER/AUTHORIZED AGENT IN ATTENDANCE _____

PRINTED NAME _____

INSPECTOR ___Robert/Karulzzyk___ REINSPECTION DATE ___4-12-04___  TIME ___8:00___
I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZED THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR PROPERTY FOR THIS INSPECTION.

OWNER/AUTHORIZED AGENT IN ATTENDANCE _____

APPROVED FOR CERT. OF COMPLIANCE _____       DATE ___7/19/04___

## GENERAL EXTERIOR

**PM-303.1**    All exterior property and premises shall be maintained in a clean, safe, and sanitary condition. The occupant shall keep that part of the exterior property which such occupant occupies or controls in a clean and sanitary condition.

**PM-303.2**    All premises shall be graded and maintained to prevent the accumulation of stagnant water thereon, or within any structure thereon.

**PM-303.3**    All sidewalks, driveways, parking spaces, and similar areas shall be kept in a proper state of repair, and maintained free from hazardous conditions. Stairs shall comply with the requirements of Sections PM-304.1 and PM-702.9.

**MC 28-2**    All premises and exterior property shall be maintained free from weeds or plant growth in excess of 6 inches. All noxious weeds shall be prohibited. Weeds shall be defined as all grasses, annual plants, and vegetation, other than trees or shrubs provided; however this term shall not include cultivated flowers and gardens. (Property Maintenance Code covers this item at PM 303.4)

**PM-303.7**    All accessory structures, including detached garages, fences and walls, shall be maintained structurally sound and in good repair.

**PM-304.1**    The exterior of a structure shall be maintained in good repair, structurally sound and sanitary so as not to pose a threat to the public health, safety, or welfare.

**PM-304.3**    Each structure to which a street number is assigned shall have such number displayed in a position easily observed and readable from the public right-of-way. All numbers shall be in Arabic numerals at least 3 inches high and ½ inch stroke. NOTE: This includes garages in alleys.

**PM-304.5**    All exterior walls shall be free from holes, breaks, loose, or rotting materials; and maintained weatherproof and properly surface coated where required to prevent deterioration.

**PM-304.6**    The roof and flashing shall be sound, tight, and not have defects that admit rain. Roof drainage shall be adequate to prevent dampness or deterioration in the walls or interior portion of the structure. Roof water shall not be discharged in a manner that creates a public nuisance. NOTE: These areas are examined from areas not requiring a ladder. The inspectors' approval of this item should not be considered a certification of the roof. The inspectors may require certification or repair of the roof based on their limited observations.

**PM-304.8**    All overhang extensions shall be maintained in good repair and be properly anchored so as to be kept in a safe and sound condition.  Summarized - All exposed elements shall be protected from the elements and against decay or rust.

**PM-304.9**    All chimneys shall be maintained structurally safe and sound, and in good repair.

**PM-304.11**    Every window, door and frame shall be kept in sound condition, good repair and weather tight.

**PM-304.11.1**    All glazing materials shall be maintained free from cracks and holes.

**PM-304.13**    All exterior doors and hardware shall be maintained in good condition. Locks at all entrances to dwelling units, rooming units, and guest rooms shall tightly secure the door.

**PM-702.11**    All means of egress doors shall be readily openable from the side from which egress is to be made without the need for keys, special knowledge or effort.

**PM-304.14**    Every basement hatchway shall be maintained to prevent the entrance of rates, rain, and surface drainage water.

**PM-306.1**    All exterior property and premises, and the interior of every structure shall be free from any accumulation of rubbish or garbage.

**EXTERIOR OF HOUSE AND GARAGE**

98 LUELLA

1) **YES**   Are property areas being maintained in a clean, safe, and sanitary condition ?

2) **NO**   Are private sidewalks, driveways, and similar areas being kept free from trip hazards, large cracks, etc. ?

3) **NO**   Are the weeds, plant growth, and grasses less than 6 inches ?

4) **YES**   Are fences, retaining walls, porches, and decks in good repair ?

5) **NO**   Is the street address posted on the property and visible from the public right of ways such as the street and alley ?
Missing or deficient at   REAR OF GARAGE & HOUSE

6) **NO**   Are the gutters, siding, fascia, and soffit areas free of peeling paint and deterioration ?

7) **NO**   Are all the exterior walls and chimneys in good repair ?

8) **YES**   Is the roof preventing the elements from damaging the structure ?
CERTIFICATION NEEDED YES ____ NO ____

9) **NO**   Are all windows, doors, screens, and frames in good repair on the exterior ?

10) **YES**   Do the exit doors have single keyed locks/dead bolts or is key permanently in place ?

11) **NO**   Are all light fixtures and electrical outlets in good repair and are outside outlets protected by a ground fault interrupter circuit ?

12) **N/A**   Are all sheds or auxiliary structures in good repair ?

**EXTERIOR COMMENTS** #2 SEAL PARKING AREA
#3 CUT BACK BUSHES & TREE RUBBING AT ROOF
#6 DOWNSPOUTS NEED ELBOWS
#7 TUCKPOINT GAPS AT LIMESTONE SILLS
#9 REGLAZE BROKEN WINDOWS - REPLACE RIPPED
OR MISSING STORMS, SCREENS, & WINDOWS.—
WINDOWS NEED GLAZING COMPOUND & PAINT
#11 PROVIDE OUTSIDE TYPE BULBS AT WEST
UNABLE TO TEST EAST G.F.I. ELEC. WAS OFF
SOFFIT PANELS MISSING NORTHWEST CORNER, GUTTERS
DAMAGED AT N.W. CORNER. AND NORTH CORNER. ALSO DOWNSPOUT
ELBOW MISSING AT FRONT DOOR N.E. CORNER. CAP OLD
DRYER VENT GROUND FLOOR SOUTH WEST CORNER

## MAJOR SYSTEMS

**HP0063 & PM 705.5**
Summarized state law. Smoke detectors shall be provided on each level of the occupancy and within 15 feet of bedrooms. In dwelling units with split levels, a smoke detector installed on the upper level shall suffice for the adjacent lower level if the lower level is less than one full story below the upper level.

**PM-404.5**
Clothes dryer venting systems shall be independent of all other systems and shall be vented in accordance with the manufacturers instructions

## PLUMBING

**PM 505.1**
All plumbing fixtures shall be properly installed and maintained in good working order, and shall be kept free from obstructions, leaks and defects and be capable of performing the function for which such plumbing fixtures area designed. All plumbing fixtures shall be maintained in a safe, sanitary, and functional condition.

**PM-506.2**
The water supply shall be maintained free from contamination, and all water inlets for plumbing fixtures shall be located above the flood level rim of the fixture.

**PM-506.4**
Water heating facilities shall be properly installed, maintained, and capable of providing an adequate amount of water to be drawn at every sink, lavatory, bathtub, shower and laundry facility at a temperature of not less than 110 degrees. An approved combination temperature and pressure relief valve discharge pipe shall be properly installed and maintained on water heater. NOTE: The relief valve discharge pipe must be the proper size, type, and 6-12" from the floor. The venting must be properly installed and without rust and/or negative slope.

**PM-507.1**
All plumbing fixtures shall be properly connected to either a public sewer system or to an approved private sewage disposal system.

## HEATING

**PM-603.1**
All mechanical equipment, fireplaces, and solid burning appliances shall be properly installed and maintained in a safe working condition, and shall be capable of performing the intended function. NOTE: These systems shall not have evidence of back venting, rusted flues, or excessive rust in the appliance. Additional certifications may be required.

**PM-603.2**
All cooking and heating equipment, components, and accessories in every heating, cooking and water heating devices shall be maintained free from leaks and obstructions.

**PM-603.3**
All fuel burning equipment and appliances shall be connected to an approved chimney or vent.

**PM-603.4**
All required clearances to combustible materials shall be maintained.

**PM-603.7**
Devices purporting to reduce fuel consumption by attachment to a fuel burning appliance, to the fuel line thereon, or from the vent outlet or piping therefrom, shall not be installed unless labeled for such purpose and the installation is specifically approved. NOTE: Devices such as those manufactured by Ameritherm shall be removed unless proof can be given that they were approved by manufacturer.

**603 PM.6**
A supply of air for complete combustion of the fuel and for ventilation of the space shall be provided for the fuel burning equipment.

ADDENDUM TO INSPECTION FOR 98 LUELLA　DATE 7-29-03

INSPECTOR RoDeck

ADDITIONAL COMMENTS Carpeting missing - Foot Entry Jamb brok.
* Hang Closet Door

APT ONE - PATCH - PAINT - CLEAN - DECORATE ETC.
HANG DOORS - REPAIR KIT. & VANITY BOTTOMS
DOOR TO LAUNDRY ROOM TO HAVE SELF CLOSURE -
INSTALL MISSING WINDOWS - SMOKE DET - PLASTIC
HOSE CONNECTIONS AT PLUMBING FIXTURES - LIGHTS
NEED GLOBES - NO ELEC OR WATER Shut-off Valve leaks at Toilet *
APT TWO SOUTH - PATCH - PAINT - CLEAN - DECORATE -
REPAIR BATHROOM CEILING - L.R. HAS HEAVILY PAINTED
RECPT. - ENTRY DOOR TO BE VARNISHED - SMOKE
DET. - PLASTIC HOSE CONNECTIONS AT PLUMBING
FIXTURES - TUB HANDLE MISSING - LIGHTS NEED
GLOBES - TOILET LOOSE AT FLOOR (NO WATER)
APT 2 NORTH - PATCH & PAINT - BATH WALL TILES
MISSING - SMOKE DET. - CLEAN - DECORATE -
WATER IS OFF ~ ENTRY DOOR JAMB BROKEN -
KIT CAB FRONTS MISSING - KIT. 6 FT. REV. POL.
TOILET LOOSE AT FLOOR - L.R. COVER PLATE
MISSING AT LIGHT SWITCH

ADDENDUM TO INSPECTION FOR ___98 LUELLA___ DATE 7-29-03

INSPECTOR ___RODECK___

ADDITIONAL COMMENTS _____

OK APT THREE NORTH — ENTRY DOOR JAMB
OK BROKEN — NEW DOORS TO BE VARNISHED
OK REAR ENTRY DOOR IS BROKEN — BATH VANITY MISSING
OK TOILET LOOSE AT FLOOR — FRIDGE RECPT. HEAVILY
OK PAINTED — COVER PLATES MISSING — SMOKE DET.
OK LIGHTS NEED GLOBES — PATCH, PAINT, CLEAN,
OK DECORATE
OK APT THREE SOUTH — DEGREASE OVEN & ITS AREA
OK PLASTIC HOSE CONNECTIONS AT PLUMBING FIXTURES
OK ENTRY DOORS MISSING HARDWARE — PATCH, PAINT
OK CLEAN DECORATE — HANG DOORS — LIGHTS NEED
OK GLOBES — ENTRY DOOR JAMB BROKEN — B.R. DOORS
OK MISSING HARDWARE — SMOKE DET.

FAX # _____

ADDENDUM TO INSPECTION FOR _98 Luella_     DATE _4-12-04_

INSPECTOR _Radeck - Kowalczyk_

ADDITIONAL COMMENTS _____

Apt 1 - Carpeting missing - Front Door Jamb broken

Shutoff value at toilet leaks - Laundry Room Door to be

Self Closing - Hang Closet Doors - Windows Boarded over

2N - Kit GFI Rev. Pol - Kit Cabinets Fronts missing - Finish Toilet

loose - Tiles missing at Bath window area - Bath GFI

has open Ground - Kit. Exhaust Fan inoperable - LR Recpts

open Ground - Carpeting missing - Bath light Globe missing

2S - Some Baseboard missing - Kit Faucet missing sprayer

Bath lav. Needs New washers - Toilet loose - Globe missing

at Front Door - Toilet runs Non stop and missing Seat

3N - Improper fit at Front Door Knob - Kit Exhaust Fan inoperable

Baseboards missing - Fire Rate board Gas line at New Furnace

~~Secure the wall penetration in the spare room~~

3S - B.R. Door missing Hardware - B.R. window cracked - Hang

Doors - Replace missing light Globes - Bath Floor tile missing

Smoke Detector missing - Kit Cabinet Fronts missing - LR Recpt

loose

Hallways - Light Globes missing - Hardwired Smoke Detectors

missing or Hanging by wires - Fire missing at stairs

Laundry Room - Bare wire running thru panel to other panel

Breaker missing at Panel #4 - Label All Panels & circuits

Junction Box missing Knock out at Panel &

behind Furnace - Repair & Secure Bx/conduit

at N.E. Wall

*WATER IS OFF*    *18 LUELLA*

## MAJOR SYSTEMS PLUMBING

25) **NO** Is the water heater properly installed ?  *MISSING*

26) Are the drains and supply pipes free from leaks and is all drains attached to the drain/waste/vent system ?

27) **YES** Are gas valves present at gas supply piping to appliances and flexible lines free from corrosion ?
MISSING AT _____    REPLACE AT _____

28) **N/A** Is sump pump piping acceptable at this time ?

_____

_____

## HEATING UNITS

29) **NO** Is the furnace/wall/boiler units working properly and free from excessive rust or debris ?

*BOILER MISSING — PLUMBING PERMIT REQ*

30) **N/A** Is fireplace free from cracks, creosote, or deterioration, and is damper working ?

*OK* 31) **NO** Are smoke detectors present on each level at each hall and within 15 feet of mechanical areas ? *NOT WORKING APTS. 4*
MISSING/INOPERABLE AT *HANGING BY WIRES STAIRWAY*

32) **YES** Is the foundation free from large cracks ?

33) **YES** Is the structure of the building free from unusual sagging, deterioration, and obvious structural problems ?

## ELECTRICAL

*NO ACCESS TO ANY PANELS (NO LIGHTS)*

34) **NO** Are electrical panels properly installed and proper size ?

*MASTER BOND REQ — SOME APTS HAVE 220
RECPTS WING DOUBLE POLE BREAKERS
LABEL ALL CIRCUITS*

35) Are all exit and emergency lights operating properly ?

## FIRE PROTECTION SYSTEMS

___ CERTIFICATION NEEDED ON        STANDPIPE        SPRINKLER SYSTEM
                                   SMOKE DETECTORS    FIRE ALARM

___ NO PARKING SIGNS NEEDED AT FIRE DEPARTMENT CONNECTION
EXPIRED EXTINGUISHER SERVICING AT _____
MISSING EXTINGUISHER AT _____

**NO** IS SELF CLOSURE INSTALLED ON LAUNDRY ROOM ?

## ELEVATORS

Elevators must be certified as complying with ASME A17.1-90, Safety Code for Elevators and Escalators.

___ Certification or inspection within last year presented ?

## ELECTRICAL

**MC6-30801**

Electrical Service: Single family residences shall have a minimum of 100 amp service and multiple unit residences shall comply with the latest code.

**PM-6043**

Where it is found that the electrical system in a structure constitutes a hazard to the occupants or the structure by reason of inadequate service, improper fusing, insufficient outlets, improper wiring, or installation, deterioration or damage, or for similar reasons, the code official shall require the defects to be corrected to eliminate the hazard. NOTE: Similar reasons include but are not limited to, ground fault interrupter circuits shall protect all outlets within 6 feet of plumbing fixtures, those in garages, outside , and basement outlets other than the sump pump.

**PM 605.2**

Every habitable space in a dwelling shall contain at least two separate and remote receptacles outlets. Every laundry area shall contain at least one grounded type receptacle. Every bathroom shall contain at least one receptacle.

**PM-605.3**

Every public hall, interior stairway, water closet compartment, bathroom, laundry room, and furnace room, shall contain at least one electric lighting fixture. NOTE: Other areas of the code allow the inspector to judge sufficiency of the lighting. It is expected that there will be sufficient lighting for safe servicing of the equipment within a room.

## DEFINITIONS

**Bathroom:**     A room containing plumbing fixtures including a bathtub or shower.

**Habitable space:**     Space in a structure for living, sleeping, eating or cooking. Bathrooms, toilet compartments, closets, halls, storage, or utility spaces, and similar space are not considered habitable spaces.

**Openable Area:**     The part of a window or door which is available for unobstructed ventilation and which opens directly to the outdoors.

**Toilet Room:**     A room containing a water closet or urinal but not a bathtub or shower.

## GENERAL STATEMENTS

**PM-101.6**

All repairs, maintenance work, alterations, or installations which are caused directly or indirectly by the enforcement of this code shall be executed and installed in a workmanlike manner.

**PM-103.1**

All equipment, systems, devices, and safeguards required by this code or a previous statute or code shall be maintained in good working order. The requirements of this code are not intended to provide the basis for removal or abrogation of fire protection and safety systems and devices in existing structures.

**PM-104.1**

All materials, equipment, and devices approved by the code official shall be constructed and installed in accordance with such approval.

**PM 105.1**

The code official shall enforce all of the provisions of this code.

**PM 405.3**

Every room occupied for sleeping purposes by one occupant shall contain at least 70 square feet of floor area, and every room occupied for sleeping purposes by more than one person shall contain at least 50 square feet of floor area for each occupant thereof.