IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AYANNA WALKER, )<br>          *Plaintiff,* )<br>v. )<br>CALUMET CITY, ILLINOIS, )<br>          *Defendant.* ) | Case No. 07 C 6148<br><br>Judge Milton I. Shadur |

### NOTICE OF MOTION

To:    John B. Murphey                            Mark H. Sterk
        ROSENTHAL MURPHEY & COBLENTZ      ODELSON & STERK, LTD.
        30 North LaSalle Street                   3318 West 95th Street
        Suite 1624                                     Evergreen Park, Illinois 60805
        Chicago, Illinois 60602

      PLEASE TAKE NOTICE that on Thursday, February 14, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur in courtroom 2303 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**, a copy of which is attached hereto.

Dated: February 12, 2008                     Respectfully submitted,

                                                **AYANNA WALKER**

                                                By:   /s/ Patrick T. Nash
                                                        One of Their Attorneys

Philip C. Stahl
Patrick T. Nash
Maggie M. Hanel
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195

143795v1

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, an attorney, hereby certify that on February 12, 2008, I caused the foregoing **NOTICE OF MOTION** to be served by Electronic Mail Transmission via the ECF System, and by Electronic Mail upon:

| | |
|---|---|
| John B. Murphy<br>ROSENTHAL MURPHEY & COBLENTZ<br>30 North LaSalle Street<br>Suite 1624<br>Chicago, Illinois 60602<br>jmurphey@mcj.com | Mark H. Sterk<br>ODELSON & STERK, LTD.<br>3318 West 95th Street<br>Evergreen Park, Illinois 60805<br>msterk@odelsonsterk.com |

/s/ Patrick T. Nash

143795v1