UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ayanna Walker
                             Plaintiff,
v.                                              Case No.: 1:07−cv−06148
                                                Honorable Milton I. Shadur
Calumet City, Illinois
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 14, 2008:

    MINUTE entry before Judge Milton I. Shadur :Motion for TRO [28] is entered and continued; Motion hearing held on 2/14/2008 regarding motion for temporary restraining order, [28] Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.