**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ayanna Walker
                                Plaintiff,

v.                                                     Case No.: 1:07−cv−06148
                                                    Honorable Milton I. Shadur

Calumet City, Illinois
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 19, 2008:

      MINUTE entry before Judge Milton I. Shadur :Status hearing held on 2/19/2008. Plaintiff's Amended Complaint is to be filed on or before March 4, 2008. Plaintiff's motion for preliminary injunction is due on or before March 11, 2008. Defendant's response is due April 1, 2008.Status hearing set for 4/7/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.