IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AYANNA WALKER, for herself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07 C 6148 |
| v. | ) ) | Judge Milton I. Shadur |
| CALUMET CITY, ILLINOIS, | ) ) ) ) ) | |
| Defendant. | ) | |

## MOTION TO COMPEL CITY TO INFORM
## COURT AND PLAINTIFF OF CITY'S POSITION ON CLASS CERTIFICATION

Plaintiff Ayanna Walker ("Walker") moves the Court to compel Defendant Calumet City ("City) to inform the Court and Plaintiff of City's position on Walker's Motion for Class Certification. In support of this Motion, Walker states as follows:

1.      On November 19, 2007, Walker filed her Motion for Class Certification. The Court entered and continued the motion. Before the February 19, 2008 Status Hearing, Walker asked the Court to set a briefing schedule on her Motion for Class Certification. At the Status Hearing, the Court suggested that City agree to Walker's Motion For Class Certification and did not set a briefing schedule on the motion. The Court did, however, set a schedule for Walker to file her Second Amended Complaint and her Amended Motion for Preliminary Injunction. Pursuant to that schedule, Walker filed her Second Amended Complaint on March 4 and her Amended Motion for Preliminary Injunction is due March 11.

2.      To avoid potential mootness problems, it is important to have the Motion for Class Certification resolved, either by consent or by motion, before the Court considers Walker's Amended Motion for Preliminary Injunction. *Wiesmueller v. Kosobucki*, 513 F.3d 784, 785-86

(7th Cir. 2008). In addition, it is important that Walker knows City's position on class certification before she files her Amended Motion for Preliminary Injunction because, among other things, there may be issues that need to be briefed if City challenges class certification that do not need to be briefed if class certification is resolved.

3.      To ensure that Walker knew City's position on class certification before her Amended Motion for Preliminary Injunction was due, on February 21, 2008, Walker wrote to City and asked that City inform Walker of City's position on class certification before February 29, 2008. (Letter attached at Tab A.) City ignored Walker's letter. On March 5, 2008, Walker sent an email to City, again requesting City's position on class certification. (Email attached at Tab B.) City also ignored this inquiry.

4.      In light of City's refusal to take a position on class certification, Walker requests that the Court compel City to inform the Court and Walker of its position on Walker's Motion for Class Certification. If City decides to oppose the Motion for Class Certification, Walker will again request that the Court enter a briefing schedule on that motion. In addition, Walker also requests that, in light of City's delay in telling her its position, her Amended Motion for Preliminary Injunction be due 7 days after City tells the Court and Walker its position on class certification (or longer if class certification must first be briefed).

WHEREFORE, Walker respectfully requests that this Court compel City to inform the Court and Walker of City's position on the matter of class certification and to extend the deadline for Walker to file her Amended Motion for Preliminary Injunction to one week (or longer, if necessary) after the date that City informs the Court and Walker of its position on class certification.

145489v1

Dated: March 5, 2008

Respectfully submitted,

**AYANNA WALKER FOR HERSELF AND
ALL OTHERS SIMILARLY SITUATED**

By:   /s/ Patrick T. Nash
         One of Their Attorneys

Philip C. Stahl
Patrick T. Nash
Maggie M. Hanel
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195

3

145489v1

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, an attorney, hereby certify that on March 5, 2008, I caused the

foregoing **MOTION TO COMPEL CITY TO INFORM COURT AND PLAINTIFF OF**

**CITY'S POSITION ON CLASS CERTIFICATION** to be served by Electronic Mail

Transmission via the ECF System, and by Electronic Mail upon:

John B. Murphy
ROSENTHAL MURPHEY & COBLENTZ
30 North LaSalle Street
Suite 1624
Chicago, Illinois 60602
jmurphey@mcj.com

Mark H. Sterk
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, Illinois 60805
msterk@odelsonsterk.com


/s/ Patrick T. Nash
Patrick T. Nash

145489v1