# EXHIBIT A



**GRIPPO & ELDEN LLC**
111 South Wacker Drive
Chicago, Illinois 60606
(312) 704-7700
FAX: (312) 558-1195
(312) 263-7356

To Call Writer Direct
(312) 704-7711
pnash@grippoelden.com

February 21, 2008

**By Electronic Mail**

John B. Murphey
Rosenthal, Murphey & Coblentz
30 North LaSalle Street
Suite 1624
Chicago, IL 60602

Mark H. Sterk
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, IL 60805

Re:   Ayanna Walker v. Calumet City, Illinois   Case No. 07 C 6148

Dear John and Mark:

I am writing in connection with our Motion For Class Certification (the "Motion"). During the February 19 Status Hearing, the Court suggested that City agree to the Motion. We agree with the Court's suggestion as City's agreement to class certification will allow for efficient resolution of merits of Ms. Walker's claims. Please advise us of City's position as to the Motion by February 29, 2008.

Very truly yours,

Patrick T. Nash

PTN:tj

cc   Philip C. Stahl
     Maggie M. Hanel

144469v1

# EXHIBIT B

## Pat Nash - Cal City

**From:** Pat Nash
**To:** Murphey, John
**Date:** 3/5/2008 10:29 AM
**Subject:** Cal City

John:

On February 21, I sent you a letter asking for Cal City's position on Ms. Walker's motion for class certification by February 29. We have not heard from you. Please let me know Cal City's position by 2:00 this afternoon. If we do not hear from you, we will seek guidance from Judge Shadur regarding how to proceed.

Patrick

---------------------------------------------
Patrick T. Nash
Grippo & Elden LLC
Phone: 312.704.7711
Fax:  312.558.1195
E-mail: pnash@grippoelden.com