IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AYANNA WALKER, for herself and all others similarly situated,<br><br>                            *Plaintiffs,*<br>v.<br><br>CALUMET CITY, ILLINOIS,<br><br>                            *Defendant.* | Case No. 07 C 6148<br><br>Judge Milton I. Shadur |

## NOTICE OF MOTION

TO:    John B. Murphey                      Mark H. Sterk
           ROSENTHAL MURPHEY & COBLENTZ    ODELSON & STERK, LTD.
           30 North LaSalle Street             3318 West 95th Street
           Suite 1624                                 Evergreen Park, Illinois 60805
           Chicago, Illinois 60602

       PLEASE TAKE NOTICE that on Friday, March 7, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur in courtroom 2303 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **MOTION TO COMPEL CITY TO INFORM COURT AND PLAINTIFF OF CITY'S POSITION ON CLASS CERTIFICATION**, a copy of which is attached hereto.

Dated: March 5, 2008                       Respectfully submitted,

                                              AYANNA WALKER FOR HERSELF AND
                                              ALL OTHERS SIMILARLY SITUATED

                                              By:   /s/ Patrick T. Nash
                                                        One of Their Attorneys

Philip C. Stahl
Patrick T. Nash
Maggie M. Hanel
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700
Fax: (312) 558-1195

145492v1

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, an attorney, hereby certify that on March 5, 2008, I caused the foregoing **NOTICE OF MOTION** to be served by Electronic Mail Transmission via the ECF System, and by Electronic Mail upon:

John B. Murphy
ROSENTHAL MURPHEY & COBLENTZ
30 North LaSalle Street
Suite 1624
Chicago, Illinois 60602
jmurphey@mcj.com

Mark H. Sterk
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, Illinois 60805
msterk@odelsonsterk.com

/s/ Patrick T. Nash
Patrick T. Nash

145492v1