## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Ayanna Walker
                              Plaintiff,

v.
                                                   Case No.: 1:07−cv−06148
                                                   Honorable Milton I. Shadur

Calumet City, Illinois
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2008:

       MINUTE entry before Judge Milton I. Shadur :Motion to compel [34] is entered and continued to 3/12/08 at 9:15 a.m. Motion hearing held on 3/7/2008 regarding motion to compel[34] The March 11 filing date is vacated. Motion Hearing set for 3/12/2008 at 09:15 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.