UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ayanna Walker
                            Plaintiff,

v.                                                 Case No.: 1:07−cv−06148
                                                           Honorable Milton I. Shadur

Calumet City, Illinois
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 26, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Status hearing held on 3/26/2008. Plaintiff's modified submission is due on or before April 2, 2008. Defendant's submission is due April 16, 2008. Plaintiff's reply is due April 30, 2008. Status hearing set for 5/7/2008 at 08:45 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.