IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **AYANNA WALKER,** | | No. 07 C 6148 |
| **Plaintiff,** | | |
| vs. | | Judge Milton I. Shadur |
| **CALUMET CITY, ILLINOIS,** | | Magistrate Judge Maria G. Valdez |
| **Defendants.** | | |

### NOTICE OF MOTION

TO:    Philip C. Stahl                    Mark H. Sterk
       Maggie M. Hanel                    Amy Elaina Zale
       Patrick Thomas Nash                Tiffany Nelson
       Grippo & Elden                     Odelson & Sterk, Ltd.
       111 South Wacker Drive             3318 West 95th Street
       Chicago, Illinois 60606            Evergreen Park, IL 60805

PLEASE TAKE NOTICE that on **Monday, April 14, 2008**, I shall appear before the Honorable Milton I. Shadur, at the Dirksen Federal Building, 219 S. Dearborn St., Room 2303, Chicago, Illinois at **9:15 a.m.** or as soon thereafter as counsel may be heard, and present to him or any judge sitting in his stead, **MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 15 PAGES** a copy of which is attached hereto and served upon you herewith.

                                                    /s/ John B. Murphey

JOHN B. MURPHEY
ARDC # 1992635
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for City of Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois  60602
Telephone:  312/541-1070
Fax: (312) 541-9191

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Philip C. Stahl | Mark H. Sterk |
| Maggie M. Hanel | Amy Elaina Zale |
| Patrick Thomas Nash | Tiffany Nelson |
| Grippo & Elden | Odelson & Sterk, Ltd. |
| 111 South Wacker Drive | 3318 West 95th Street |
| Chicago, Illinois 6060 | Evergreen Park, Illinois 60805 |

                          /s/   Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for the City of Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax (312) 541-9191