IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AYANNA WALKER, | ) | |
| Plaintiff, | ) | Case No. 07C 6148 |
| vs. | ) | |
| | ) | Judge Milton I. Shadur |
| CALUMET CITY, ILLINOIS, | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 15 PAGES**

Defendant, City of Calumet City, moves for leave to file a Memorandum of 21 pages in support of its Motion to Dismiss Walker's Second Amended Complaint. The proposed Memorandum is attached to this Motion. In support of this Motion the City states:

1. The reason the Memorandum is in excess of 15 pages is that our argument is prefaced by (i) an extensive summary of the Ordinance, and (ii) a hypothetical demonstration of the Ordinance in operation. These two aspects of our Memorandum are reprises of material we have filed in connection with earlier pleadings. We think they are important.

2. The City thought it would be easier for this Court to have these explanatory resources available in a single document rather than by cross-referencing an earlier pleading or placing them in the body of the Motion to Dismiss.

3. The City's legal analysis and argument stay within the required 15 pages.

WHEREFORE, the City requests that this Court grant the City's Motion to file its Memorandum of Law in the form submitted.

                              City of Calumet City

                              By:   /s/ John B. Murphey

| | |
|---|---|
| JOHN B. MURPHEY/ARDC #1992635 | MARK STERK/ARDC #3125540 |
| Rosenthal, Murphey & Coblentz | Odelson & Sterk, Ltd. |
| 30 North LaSalle Street, Suite 1624 | 3318 West 95th Street |
| Chicago, Illinois 60602 | Evergreen Park, Illinois 60805 |
| Tel. (312) 541-1070/Fax (312) 541-9191 | Tel. (708) 424-5678/Fax (708) 424-5829 |

G:\rmcj\calumet City\walker\Motion File Excess 15 pages.doc

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Philip C. Stahl<br>Maggie M. Hanel<br>Patrick Thomas Nash<br>Grippo & Elden<br>111 South Wacker Drive<br>Chicago, Illinois 60606 | Mark H. Sterk<br>Michael Joseph Hayes, Jr.<br>Robert Wilder<br>Richard F. Bruen, Jr.<br>Odelson & Sterk<br>3318 W. 95th St.<br>Evergreen Park, Ill. 60805 |

        /s/   Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191