IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AYANNA WALKER, | ) | |
| Plaintiff, | ) | Case No. 07C 6148 |
| vs. | ) | |
| | ) | Judge Milton I. Shadur |
| CALUMET CITY, ILLINOIS | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

**MOTION FOR LEAVE TO FILE AFFIDAVIT TO CONFORM
TO REPRESENTATIONS MADE IN OPEN COURT**

Defendant City of Calumet City, by its attorney John B. Murphey, moves for leave to file the attached Affidavit of Valerie Williams as part of the record in this case. In support of this Motion, the City states:

1. At a previous status conference counsel for the City indicated that the Subject Property had been inspected by virtue of it being a multi-family rental dwelling. The property passed the inspection and has been affirmed as a legal nonconforming use.

2. It is appropriate for this Affidavit to be made part of the court record in the event transcription of proceedings are not available.

WHEREFORE, the City moves for leave to make the Williams Affidavit of record.

City of Calumet City

By:  /s/ John B. Murphey

JOHN B. MURPHEY/ARDC #1992635
Rosenthal, Murphey & Coblentz
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax (312) 541-9191

MARK STERK/ARDC #3125540
Odelson & Sterk, Ltd.
3318 West 95th Street
Evergreen Park, Illinois 60805
Tel. (708) 424-5678
Fax (708) 424-5829

G:\rmcj\calumet City\walker\MotLeaveFileAff.doc

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties listed below:

| | |
|---|---|
| Philip C. Stahl<br>Maggie M. Hanel<br>Patrick Thomas Nash<br>Grippo & Elden<br>111 South Wacker Drive<br>Chicago, Illinois 60606 | Mark H. Sterk<br>Michael Joseph Hayes, Jr.<br>Robert Wilder<br>Richard F. Bruen, Jr.<br>Odelson & Sterk<br>3318 W. 95th St.<br>Evergreen Park, Ill. 60805 |

      /s/    Douglas M. Doty
ROSENTHAL, MURPHEY & COBLENTZ
Attorneys for Calumet City
30 North LaSalle Street, Suite 1624
Chicago, Illinois 60602
Tel. (312) 541-1070
Fax: (312) 541-9191