IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AYANNA WALKER, for herself and all others similarly situated,<br>　　　　　　　　Plaintiffs,<br>v.<br>CALUMET CITY, ILLINOIS,<br>　　　　　　　　Defendant. | Case No. 07 C 6148<br><br>Judge Milton Shadur<br>Magistrate Judge Valdez |

### AFFIDAVIT OF VAL WILLIAMS

Val Williams being duly sworn and under oath deposes and states as follows:

1. I am Director of the Department of Inspectional Services ("Department") of the City of Calumet City.

2. The functions of the Department include:

   a. determining whether buildings are a legal conforming use; and

   b. determining whether buildings sufficiently comply with the applicable City building and property maintenance ordinances to warrant the issuance of transfer stamps.

3. I have reviewed the file maintained by the Department for the property commonly known as 521-523 GreenBay ("Property") and have determined:

   a. that the Property is a legally non-conforming use in accordance with the applicable ordinances of the City; and

   b. that the Property is sufficiently in compliance with the applicable building and property maintenance ordinances so that the City will issue transfer stamps in connection with conveyance of the Property upon application and payment of the applicable tax.

AFFIANT SAYETH FURTHER NOT.

_____
Val Williams

Subscribed and Sworn to before
me this 8th day of April, 2008.

_____
NOTARY PUBLIC
MARK H. STERK
Notary Public - State of Illinois
My Commission Expires May 01, 2012

# CITY OF CALUMET CITY, ILLINOIS
## DEPARTMENT OF INSPECTIONAL SERVICES
### 708-891-8120

### ANNUAL RESIDENTIAL/MULTIFAMILY RENTAL INSPECTION

The following is the result of an inspection at the property known as **521-523 Greenbay**

The inspection is not in any way intended to be a complete list of Code or Municipal Ordinance requirements. The inspection can be substantially limited by access availability and stored items or furniture preventing access.

Some buildings may require certifications to be completed on individual systems such as the heating appliances, roofing, or fire protection systems. Specific requirements of the *Annual Rental Inspection* and limitations are available by referring to the Calumet City Municipal Code, Section 6-308, available in the City Clerk's Office. The first inspection and subsequent re-inspection is included in the initial cost. Any additional inspections or failure of the owner/agent/designee to appear for a scheduled inspection will require additional fees.

The inspector will note the deficiencies by writing "NO" in the blank in front of a statement and may additionally circle a specific area or make comments. On the back of the inspection sheets are some of the code language that relates to the deficiencies noted by the inspector. The "PM" sections refer to the present adopted Illinois Property Maintenance Code and the "MC" refers to the Calumet City Municipal Code reference. Copies of these Codes are available for viewing in the City Clerk's Office. Some of the repairs may require registered contractors and permits.

**# OF EXISTING UNITS** 4

**INSPECTOR** Garcia   **DATE** 10-19-07

I AM THE OWNER/AUTHORIZED AGENT OF THE ABOVE PROPERTY AND CAN LEGALLY AUTHORIZE THIS INSPECTION. I HAVE RECEIVED PERMISSION FROM ANY TENANTS/LEASEES TO ENTER THEIR UNIT(S) FOR THIS INSPECTION.

**OWNER PRINTED NAME** X Ayanna Walker    **DATE** 10-19-07

**OWNER/AGENT SIGNATURE** X Ayanna Walker

### REINSPECTIONS:

**INSPECTOR #** 105   **OWNER SIGNATURE:** _____   **DATE** 11-16-07 Owner No Show

**INSPECTOR #** 105   **OWNER SIGNATURE:** _____   **DATE** 12-12-07 Tenants at rear Apts gave Access

**INSPECTOR #** 100   **OWNER SIGNATURE:** _____   **DATE** 1-7-08 But No Access

10-6
**APPROVED FOR OCCUPANCY (ORIGINAL UNITS)**    # 4    **DATE** 2-14-08   2-14-08 to 523 front Apt
**APPROVED FOR OCCUPANCY (FOR RENTAL PURPOSES)** # 4    **DATE** 2-14-08

**NOT APPROVED FOR OCCUPANCY**    # ___    **DATE** ___

**COMMENTS** _____

## EXTERIOR OF HOUSE AND GARAGE

1. _Yes_ Is the property being maintained in a clean, safe, and sanitary condition?
2. _Yes_ Are the weeds, plant growth and grasses less than 6 inches? (This does not include cultivated flower and vegetable gardens.)
3. _NO_ Are fences, retaining walls, porches, and decks in good repair? Loose guard rail at 521 rear porch
4. _Yes_ Are private sidewalks, driveway, and similar areas being kept free from trip hazards, large cracks and is driveway paved?
5. _YES_ Is the street address posted on the property and visible from the street and alley? If there is alley access, the address must be posted at the most visible rear location such as the garage and the numbers shall be at least 3 inches high with a ½" stroke? MISSING OR DEFICEIENT AT REAR OF GARAGE?_____HOUSE?_____
6. _Yes_ Are all the exterior walls and chimneys in good repair? For example, repairs would be necessary if bricks are deteriorated and/or mortar missing or cracks in same?
7. _Yes_ Is the exterior structure of the building free from unusual sagging, deterioration, and structurally sound?
8. _Yes_ Is the roof sound, tight, and preventing the elements from damaging the structure? ROOF CERTIFICATION NEEDED   YES_____   NO _X_

Yes 2-14
9. _NO_ Are all windows, doors, and frames in good repair?
10. _Yes_ Do the exit doors have single keyed locks? Deadbolt locks are not allowed.
11. _NO_ Are the gutters, siding, fascia, and soffit free of peeling paint and deterioration?
12. _NO_ Are all light fixtures and electrical outlets in good repair and are the outside outlets protected by ground fault interrupter circuits? — South light at 523 house missing cover — laying on ground
13. _N/A_ Are all sheds or auxiliary structures in good repair?

**EXTERIOR COMMENTS:** — OK 1/16

#11 Replace missing "Elbow" at Downspout + 523 house

✱ 1/16
#9 Reglaze broken storm window at South (replace missing storms + screens) secure storm assembly frame + window needs glazing compound — OK

523

**GENERAL INTERIOR APARTMENT #** Basement & Front Apt.

13) NO — Do all stairs have guardrails if over 4 steps and are stairs in good repair?
LOCATION Loose hand rail to upstairs / missing

14) NO — Are walls, floors, and ceilings free of peeling paint, holes, deterioration and in good repair?
LOCATION

15) YES — Are all windows opening properly and weight cords attached?
LOCATION

16) YES — Are fans present in all baths where windows are not present and are they vented outside?
LOCATION

17) NO — Are all toilets, sinks, showers, and baths free from leaks, drain blockage, other defects affecting their operation?

18) YES — Are ground fault interrupter circuits protecting the bath, kitchen, garage, and unfinished basement outlets?
MISSING/NOT WORKING PROPERLY AT

X 19) YES/NO — Is the property free from "romex" type wiring, extension cords, or excessive amounts of flexible metallic raceways (Bx, Greenfield)?
LOCATION Excessive upstairs BR.

20) YES — Are all junction boxes properly covered?
LOCATION

21) YES — Does every bedroom, living, dining, family room, or other room used for sleeping, living, or cooking have at least two outlets and are they in good repair?
LOCATION

22) YES — Does every hall, stairway, laundry or mechanical rooms have an electric light fixture?
LOCATION

23) YES — Does the entry doors to halls have a properly operating door closure if required?

24) YES — Is a smoke detector present within 15 feet of each bedroom and on each level within the unit?

**ADDITIONAL COMMENTS** ok 1-14  1-14 ok

Basement Apt. 523 - C.O. detector reqd + Entry door needs paint or stain

ok 1-14       ok 1-14
Front Apt. - Bath Rm. need paint, ok Kit faucet handle loose - ok C.O detectors reqd (2)
ok 1-14 NEED 1 UPSTAIRS BEDRMS

GENERAL INTERIOR APARTMENT # __Coach House__

13) NO / OK  Do all stairs have guardrails if over 4 steps and are stairs in good repair?
LOCATION __Rear Entry Porch Guard Rail Loose__

14) Yes  Are walls, floors, and ceilings free of peeling paint, holes, deterioration and in good repair?
LOCATION _____

15) Yes  Are all windows opening properly and weight cords attached?
LOCATION _____

16) Yes  Are fans present in all baths where windows are not present and are they vented outside?
LOCATION _____

Yes -14

17) NO  Are all toilets, sinks, showers, and baths free from leaks, drain blockage, other defects affecting their operation?

18) Yes  Are ground fault interrupter circuits protecting the bath, kitchen, garage, and unfinished basement outlets?
MISSING/NOT WORKING PROPERLY AT _____

19) Yes  Is the property free from "romex" type wiring, extension cords, or excessive amounts of flexible metallic raceways (Bx, Greenfield)?
LOCATION _____

20) Yes  Are all junction boxes properly covered?
LOCATION _____

21) Yes  Does every bedroom, living, dining, family room, or other room used for sleeping, living, or cooking have at least two outlets and are they in good repair?
LOCATION _____

22) Yes  Does every hall, stairway, laundry or mechanical rooms have an electric light fixture?
LOCATION _____

23) Yes  Does the entry doors to halls have a properly operating door closure if required?

24) No  Is a smoke detector present within 15 feet of each bedroom and on each level within the unit?

ADDITIONAL COMMENTS ____OK____ ____OK____

Yes -14

521- Coach House - #17 Kitchen & Bath Rm Lav. Drains leak, #14 Smoke detector wont test (C.O. detector reqd.) Front Entry Door Needs Paint or Stain, Bed Rm. Door Broken

OK

OK 11/16

Mech Rm: Hot Water Tank has broken/loose flue

Exterior: see #13 still

**GENERAL INTERIOR APARTMENT #** _Rear Apt_

Yes
2-14

13) Yes — Do all stairs have guardrails if over 4 steps and are stairs in good repair?
LOCATION _____

14) No — Are walls, floors, and ceilings free of peeling paint, holes, deterioration and in good repair?
LOCATION _____

15) Yes — Are all windows opening properly and weight cords attached?
LOCATION _____

16) Yes — Are fans present in all baths where windows are not present and are they vented outside?
LOCATION _____

Yes
2-14

17) No — Are all toilets, sinks, showers, and baths free from leaks, drain blockage, other defects affecting their operation?

✓ 18) No — Are ground fault interrupter circuits protecting the bath, kitchen, garage, and unfinished basement outlets?
MISSING/NOT WORKING PROPERLY AT _____

ok 17-16
19) No — Is the property free from "romex" type wiring, extension cords, or excessive amounts of flexible metallic raceways (Bx, Greenfield)?
LOCATION _Out Door Extension cord being used for A.C._

20) Yes — Are all junction boxes properly covered?
LOCATION _____

21) Yes — Does every bedroom, living, dining, family room, or other room used for sleeping, living, or cooking have at least two outlets and are they in good repair?
LOCATION _____

22) Yes — Does every hall, stairway, laundry or mechanical rooms have an electric light fixture?
LOCATION _____

23) Yes — Does the entry doors to halls have a properly operating door closure if required?

24) Yes — Is a smoke detector present within 15 feet of each bedroom and on each level within the unit?

Yes
2-14

ADDITIONAL COMMENTS _C.O. detector required_ — ok
_Rear Apt. - Loose Bath Tub wall tiles, Door knob loose, (GFI recpt. Bath won't test) Kitchen faucet handle loose & sprayer leaks, Front entry door needs paint or stain, Bed Rm. door brok_

523

## MAJOR SYSTEMS PLUMBING

YES
a-14

25) NO — Is the water heater properly installed?

26) N/A — Are the drains and supply pipes free from leaks and is all drains attached to the drain/waste/vent system?

27) N/A — Are gas valves present at gas supply piping to appliances and flexible lines free from corrosion? MISSING AT _____ REPLACE AT _____

X 28) N/A — Is sump pump piping acceptable at this time?

#25 Cover missing off of Burner

## HEATING UNITS

29) N/A — Is the furnace/wall/boiler units working properly and free from excessive rust or debris?

YES
2-14

30) N/A — Is fireplace free from cracks, creosote, or deterioration, and is damper working?

X 31) N/A — Are smoke detectors present on each level at each hall and within 15 feet of mechanical areas?
MISSING/INOPERABLE AT C.O. detector reqd in basement mech. Rm

32) N/A — Is the foundation free from large cracks?

33) N/A — Is the structure of the building free from unusual sagging, deterioration, and obvious structural problems? Basement Mech Floor joist have charred wood from previous fire. (Statement)

## ELECTRICAL

34) N/A — Are electrical panels properly installed and proper size?

35) Are all exit and emergency lights operating properly?

## FIRE PROTECTION SYSTEMS

___ CERTIFICATION NEEDED ON    STANDPIPE    SPRINKLER SYSTEM
                               SMOKE DETECTORS    FIRE ALARM
___ NO PARKING SIGNS NEEDED AT FIRE DEPARTMENT CONNECTION
___ EXPIRED EXTINGUISHER SERVICING AT _____
___ MISSING EXTINGUISHER AT _____
___ IS SELF CLOSURE INSTALLED ON LAUNDRY ROOM?

## ELEVATORS

Elevators must be certified as complying with ASME A17.1-90, Safety Code for Elevators and Escalators.

___ Certification or inspection within last year presented?

## EACH UNIT WILL HAVE A SEPARATE INTERIOR REPORT AS FOLLOWS:

ADDRESS: 523-21- GreenBay

21 Rear House

UNIT NUMBER: ___ NUMBER OF BEDROOMS IN THIS UNIT __1__ (NO BEDROOMS ALLOWED IN BASEMENT)
TOTAL NUMBER OF ROOMS: LR ___ DR _1_ KT _1_ BATH _1_ BASEMENT _unfinished_
COMMENTS: _Mudroom N/A_

UNIT NUMBER: _Basement_ NUMBER OF BEDROOMS IN THIS UNIT __1__ (NO BEDROOMS ALLOWED IN BASEMENT)
TOTAL NUMBER OF ROOMS: LR _1_ DR ___ KT _1_ BATH _1_ BASEMENT ___
COMMENTS: ___

UNIT NUMBER: _Rear_ NUMBER OF BEDROOMS IN THIS UNIT __1__ (NO BEDROOMS ALLOWED IN BASEMENT)
TOTAL NUMBER OF ROOMS: LR _1_ DR ___ KT _1_ BATH _1_ BASEMENT ___
COMMENTS: ___

UNIT NUMBER: _Front_ NUMBER OF BEDROOMS IN THIS UNIT __2__ (NO BEDROOMS ALLOWED IN BASEMENT)
TOTAL NUMBER OF ROOMS: LR _1_ DR ___ KT _1_ BATH _1_ BASEMENT ___
COMMENTS: ___

UNIT NUMBER: ___ NUMBER OF BEDROOMS IN THIS UNIT ___ (NO BEDROOMS ALLOWED IN BASEMENT)
TOTAL NUMBER OF ROOMS: LR ___ DR ___ KT ___ BATH ___ BASEMENT ___
COMMENTS: ___

UNIT NUMBER: ___ NUMBER OF BEDROOMS IN THIS UNIT ___ (NO BEDROOMS ALLOWED IN BASEMENT)
TOTAL NUMBER OF ROOMS: LR ___ DR ___ KT ___ BATH ___ BASEMENT ___
COMMENTS: ___

UNIT NUMBER: ___ NUMBER OF BEDROOMS IN THIS UNIT ___ (NO BEDROOMS ALLOWED IN BASEMENT)
TOTAL NUMBER OF ROOMS: LR ___ DR ___ KT ___ BATH ___ BASEMENT ___
COMMENTS: ___

**CITY OF CALUMET CITY**
670 Wentworth Avenue
Calumet City, IL 60409
708-891-8120

## Department of Inspectional Services

"An Illinois Certified City"

* For Office Use *

Check #: _____
Cash: _____
Date: _____
Processed By: _____

## APPLICATION FOR CODE COMPLIANCE INSPECTION
### Rental Inspection Ordinance #04-42

ADDRESS OF BUILDING: 521-523 Greenbay Ave                     Calumet City, IL

LEGAL OWNER: NAME Ayanna Walker          PHONE 708 275-4447
(Incomplete names not accepted)

ADDRESS: 1501 East Valley Pl     CELL PHONE # 708 275-4447
Primary Home Address (P.O. Box addresses not accepted)

CITY: Dyer          STATE: IN     ZIP: 46311

IF OWNER OCCUPIES BUILDING, WHICH UNIT DOES THE OWNER OCCUPY? NO

AGENT: NAME _____ PHONE _____
(if Applicable)
ADDRESS: _____
CITY: _____ STATE: _____ ZIP: _____

FEE SCHEDULE:
1. $50.00 yearly for one unit

Total number of units in building  4

2. $10.00 per additional unit, Including any owner occupied unit.

3. All Inspection fees shall be paid prior to issuance of Inspection date.
Payment is due thirty (30) days from this date _____

PLEASE MAKE CHECKS PAYABLE TO: CITY OF CALUMET CITY

I hereby certify that:
1. The data submitted in this application is an accurate representative of information.
2. I understand that submission of this application and payment of the fee does not constitute official compliance of this ordinance until inspection by authorized personnel and certificate of occupancy is received from the City of Calumet City. You must call for an appointment. 708-891-8206
3. I understand it is my obligation to assure that tenants have consented to the inspection.

Failure to comply with this policy may result in a fineable ticket up to $750.00 per day.

01/18/07

## CALUMET CITY FIRE DEPARTMENT
## DIVISION OF INSPECTIONAL SERVICES



687 Wentworth Avenue
Phone: (708) 891-8120
Fax: (708) 891-8117

Calumet City, Illinois 60409

DATE: 10-19-07

NAME: Aganna Walker

ADDRESS: 1501 East Valley Place
Dyer IN 46311

SUBJECT PROPERTY: 523 — 521 Greenbay

We ~~are sorry~~ to inform you that the above property did not pass the re-inspection ~~and~~ by our City inspector. A third inspection ~~will cost $50.00 and~~ must be paid prior to your third inspection. Our inspector ~~will not make a third inspection~~ without payment of the above ~~fee. Failure~~ to pay this fee will result in an issuance of a ticket for housing ~~court.~~

Thank you for your attention to this very important matter.

105
Code Compliance Inspector

900

Your New Re-inspection date is: Nov 16th 2007  (a.m)/p.m.

CALUMET CITY FIRE DEPARTMENT
DIVISION OF INSPECTIONAL SERVICES



687 Wentworth Avenue
Phone: (708) 891-8120
Fax: (708) 891-8117

Calumet City, Illinois 60409

DATE: 11-16-07

NAME: Ayanna Walker

ADDRESS: 1501 East Valley Place

Dyer IN. 46311

SUBJECT PROPERTY: 523-521 Greenbay

THIRD INSPECTION FEE → WAIved if complied By Next Inspection Date

We are sorry to inform you that the above property did not pass the re-inspection made by our City inspector. A third inspection will cost $50.00 and must be paid prior to your third inspection. Our inspector cannot make a third inspection without payment of the above. Failure to pay this fee will result in an issuance of a ticket for housing court.

Thank you for your attention to this very important matter.

JOS
Code Compliance Inspector

Your New Re-inspection date is: Dec 13th 2007   9:00 a.m./p.m.

Copies Sent w/ Reinspect Date

# CALUMET CITY FIRE DEPARTMENT
## DIVISION OF INSPECTIONAL SERVICES



687 Wentworth Avenue
Phone: (708) 891-8120
Fax: (708) 891-8117

Calumet City, Illinois 60409

DATE: 12/13/07

NAME: Ayanna Walker

ADDRESS: 1501 East Valley Place
Dyer In. 46311

SUBJECT PROPERTY: 523-521 Greenbay

THIRD INSPECTION FEE  MUST PAY

We are sorry to inform you that the above property did not pass the re-inspection made by our City inspector. A third inspection will cost $50.00 and must be paid prior to your third inspection. Our inspector cannot make a third inspection without payment of the above. Failure to pay this fee will result in an issuance of a ticket for housing court.

Thank you for your attention to this very important matter.

/es
Code Compliance Inspector

Your New Re-inspection date is: January 7th 2008  10:00 a.m./p.m.

## DIVISION OF INSPECTIONAL SERVICES



copy

687 Wentworth Avenue
Phone: (708) 891-8120
Fax: (708) 891-8117

Calumet City, Illinois 60409

DATE: 1-14-08

NAME: AYANNA WALKER

ADDRESS: 1501 EAST VALLEY PLACE
DYER, INDIANA, 46311

SUBJECT PROPERTY: 523-521 GREENBAY

_Dave Bartock #106_
Code Compliance Inspector

Your New Re-inspection date is: 2-14-08  11:00 (a.m.)/pm

318

## CITY OF CALUMET CITY ILLINOIS
## DEPARTMENT OF INSPECTIONAL SERVICES

MICHELLE MARKIEWICZ QUALKINBUSH
MAYOR

JAMES P. BANASIAK
Chief/Director

PAUL A. KOWALCZYK
Commissioner



Calumet City, Illinois 60409

687 Wentworth Avenue
Phone: (708) 891-8120
Fax: (708) 891-8117

## ZONING CONFIRMATION STATEMENT

As a service to the public, zoning confirmation statements are available from the Inspectional Services Department.

A zoning confirmation is not a rebuild letter. The City of Calumet City _will not_ issue a rebuild letter.

In order to avoid error, the request should be in writing and include the following information:

1. Property Address    521-523 GREENBAY AVENUE
2. Property Index Number (P.I.N.)    30-07-407-041-0000
3. Age of Structure    UNKNOWN
4. Name of Requestor    AYANNA WALKER
5. Fax Number    DATE    05/30/2007

Zoning: R-1 SINGLE FAMILY LOT

Date: 5/30/2007                              Clerk Initials:    R Wojewoda

Re: 521-523 Greenbay
Calumet City

I Need the land use information faxed to me for the above property. Please fax me at (773) 729-5016 attention my Realtor Dee Cummings. Any questions or concerns please don't hesitate to call me AyANNa Walker - owner at (708) 275-1447.