UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ayanna Walker
                                Plaintiff,

v.                                                      Case No.: 1:07−cv−06148
                                                    Honorable Milton I. Shadur

Calumet City, Illinois
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 14, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Motion to dismiss [43] is entered and continued. Defendant's supplement is du on or before April 22, 2008. Plaintiff's response is due on or before May 6, 2008. Motion for leave to file excess pages [45] is granted; Motion for leave to file affidavit [47] is granted. Status hearing set for 5/7/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.