# EXHIBIT C

## APPENDIX B ZONING*

_____

**Editor's note:** Appendix B sets out the zoning ordinance, enacted on Jan. 13, 1983, by Ord. No. 83-1, as the same was originally enacted by the city. Amendments will be cited in a history note following the affected section. The editor has incorporated a uniform printing style for purposes of maintaining Code format; however, no substantive changes have been made.

**Cross references:** Buildings and building regulations, ch. 14; community development, ch. 18; environment, ch. 26; floods, ch. 34; transitional living residences, § 42-1; sexually oriented entertainment businesses, § 54-1941 et seq.; mobile home parks, ch. 58; planning, ch. 66; signs, ch. 70; streets, sidewalks and other public places, ch. 78; telecommunications, ch. 86; ordinances related to zoning, app. C.

_____

Sec. I. Title.
Sec. II. Intent and purpose.
Sec. III. Rules and definitions.
Sec. IV. General provisions.
Sec. V. Nonconforming buildings and uses.
Sec. VI. Zoning districts and zoning district map.
Sec. VII. Residence districts.
Sec. VIII. Commercial business district.
Sec. IX. Industrial districts.
Sec. X. Off-street parking and loading.
Sec. XI. Reserved.
Sec. XII. Administration.
Sec. XIII. Amendments.
Sec. XIV. Violations: penalty.
Sec. XV. Enactment.

_An Ordinance to Classify, Regulate and Restrict the Location of Trades and Industries and the Location of Buildings Designed for the Specified Industrial, Commercial, Residential and Other Uses and to Regulate and Limit the Height and Bulk of Buildings Hereafter Erected; to Regulate and Determine the Area of Yards, Courts and Other Open Spaces Within and Surrounding Such Buildings and to Establish the Boundaries of Districts for the Said Purposes and Prescribing Penalties for the Violation of its Provisions, and for Creating a Board of Appeals._

_Now, Therefore, Be and It Is Hereby Ordained by the City Council of Calumet City, Illinois:_

## Sec. I. Title.

This ordinance shall be known, referred to and recited as "The Zoning Ordinance of the City of Calumet City."

(Code 1980, App. B, § I)

## Sec. II. Intent and purpose.

The prime tool of planning is land use control, most commonly referred to as zoning. The purposes of zoning are many, but foremost among these purposes are:

To promote and protect the public health, safety, morals, comfort and general welfare of the people;

To divide the City of Calumet City into zones or districts restricting and regulating therein the location, erection, construction, reconstruction, alteration and use of buildings, structures, and land for residence, business manufacturing and other specified uses;

To provide adequate light, air, privacy and conveniences of access to property;

To protect the character and the stability of the residential, business, and manufacturing areas within the City of Calumet City and to promote the orderly and beneficial development of such areas;

To regulate the intensity of use of lot areas, and to determine the area of open spaces surrounding buildings, necessary to provide adequate light and air, and to protect the public health;

To establish building lines and the location of buildings designed for residential, business and manufacturing, or other uses within such areas;

To fix reasonable standards to which buildings or structures shall conform therein;

To prohibit uses, buildings or structures incompatible with the character of development or intended uses within specified zoning districts;

To prevent additions to or alteration or remodeling of existing buildings or structures in such a way as to avoid the restrictions and limitations imposed hereunder;

To limit congestion in the public streets and protect the public health, safety, convenience and general welfare by providing for the off-street parking of motor vehicles and the loading and unloading of commercial vehicles;

To protect against fire, explosion, noxious fumes and other hazards in the interest of the public health, safety, comfort and general welfare;

To prevent the overcrowding of land and undue concentration of structures, so far as is possible and appropriate in each district, by regulating the use and bulk of buildings in relation to the land surrounding them;

To conserve the taxable value of land and buildings throughout the City of Calumet City;

To provide for the elimination of nonconforming uses of land, buildings and structures which are adversely affecting the character and value of desirable development in each district.

And to define and limit the powers and duties of the administrative officers and bodies as provided herein.

(Code 1980, App. B, § II)

## Sec. III. Rules and definitions.

In the construction of this ordinance, the rules and definitions contained in this section shall be observed and applies, except when the context herein clearly indicated otherwise.

*Rules.*

The present tense includes the future the present.

The singular number includes the plural and the plural the singular.

The word building includes the word structure.

The word shall is mandatory, and the word may is permissive.

*3.2 Definitions.*

*Abutting:* To have a common property line or district line.

*Accessory:* A use, building, structure, or part of a building or structure which:

(1) Is subordinate to and serves the principal building or structure or principal use;

(2) Is subordinate in area, extent, or purpose to the principal building or structure or principal use served;

(3) Contributes to the comfort, convenience, or necessity of occupants of the principal building or principal use; and

(4) Is located on the same lot as the principal building or structure or principal use served, with the exception of such accessory off-street parking facilities as are permitted to locate elsewhere than on

the same lot as the building or use served.

*Adjacent:* To lie near or close to; in the neighborhood or vicinity of.

*Adjoining:* Touching or contiguous, as distinguished from lying near or adjacent.

*Agriculture:* The use for the pursuit of agriculture of a parcel of land twenty (20) acres or more in area under unified ownership or control and when within the perimeter of such a parcel there is no intervening street or land in other ownership or control. The pursuit of agriculture includes farming, dairying, pasturage, agriculture, horticulture, floriculture, viticulture, and animal and poultry husbandry and accessory uses customarily incidental to normal agricultural activities, but not including the commercial specialization of any of the above uses.

*Airport:* Any area of land which is used, or intended, for the landing and takeoff of aircraft, and any appurtenant areas which are used or intended for use as airport buildings or other airport structures or rights-of-way, together with all airport buildings and structures located thereon.

*Alley:* Any right-of-way, with a width of not less than twelve (12) feet or more than twenty-four (24) feet, which affords secondary means of vehicular access to abutting properties. A street shall not be considered an alley.

*Alteration:* Any change in size, shape, occupancy, or use of a building or structure.

*Animal hospital:* A building or portion thereof designed or used for the care, observation, or treatment of domestic animals.

*Automobile laundry:* A building or portion thereof containing facilities for washing more than two (2) motor vehicles, using production-line methods.

*Automobile service station:* A place where gasoline, stored only in underground tanks, kerosene, lubricating oil or grease, for operation of automobiles, are offered for sale directly to the public, on the premises, and including minor accessories and the servicing of automobiles; but not including major automobile repairs; and including washing of automobiles where no chain conveyor, blower or steam cleaning device is employed. When the dispensing, sale or offering for sale of motor fuels or oil is incidental to the conduct of a public garage, the premises shall be classified as a public garage. Automobile service stations shall not include sale or storage of automobiles or trailers (new or used).

*Automobile wrecking yard:* See "junk yard."

*Awning:* A roof-like mechanism, retractable in operation, which project from the wall of a building.

*Basement:* A story having part, but not more than one-half ( 1/2) of its floor to clear ceiling height below grade. When a basement is used for storage, or garages for use of occupants of the building, or other facilities common for the operation and maintenance of the entire building, it shall not be counted as a story.

*Block:* A tract of land bounded by streets, or by a combination of streets and public parks, other permanent areas, or other lines of demarcation. A block may be located in part beyond the boundary lines of the corporate limits of the City of Calumet City.

*Building:* Any structure designed or built for the support, enclosure, shelter, or protection of persons, animals, chattels, or property of any kind, and which is permanently affixed to the land. When any portion thereof is completely separated from every other portion by a party wall, then such portion shall be deemed to be a separate building.

[*Building commissioner:* The zoning administrator.]

*Building, completely enclosed:* A building separated on all sides from the adjoining open spaces by a permanent roof and by exterior walls, pierced only by windows and normal entrance and exit doors, or when adjoining another building or buildings on one (1) or two (2) sides, a roof and such exterior wall adjoining open space and party wall adjoining the other building.

*Building, detached:* A building surrounded by open space.

*Building, height of:* The vertical distance from curb level to the highest point of the coping of a flat roof or to the deck line of a mansard roof, or the mean height level between eaves and ridge for gable, hip or gambrel roofs. Chimneys, towers, spires, elevator penthouses, cooling towers, and similar customary accessory structures and equipment, other than signs, shall not be included in calculating building height.

*Building, principal:* A nonaccessory building in which is conducted the principal use of the lot.

*Building, temporary:* Any building not designed to be permanently located at the place where it is or where it is intended to be, temporarily placed or affixed.

*Bulk:* The term used to indicate the size and setback of buildings or structures, and the location of same with respect to one another, and includes the following: (a) size and height of buildings; (b) location of exterior walls at all levels in relation to lot lines, streets, or to other buildings; (c) floor area ratio; (d) all open space allocated to buildings; and (e) amount of lot area and lot width provided per dwelling unit.

*Business:* An occupation, employment, or enterprise, which occupies time, attention, labor, and materials, or wherein merchandise is exhibited or sold, or where services are offered.

*Capacity in persons:* The maximum number of persons that can avail themselves of the services or goods of an establishment or use at any one (1) time, with reasonable comfort and safety.

*Carport:* A roofed automobile shelter, with one (1) or more open sides.

*Cellar:* A story having more than one-half ( 1/2) of its floor to clear ceiling height below grade. A cellar is not included in computing the number of stories for the purpose of height measurement.

*Clinic, medical or dental:* A medical center or medical clinic is an establishment where three or more licensed physicians, surgeons or dentists engage in the practice of medicine or dentistry, operating on a group or individual basis with pooled facilities, such as coordinated laboratory, X-ray and allied departments, and the diagnosis and treatment of humans, which need not, but may include a drug prescription counter (not a drug store) for the dispensing of drugs and pharmaceutical products to the patients of said physicians, surgeons and dentists.

*Closed cup flash point:* The lowest temperature at which a combustible liquid under the most favorable dition will give off a flammable vapor which will burn momentarily.

*Club or lodge, private:* A nonprofit association of persons who are bona fide members and where facilities are restricted to members and their guests. Food and alcoholic beverages may be served on its premises provided they are secondary and incidental to the principal use.

*Community residence:* A single dwelling unit occupied on a relatively permanent basis in a family-life environment by a group of unrelated persons with disabilities, plus paid professional support staff provided by a sponsoring agency, either living with the residents on a twenty-four (24) hour basis, or present whenever residents with disabilities are present at the dwelling, and [which] complies with the zoning regulations for the district in which the site is located.

*Conforming building or structure:* Any building or structure which: (a) complies with all the regulations of this ordinance or of any amendment thereto governing bulk of the district in which said building or structure is located; or (b) is designed or intended for a permitted use or conditional permitted use, as herein allowed in the district in which it is located.

*Contiguous:* In actual contact.

*Court:* An open unoccupied space other than a yard on the same lot with a building or group of buildings and which is bounded on two (2) or more sides by such building or buildings.

*Curb level:* The established level of the curb pavement edging, along the front lot line, at a point directly in front of the center line of the building wall facing the front lot line, or if a curb pavement edging does not exist, the established level, at such point, along the center line of the roadway pavement, except in cases of exceptional differences in grade elevations between lot corners or within the area of a lot, as determined by the zoning administrator, the established curb level may be the average elevation of the finished ground grades at the building foundation walls even though such average elevation is higher than such established level of the curb pavement edging, or center line or roadway pavement.

*Disability:* A physical or mental impairment which substantially limits one (1) or more of the person's major life activities, impairs his ability to live independently, or a record of having such an impairment or being regarded as having such an impairment, but such term does not include current use of, nor addiction to, a controlled substance.

*Drive-in establishment:* An establishment or part thereof in which are provided facilities where serving or consuming commodities or both are intended to occur in patron's automobiles parked on the premises, or where commodities are purchased by customers waiting in automobiles for consumption off the premises.

*Dwellings:* A building or portion thereof designed or used exclusively for residential purposes, including single-family, two-family and multiple-family dwellings, but not including mobile homes or other trailers and lodging rooms in hotels, motels or lodging houses.

*Dwelling, attached:* A dwelling joined to two (2) other dwellings by party walls, or vertical cavity walls, and above ground physically unifying horizontal structural elements.

*Dwelling, detached:* A dwelling which is surrounded on all sides by open space on the same lot.

*Dwellings, multiple-family:* A dwelling containing four (4) or more dwelling units.

*Dwellings, single-family:* A dwelling containing one (1) dwelling unit only.

*Dwelling, semidetached:* A dwelling joined to one (1) other dwelling by a party wall, or vertical cavity wall, and above ground physically unifying horizontal structural elements.

*Dwelling, two-family:* A dwelling containing two (2) dwelling units only.

*Dwelling, three-family:* A dwelling containing three (3) dwelling units only, one (1) above the other.

*Dwelling unit:* One (1) or more rooms which are arranged, designed, or used as living quarters for a family, or for a community residence as a single house-keeping unit. A dwelling unit includes bathroom and kitchen facilities in addition to sleeping and living areas.

*Efficiency unit:* A dwelling unit consisting of one (1) principal room, exclusive of bathroom, kitchen, hallway, closets, or dining alcove directly off the principal room.

*Electric distribution center:* A terminal at which electric energy is received from the transmission system and is ¹vered to the distribution system only.

*Electric substation:* A terminal at which electric energy is received from the transmission system and is delivered to other elements of the transmission system and, generally, to the local distribution system.

*Engineer, city:* The official of the City of Calumet City, Illinois duly appointed and designated as the city engineer.

*Establishment, business:* A building, structure, or land used in whole or in part as a place of business, the ownership or management of which is separate and distinct from the ownership or management of any other place of business located on the same or other lot.

*Fallout shelter:* An accessory building and use which incorporates the fundamentals for fallout protection (shielding mass, ventilation, and space to live) and which is constructed of such materials, in such a manner, as to afford to the occupants substantial protection from radioactive fallout.

*Family:* One (1) person or two (2) or more persons each related to the other by blood, marriage, or legal adoption, or a group of not more than five (5) persons not all so related, together with his or their domestic servants, maintaining a common household in a dwelling unit, but not including sororities, fraternities or similar organizations.

*Fence:* A structure, or tree or shrub hedge which is a barrier and used as a boundary or means of protection or confinement.

*Fence, open:* A fence including gates which has, for each one (1) foot wide segment extending over the entire length and height of the fence, fifty (50) percent of the surface area in open spaces which afford direct views through the fence.

*Fence, solid:* A fence, including gates, which conceals from view from adjoining properties, streets, or alleys activities conducted behind it.

*Flood-crest elevation:* The elevation equal to the flood-crest level of record designated by the city engineer or other governmental officials or body having jurisdiction as applicable to the property for which a zoning certificate is being requested.

*Floodplain area:* That continuous area adjacent to a stream or stream bed, or any storm water retention area and its tributaries, whose elevation is equal to or lower than the flood-crest elevation including also land less than ten (10) acres in area having an elevation higher than flood-crest elevation and which is surrounded by land in a floodplain area, or land, less than five (5) acres in area, having an elevation equal to or higher than flood-crest elevation and bordered on three (3) sides by lane in a floodplain area.

*Floor area, for determining floor area ratio:* The sum of the gross horizontal areas of the several floors including also the basement floor of a building, measured from the exterior faces of the exterior walls, or from the center line of walls separating two buildings. The floor area shall also include the horizontal areas on each floor

devoted to: (a) elevator shafts and stairwells; (b) mechanical equipment, except if located on the roof, when either open or enclosed, i.e. bulkhead, water tanks, and cooling towers; (c) habitable attic space as permitted by the building code of the City of Calumet City, Illinois; (d) interior balconies and mezzanines; (e) enclosed porches; and (f) accessory uses. The floor area of structures used for bulk storage of materials, i.e. grain elevators, petroleum tanks shall also be included in the floor area and such floor area shall be determined on the basis of the height of such structures with one (1) floor for each ten (10) feet of structure height and if such structure measures less than ten (10) feet but not less than five (5) feet over such floor height intervals, it shall be construed to have an additional floor.

The horizontal area in each floor of a building devoted to off-street parking and off-street loading facilities and the horizontal area of a cellar floor shall not be included in the floor area.

*Floor area, for determining off-street parking and off-street loading requirements:*  Floor area when prescribed as the basis of measurement for off-street parking spaces and off-street loading spaces for a use shall be the sum of the gross horizontal area of the several floors of the building, excluding the horizontal areas of basement and cellar floors that are devoted exclusively to uses accessory to the operation of the entire building. All horizontal dimensions shall be taken from the exterior of the walls.

Notwithstanding the foregoing, when determining the floor area for off-street parking spaces and off-street loading spaces for enclosed retail shopping malls, there shall also be excluded from the determination of floor area the horizontal areas of (a) all enclosed common areas devoted to the general public, such as (without limitation) pedestrian malls (including service and exit corridors, balconies, mezzanines, and enclosed porches); mall restrooms; and mall elevator shafts, stairwells and escalator areas, and (b) all other enclosed horizontal areas not devoted to
il sales (or uses accessory thereto), such as (without limitation) equipment and mechanical areas; heating, ventilating and air conditioning shafts and ducts; enclosed loading docks; and store elevator shafts, stairwells, and escalator areas.

*Floor area ratio:*  The numerical value obtained by dividing the floor area within a building or buildings on a lot by the area of such lot. The floor ratio requirements as designated for each district when multiplied by the lot area in square feet shall determine the maximum permissible floor area for the building or buildings on the lot.

*Free burning:*  The rate of combustion described by a material which burns actively and easily supports combustion.

*Frequency:*  Signifies the number of oscillations per second in a sound wave and is an index of the pitch of the resulting sound.

*Garage, private:*  An accessory building designed and used for the storage of motor vehicles owned and used by the occupants of the principal building to which it is accessory and in which no occupation or business for profit is carried on. Only one (1) of the motor vehicles may be a commercial vehicle which does not exceed two (2) tons capacity. A travel trailer or a boat that, in each case, is owned and used by the occupant of such principal building may
ʰ   stored in a private garage.

*Garage, public:*  A building or portion thereof other than a private or storage garage, designed or used for equipping, servicing, or repairing motor vehicles. Hiring, selling, or storing of motor vehicles may be included.

*Garage, storage:*  A building or portion thereof, designed or used exclusively for storage of motor vehicles, and in which motor fuels and oils are not sold, except as herein regulated, and motor vehicles are not equipped, repaired, hired or sold.

*Gross density:*  Ratio between total number of dwelling units on a lot and total area in acres.

*Guest, permanent:*  A person who occupies or has the right to occupy a lodging house, hotel, apartment hotel, or motel accommodation as his domicile and place of permanent residence.

*Home occupation:*  A gainful occupation or profession conducted entirely within a dwelling unit by a member of the family residing in the dwelling unit. No article shall be sold or offered for sale on the premises except such as is produced by the occupation on the premises and no mechanical or electrical equipment shall be installed or maintained other than such as is incidental to domestic use.

*Hotel or motel:*  A building in which lodging rooms are provided and offered to the public for compensation and which is open to transient guests, in contradistinction to a lodging house, or a rooming house, and where customary hotel services such as maid, telephone, and secretarial, bellboy, and desk services and the use and upkeep of furniture, and furnishings and laundry of linens are provided. Facilities may include restaurants, cocktail lounges, and meeting rooms. Not more than fifty (50) percent of the accommodations in a hotel may be in dwelling units occupied or intended for occupancy by permanent guests.

*Hotel, apartment:* A hotel in which more than fifty (50) percent but not more than eighty (80) percent of the accommodations are in dwelling units occupied or intended for occupancy by permanent guests.

*Intense burning:* The rate of combustion described by a material that burns with a high degree of activity and is consumed rapidly.

*Institution:* A building occupied by a nonprofit corporation wholly for public or semipublic use.

*Junkyard:* An open area of land and any accessory buildings or structures thereon which are used primarily for buying, selling, exchanging, storing, baling, packing, disassembling, or handling waste or scrap materials, including vehicles, machinery, and equipment not in operable condition or parts thereof, and other metals, paper, rugs, rubber tires and bottles.

*Kennel:* Any premises or portion thereof on which more than three (3) dogs, cats, or other household domestic animals over one (1) year of age are kept, or on which more than two (2) such animals are maintained, boarded, bred, or cared for, in return for remunerations, or are kept for the purpose of sale, except any premise five (5) acres or more in area used for a single-family detached dwelling, agricultural, institutional, or recreational use where more than three (3) such domestic animals owned by the occupantof the principal use are kept, bred, and offered for sale shall not be considered a kennel.

*Laboratory:* See "research laboratory."

*Launderette:* A business that provides coin-operated self-service type washing, drying, dry-cleaning, and ing facilities, providing that: (a) not more than four (4) persons, including owners, are employed on the premises; and (b) no pick-up or delivery service is maintained.

*Livestock:* Riding horses, ponies, donkeys, sheep, goats, and cattle.

*Loading berth:* A space within the principal building or on the same lot as the principal building providing for the standing or unloading of trucks and with access to a street or alley.

*Lot:* A parcel of land legally described as a distinct portion or piece of land of record.

*Lot area:* The area of a horizontal plane bounded by the front, side and rear lot lines of the lot.

*Lot, corner:* A lot of which at least two (2) adjacent sides abut for their full lengths upon streets, provided that the interior angle at the intersection of such two sides is less than one hundred thirty-five (135) degrees. A lot abutting upon a curved street or streets shall be considered a corner lot if the tangents to the curve at its points of beginning within the lot or at the points of intersection of the side lot lines with the street line intersect at an interior angle of less than one hundred thirty-five (135) degrees. The point of intersection of the street lot lines is the corner. In the case of a corner lot with a curved street line, the corner is that point on the street lot line nearest to the point of intersection of the tangents above described.

*Lot, interior:* A lot that is not a corner lot.

*Lot line adjoining a street:* A side lot line of a corner lot which abuts a street, a rear lot line of a through lot, or a front lot line of any lot.

*Lot line, front:* The boundary of a lot which abuts a street. On a corner lot, the lot line having the shortest length abutting a street shall be the front lot line.

*Lot line, interior:* A lot line which does not abut a street right-of-way line.

*Lot line, rear:* That boundary of a lot which is most distant from and is, or is most nearly, parallel to the front lot line and in the case of an irregular, triangular, or goreshaped lot, a line ten (10) feet in length, within the lot, which is parallel to and at the maximum distance from the front lot line.

*Lot line, side:* Any boundary of a lot which is not a front lot line or a rear lot line.

*Lot lines:* The property lines bounding the lot.

*Lot, reversed corner:* A corner lot, the side lot line adjoining a street of which is substantially a continuation of the front lot line of the first lot to its rear.

*Lot, through:* A lot having a pair of opposite lot lines along two (2) more or less parallel streets, and which is not a corner lot. Both street lines shall be deemed front lot lines for the purpose of conforming with yard, other open area, and accessory building, structure, and use regulations of this ordinance.

*Lot width:* The minimum horizontal distance between the side lot lines of a lot measured at the narrowest width within the buildable area.

*Lots of record:* A single lot which is part of a subdivision, the plat of which has been recorded in the office of the recorder of deeds of Cook County, Illinois; or a single parcel of land, the deed of which has been recorded in the office of the recorder of deeds of Cook County, Illinois.

*Manufacturing establishment:* An establishment, the principal use of which is manufacturing, fabricating, processing, assembly, repairing, storing, cleaning, servicing, or testing of materials, goods, or products.

*Marquee or canopy:* A roof-like structure of a permanent nature which projects from the wall of a building.

*Micron:* A unit of length, equal to one-thousandth part of one millimeter (.001 millimeter).

*Mobile home:* A trailer designed and constructed for dwelling purposes.

*Moderate burning:* Implies a rate of combustion described by material which supports combustion and is consumed slowly as it burns.

*Motor freight terminal:* A building or area in which freight brought by motor truck or railroad is assembled or stored for routing in intra-state or interstate shipment by motor truck.

*Nameplate:* A sign indicating the name and address of a building, or the name of an occupant thereof, and the practice of a permitted occupation therein.

*No-access strip:* A strip of land along the rear lot line, adjoining a thoroughfare right-of-way, of a through lot, and which is designated on a recorded subdivision plat or property deed as land over which motor vehicular travel shall not be permitted.

*Nonconforming building or structure:* Any building or structure lawfully established which: (a) does not comply with all the regulations of this ordinance or of any amendment hereto governing bulk of the district in which such building or structure is located; or (b) is designed or intended for a nonconforming use.

*Nonconforming use:* Any building or structure and the use thereof or the use of land that does not conform with the regulations of this ordinance or any amendment hereto governing use in the district in which it is located but conformed with all of the codes, ordinances, and other legal requirements applicable at the time such building, or structure was erected, enlarged, or altered, and the use thereof or the use of land was established.

*Noxious matter or material:* A material which is capable of causing injury to living organisms by chemical reaction or is capable of causing detrimental effect on the physical or economic well-being of individuals.

*Nursery, child-care, or nursery school:* A building containing facilities for the part-time care of five (5) or more children of pre-elementary school are and may include in addition the dwelling unit of the family residing therein.

*Nursing home:* A building containing facilities for the care and home of aged, chronically ill, infirm, or incurable persons, or a place of rest for those persons suffering bodily disorders, in which three (3) or more persons not members of the family residing on the premises are received, and provided with food, shelter, and care, but not including hospitals, clinics, or similar institutions devoted primarily to the diagnosis and treatment of disease or injury, maternity cases, or mental illness.

*Octave band:* A method of dividing the range of sound frequencies into octaves in order to classify sound according to pitch.

*Odor:* The minimum concentration of odorous matter in the air that can be detected as an odor.

*Off-street parking area or lot:* Land which is improved and used or structure which is designed and used exclusively for the storage of passenger motor vehicles, either for accessory off-street parking spaces or commercial off-street parking spaces when permitted herein by district regulations.

*Open sales lot:* Land used or occupied for the purpose of buying, selling, or renting merchandise stored or displayed out-of-doors prior to sale. Such merchandise includes automobiles, trucks, motor scooters, motorcycles, boats, or similar commodities.

*Parking space:* An area, enclosed in a building or unenclosed, reserved for the parking of one (1) motor vehicle and which is accessible to and from a street or alley.

*Particular matter:* Finely divided solid or liquid matter, other than water, which is released into the

atmosphere.

*Party wall:* An interior wall of adjoining buildings-extending from its footing below grade to the underside of the roof, which divides and is in common use by such adjoining buildings.

*Performance standard:* A criteria established to control smoke and particulate matter, noise, odor, toxic, or noxious matter, vibration, fire and explosion hazards, glare of heat, or radiation hazards generated by or inherent in uses of land or buildings.

*Plan commission:* The plan commission of the City of Calumet City, Illinois.

*Planned unit development:* A parcel or tract of land having an area as herein required in district regulations, initially under unified ownership or control, and which is or is intended to be the site for two (2) or more principal buildings for one (1) or more principal uses, or one (1) principal building for two (2) or more principal uses and within which allowable exceptions in the district regulations are specified.

*Pyrophoric dust:* A dust in a finely divided state that is spontaneously combustible in air.

*Radiation hazards:* The deleterious and harmful effects of all ionizing radiation, which shall include all radiation capable of producing ions in their passage through matter. Such radiations shall include, but are not limited to, electromagnetic radiations such as X-rays, and gamma rays and particulate radiations such as electrons or beta particles, protons, neutrons, and alpha particles.

*Research laboratory:* A building or group of buildings, in which are located facilities for scientific research, ₃stigation, testing, or experimentation, but not facilities for the manufacture or sale of products, except as incidental to the main purpose of the laboratory.

*Reservoir parking spaces:* Those off-street parking spaces allocated for temporary standing of automobiles awaiting entrances to a particular establishment.

*Ringelmann chart:* The chart described in the U.S. Bureau of Mines information Circular 6888, on which are illustrated graduated shades of gray for use in estimating the light-obscuring capacity of smoke-smoke density.

*Ringelmann Number:* The number of the area on the Ringelmann Chart that coincides most nearly with the visual density of emission or the light-obscuring capacity of smoke.

*Roadway:* That portion of a street which is used or intended to be used for the travel of motor vehicles.

*Setback:* The minimum horizontal distance between a street line and the nearest wall of a building, or side of a structure facing such street line, or edge of the area of operation of a principal use when no building or structure is involved.

*Setback, established:* When forty (40) percent or more of the lots fronting on one (1) side of a street within a ⊦ ⌐k are improved, the existing setbacks of such improved lots shall be the established setbacks and the setbacks for tιꞁᴇ remainder of the lots along such street frontage shall be related, as herein regulated, to the established setbacks, except on any lot fronting a thoroughfare as designated on the official map, the established setbacks shall be the yard line of a yard adjoining a street which is set back not lessthan the required depth as herein regulated, from the established center line of such thoroughfare.

*Sign:* A name, identification, description, illustration, display or device which is affixed to, painted or represented upon a building, structure, or land and which directs attention to a product, place, activity, person, institution, or business. For purpose of definition, a sign structure may be single face or double face. However, a sign shall not include any display of any court, public or official notice, nor shall it include the flag, emblem, insignia of a nation, political unit, school, religious or charitable institution or organization. A sign shall also include a permanent sign located within an enclosed building in such a manner as to be viewed or intended or view primarily from the exterior of the building.

*Sign, advertising:* A structure including a billboard on which is portrayed information which directs attention to a business, commodity, service, or entertainment, or other activity not necessarily related to uses permitted on the premises upon which the sign structure is located.

*Sign, business:* A sign which directs attention to a business, commodity, service, entertainment, or other activity conducted upon the premises upon which such sign is located.

*Sign, flashing:* An illuminated sign on which the artificial light is not maintained constant or stationary in intensity or color at all times when such sign is in use. For the purpose of this ordinance, a revolving sign, or any

advertising device which attracts attention by moving parts, operated by mechanical equipment or movement is caused by natural sources, whether or not illuminated with artificial lighting, shall be considered a flashing sign.

*Sign, ground:* A sign which is supported by one (1) or more uprights or braces in or upon the ground.

*Sign, projecting:* A sign which is affixed to any building wall or structure and extends beyond the building wall or parts thereof or structure.

*Sign, roof:* A sign erected, constructed, and maintained above the roof of any building.

*Sign, wall:* A sign which is affixed to an exterior wall of any building, when such sign shall project not more than twelve (12) inches from the building wall or parts thereof.

*Single-ownership:* A lot in single-ownership is one where the owner does not own adjoining vacant property.

*Smoke:* The visible discharge from a chimney, stack, vent, exhaust, or combustion process which is made up of particulate matter.

*Smoke unit:* The number obtained when the smoke density in the Ringelmann Number is multiplied by the time of emission in minutes. For the purpose of this calculation: (a) a Ringelmann density reading shall be made at least one (1) a minute during the period of observation; (b) each reading is then multiplied by the time in minutes during which it is observed; and (c) the various products are then added together to give the total number of smoke units observed during the entire observation period.

*Sound level:* The intensity of sound of an operation or use as measured in decibels.

*Sound level meter:* An instrument standardized by the American Standards Association for measurement of the intensity of sound.

*Story:* That portion of a building, other than a cellar, included between the surface of any floor and the surface of the floor next above it, or if there be no floor above it, the space between the floor and the ceiling next above it. The floor of a story may have split levels provided that there are not more than four (4) feet differences in elevation between the different levels of the floor. A basement shall be counted as a story and a mezzanine floor shall be counted as a story when it covers over one-third (1/3) the area of the floor next below it, or if the vertical distance from the floor next below it to the floor next above it is twenty-four (24) feet or more.

*Street:* A public or private right-of-way or easement which is designated as a permanent right-of-way or easement for common use as the primary means of vehicular access to properties abutting on it.

*Street frontage:* All of the property fronting on one (1) side of a street between two (2) intersecting streets, or in the case of a dead-end street, all of the property along one (1) side of the street between an intersecting street and the end of such dead-end street.

*Street line:* The street right-of-way line abutting a property line of a lot.

*Structure:* Anything constructed or erected, the use of which requires more or less permanent location on the ground or attached to something having a permanent location on the ground, including, but without limiting, the generality of the foregoing, signs, back stops for tennis courts, and pergolas.

*Structural alteration:* Any change in the supporting members of a building, such as bearing walls, columns, beams or girders, or any substantial change in the roof or in the exterior walls, excepting such repair or replacement as may be required for the safety of the building.

*Three-components measuring system:* Instruments which measure simultaneously earthborne vibrations in horizontal and vertical planes.

*Toxic matter or material:* Those materials which are capable of causing injury to living organisms by chemical means.

*Trailer:* Any vehicle or portable structure constructed so as to permit occupancy thereof for lodging or dwelling purposes or for the use as an accessory building or structure in the conduct of business, trade, or occupation, and which may be used as a conveyance on streets, and highways, by its own or other motive power.

*Use:* The purpose or activity for which the land, and buildings and structures thereon, is designed, arranged, or intended, or for which it is occupied or maintained, and shall include any manner of performance of such activity with respect to the performance of such activity with respect to the performance standards of this ordinance.

*Use, accessory:* See "accessory."

*Use, lawful:* The use of any building, structure, or land that conforms with all of the regulations of this ordinance or any amendment hereto and which conforms with all of the codes, ordinances, and other legal requirements, as existing at the time of the enactment of this ordinance or any amendment thereto, for the structure or land that is being examined.

*Use, permitted:* Any use which is or may be lawfully established in a particular district or districts, provided it conforms with all requirements, regulations, and when applicable, performance standards of this ordinance for the district in which such use is located.

*Use, principal:* The dominant use of land or buildings as distinguished from a subordinate or accessory use.

*Use, special permitted:* A use that has operational, physical, and other characteristics that may be different from those of the predominant permitted uses in a district, but which is a use that compliments or is otherwise compatible with intended overall development with a district. Compliance with special standards not necessarily applicable to other permitted or special permitted uses in the district shall be required for a special permitted use, as herein regulated in this ordinance.

*Vehicle, motor:* Any passenger vehicle, truck, truck-trailer, or semitrailer propelled or drawn by mechanical power.

*Vending machine:* A machine for dispensing merchandise or services designed to be operated by the customer.

*Vibration:* The periodic displacement, measured in inches, of earth designated frequency, cycles per second.

*Yard:* An open area on a lot which is unobstructed from its lowest level to the sky, except as otherwise provided in this ordinance.

*Yard adjoining a street, side:* A yard which is bounded by the front yard line, side yard adjoining a street line, rear yard line and side lot line adjoining a street.

*Yard, front:* A yard which is bounded by the side lot lines, front lot lines, and the front yard line or the established setback line.

*Yard, interior side:* A side yard which adjoins another lot or an alley separating such side yard from another lot.

*Yard line:* A line in a lot that is parallel to the lot line along which the applicable yard extends and which is not nearer to such lot line at any point than the required depth or width of the applicable yard. A building, structure, or other obstruction shall not encroach into the area between the yard line and such adjacent lot line, except for such permitted obstructions in yards as are set forth in this ordinance.

*Yard, rear:* A yard which is bounded by side lot lines, rear lot lines, and the rear yard line.

*Yard, side:* A yard which is bounded by the rear yard line, front yard line, side yard line and side lot line.

*Yard, transitional* means a yard designed with certain screening improvements to serve as a buffer between potentially incompatible land-uses.

*Zoning administrator:* The building commissioner shall be the zoning administrator.

*Zoning board of appeals:* The zoning board of appeals of the City of Calumet City.

*Zoning districts:* The districts into which the City of Calumet City, Illinois, has been divided as set forth on the zoning district map, for the purposes of zoning regulations and requirements.

*Zoning lot:* A single tract of land located within a single block which (at the time of filing for a building permit) is designated by its owner or developer as a tract to be used, developed or built upon as a unit, under single ownership or control. Therefore, a "zoning lot" may or may not coincide with a lot of record.

(Code 1980, App. B, § III; Ord. No. 91-7, §§ 1, 2, 3-14-1991; Ord. No. 93-4, § 1b., 2-25-1993; Ord. No. 96-30, § 1(Exh. A), 5-23-1996)

## Sec. IV. General provisions.

*4.1 Interpretation.*

*Minimum requirements.* The provisions herein shall be held to be the minimum requirements for the promotion of the public health, safety, morals, and welfare.

*Relationship with other laws.* Where the conditions imposed by any provision herein upon the use of land or buildings or upon the bulk of buildings are either more restrictive or less restrictive than comparable conditions imposed by any other provision herein or any other law, ordinance, resolution, rule or regulation of any kind, the regulations which are more restrictive or which impose higher standards or requirements shall govern.

*Effect on existing agreements.* The ordinance is not intended to abrogate any easement, covenant, or any other private agreement provided that where the regulations of the ordinance are more restrictive or impose higher standards or requirements than such easement, covenants, or other private agreements, the requirements herein shall govern.

*4.2 Scope of regulations.*

*Changes in structures or use.* Except as may otherwise be provided in Section V, all buildings erected hereafter, all uses of land or buildings established hereafter, all structural alterations or relocation of existing buildings occurring hereafter, and all enlargements of or additions to existing uses occurring hereafter shall be subject to all regulations herein which are applicable to the zoning districts in which such buildings, uses or land shall be located.

*Nonconforming buildings, structures and uses.* Any lawful building, structure or use existing at the time of the enactment of the zoning ordinance may be continued, even though such building, structure or use does not conform to the provisions herein for the district in which it is located, and whenever a district shall be changed hereafter, the then existing lawful use may be continued, subject to the provisions of Section XIV, nonconforming buildings, structures and uses.

*Building permits.* Where a building permit for a building or structure has been issued in accordance with law prior to the effective date of the ordinance, and provided that construction is begun within ninety (90) days of such effective date and diligently prosecuted to completion, said building or structure may be completed in accordance with the approved plans on the basis of which the building permit was issued, and further may upon completion be occupied under a certificate of occupancy by the use for which originally designated, subject thereafter to the provisions of Section XIV, nonconforming buildings, structures and uses.

*Signs.* It shall be unlawful to place any outdoor advertising sign or display within a residential district classified as R-1 one-family residence district, R-2 two-family and three-family residence district and R-3 multiple family residence district as defined in Section VII of this ordinance except as permitted by sections 23-36 through 23-39 of this Code and section 15-584 of this Code.

*4.3 Use and bulk regulations.*

*Use.* No building, structure or land shall hereafter be used or occupied, and no building or part thereof, or other structure, shall be erected, raised, moved, reconstructed, extended, enlarged or altered except in conformity with the regulations herein specified for the district in which it is located.

*Bulk.* All new buildings and structures shall conform to the building regulations established herein for the district in which each building shall be located, except that parapet walls, chimneys, cooling towers, elevator bulkheads, fire towers, stacks and necessary mechanical appurtenances shall be permitted to exceed the maximum height provisions when erected in accordance with all other ordinances of the City of Calumet City.

*4.4 Lot coverage.*

*Maintenance of yards, courts and other open spaces.* The maintenance of yards, courts and other open spaces and minimum lot area legally required for a building shall be a continuing obligation of the owner of such building is in existence. Furthermore, no legally required yards, courts or other open space or minimum lot area allocated to any building shall, by virtue of change of ownership or for any other reason, be used to satisfy yard, court, other open space or minimum lot area requirements for any other building.

*Division of zoning lots.* No improved zoning lot shall hereafter be divided into two (2) or more zoning lots unless all improved zoning lots resulting from each such division shall conform with all the applicable bulk regulations

of the zoning district in which the property is located.

*Location of required open space.* All yards, courts and other open spaces allocated to a building or dwelling group shall be located on the same zoning lot as such building or dwelling group.

*Required yards for existing buildings.* No yards now or hereafter provided for a building existing on the effective date of the zoning ordinance shall subsequently be reduced below, or further reduced below if already less than, the minimum yard requirements of the ordinance for equivalent new construction.

*Permitted accessory buildings, structures and uses.* The following accessory buildings, structures, and uses are permitted and may be obstructions in yards and courts as follows:

———————

Note:

      F  Denotes permitted obstruction in front yards and side yards adjoining streets

      S  Denotes permitted obstruction in interior side yards

      R  Denotes permitted obstruction in rear yards

      C  Denotes permitted obstruction in open courts

TABLE INSET:

| | | F | S | R | C |
|---|---|---|---|---|---|
| (a) | Awnings or canopies, which may project not more than three (3) feet into a required yard or court. | F | S | R | C |
| (b) | Arbors or trellises, and where trellises are attached to the principal building they may also project into front yards, side yards, and courts. | | | R | C |
| (c) | Air conditioning equipment shelters. | | | R | C |
| (d) | Architectural entrance structures on a lot not less than two (2) acres in area or at entrance roadways into subdivisions containing one hundred (100) or more lots. | F | S | R | |
| (e) | Balconies. | | | R | C |
| (f) | Bay windows, projecting not more than three (3) feet into a yard. | F | | R | |
| (g) | Chimneys, attached, projecting not more than twenty-four (24) inches into a yard or court. | F | S | R | C |
| (h) | Eaves and gutters on principal buildings or attached accessory buildings, projecting not more than four (4) feet into a front and rear yard not more than twenty-four (24) inches into a side yard or court. | F | S | R | C |
| (i) | Fallout shelters, attached or detached, when conforming also with other codes and ordinances of the city. | | | R | |
| (j) | Fences, open, not more than six (6) feet in height, except in business and manufacturing districts, and those enclosing the property of schools, and other public and quasi-public uses. | F | S | R | |
| (k) | Fences, solid, not more than seven (7) feet in height in business districts, not more than eight (8) feet in manufacturing districts, and residence districts, solid fences not more than six (6) feet in height. | | S | R | |
| (l) | Fire escapes, open or enclosed, or fire towers may project into a required front yard or side yard adjoining a street not more than five (5) feet and into a required interior side yard or court not more than three and one half (3 1/2) feet. | F | S | R | C |

| | | F | S | R | C |
|---|---|---|---|---|---|
| (m) | Flagpoles. | F | S | R | C |
| (n) | Garages or carports, attached or detached. | | | R | |
| (o) | Growing of farm and garden crops in the open. | | | R | |
| (p) | Lawn furniture, such as benches, sun dials, bird baths, and similar architectural features. | F | S | R | C |
| (q) | Open off-street loading spaces. | | S | R | C |
| (r) | Open off-street parking spaces which shall be located not less than three (3) feet from a lot line, or not less than ten (10) feet from a building wall in courts, or greater distance if required herein for a specific use, and in the manufacturing districts and all business districts, except a B-1 district, open off-street parking spaces may be in a required front yard or side yard adjoining a street as hereinafter regulated. | | | | |
| (s) | Ornamental light standards. | F | S | R | C |
| (t) | Playground and laundry-drying equipment. | | | R | C |
| (u) | Playhouses and open-sided summer houses. | | | R | |
| (v) | Sheds and storage buildings for garden equipment and household items as accessory to dwellings and buildings and structures customarily incidental to the pursuit of agriculture. | | | R | |
| (w) | Signs and nameplates as herein regulated. | F | S | R | C |
| (x) | Sills, belt courses, cornices, and ornamental features of the principal building, projecting not more than eighteen (18) inches into a yard or court. | F | S | R | C |
| (v) | Steps, open, necessary for access to and from the dwelling or an accessory building, steps as access to the lot from the street, and in gardens or terraces, provided there are no more than eight (8) steps for access to and from a principal or accessory building. | F | S | R | C |
| (z) | Swimming pools, private, when conforming also with other codes or ordinances of the city. | | | R | |
| (aa) | Terraces, patios, and outdoor fireplaces. | | | R | |
| (bb) | Tennis courts, private. | | | R | |
| (cc) | Trees, shrubs, and flowers. | F | S | R | C |
| (dd) | Other accessory buildings, structures, and uses as herein permitted in district regulations as accessory to a specific permitted use. | | | | |
| (ee) | On corner lots within that part of a yard, court, or other open area located within a radius of twenty-five (25) feet from the point of intersection of the two (2) street right-of-way lines forming the lot corner, no buildings, structures, or shrubs as herein permitted as obstructions in front or side yards adjoining a street shall be erected, altered, or planted which have a height more than thirty (30) inches above the ground grade in this area, and trees planted | | | | |

| in such areas shall be maintained in a manner that trees shall not have branches lower than eight (8) feet above the ground grade elevation in this area. | | | | |
|---|---|---|---|---|

*Vision clearance, corner lots.* No building or structure hereafter erected and no planting or other obstruction to the vision of drivers of motor vehicles shall be located:

    (1)  In any residential districts, exceeding a height of three (3) feet above the street grade within twelve (12) feet of the intersecting right-of-way lines bordering corner lots; and

    (2)  In any business or manufacturing district, within eight (8) feet of the intersecting right-of-way lines bordering a corner lot, provided that this regulation shall not apply to that part of a building above the first floor.

*4.5 Lot area and dimension.*

*Contiguous parcels.* When two (2) or more parcels of land, each of which lacks adequate area and dimension to qualify for a permitted use under the requirements of the use district in which they are located, are contiguous and are held in one (1) ownership, they shall be used as one (1) zoning lot for such use.

*Lots of parcels of land of record.* Any single lot or parcel of land, held in one (1) ownership, which was of record at the time of adoption of the ordinance, that does not meet the requirements for minimum lot width and area, may be utilized for a permitted use, provided that yards, courts or useable open space are not less than seventy-five (75) percent of the minimum required dimensions and areas.

*4.6 Access to public street.*

Except as otherwise provided for herein for planned developments, every principal building or structure shall be constructed or erected upon a lot or parcel of land which abuts upon a public street unless a permanent easement of access to a public street was of record prior to the adoption of the ordinance.

*4.7 Number of buildings on a zoning lot.*

Except in the case of a planned development, not more than one (1) principal detached residential building shall be located on a residential zoning lot, nor shall a principal detached residential building be located on the same zoning lot with any other principal building.

*Rezoning of public and semipublic areas.*

An area indicated on the zoning map as a public park, recreation area, public school site, cemetery, or other similar open space, shall not be used for any other purpose than that designated; and when the use of the area is discontinued, it shall automatically be zoned to the most restricted adjoining district until appropriate zoning is authorized by the city council within three (3) months after the date of application filed for rezoning.

*4.9 Accessory buildings.*

*Location.* When a side yard is required, no part of an accessory building shall be located closer than three (3) feet to the side lot line along such side yard. When a rear yard is required, no part of an accessory building shall be located closer than three (3) feet to the rear lot line or to those portions of the side lot lines abutting such required rear yard, except where there is an accessory building with doors opening on to an alley such building shall not be located closer than five (5) feet to the rear lot line. In a residential district, no detached accessory building shall be closer than ten (10) feet to the principal building.

*Time of construction.* No accessory building or structure shall be constructed on any lot prior to the start of construction of the principal building to which it is accessory.

*Height of accessory buildings in required rear yards.* No accessory building or portion thereof located in a required rear yard shall exceed thirteen (13) feet in height.

*On reversed corner lots.* On a reversed corner lot in a residential district and with fifteen (15) feet of an

adjacent property to the rear in a residential district, no accessory building or portion thereof located in a required rear yard shall be closer to the side lot line abutting the street than a distance equal to sixty (60) percent of the least depth which would be required hereunder for the front yard on such adjacent property to the rear. Further, in the above instance, no such accessory building shall be located within five (5) feet of any part of a rear lot line which coincides with a side lot line or portion thereof of property in a residential district.

## 4.10 Performance standards.

The performance standards for the M-1 manufacturing district shall also apply to all residential, business and office research districts.

## 4.11 Existing special uses.

Where a use is classified as a special use and exists as a permitted use at the date of the adoption of the ordinance, it shall be considered a legal use, without further action of the city council, the zoning administrator or the board of appeals.

## 4.12 Uses not specifically permitted in districts.

When a use is not specifically listed in the sections devoted to permitted uses, it shall be assumed that such uses are hereby expressly prohibited unless by application and authorization as provided for under Special Uses, it is determined that said use is similar to and not more objectionable than uses listed. Such uses may then be permitted.

## 4.13 Satellite receiving antenna.

An accessory structure whose purpose is to receive communication or other signals from orbiting satellites or other extraterrestrial sources, and which consist of three (3) main components: the antenna itself (often called a dish); a lot-noise amplifier (LNA) and a receiver. The antenna and the LNA are located outdoors and are connected by coaxial cable to the receiver, which is placed indoors. The height of the antenna shall be measured vertically from the highest point of the signal-receiving apparatus, when positioned for operation, to the bottom of the base which supports the antenna.

## 4.14 Satellite receiving antenna construction.

(a)  Before proceeding with the construction, alteration or repair of a satellite receiving antenna in the city, a permit for the same shall be first obtained by the owner or his agent from the City of Calumet City.

(b)  All satellite receiving antennas shall comply with BOCA and FCC requirements.

(c)  The construction and installation of all satellite receiving antennas shall conform to applicable city building code and electrical code regulations and requirements.

(d)  Electro-magnetic interference. Each satellite receiving antenna shall be filtered and/or shielded so as to prevent the emission of radio-frequency energy that would cause any harmful interference with the radio and/or television broadcasting or reception on adjacent properties. In the event that harmful interference is caused subsequent to the granting of a building permit, the owner of the dish antenna shall promptly take steps to eliminate the harmful interference in accordance with all applicable regulations.

(e)  Each satellite receiving antenna shall serve only the building located upon the zoning lot on which said satellite receiving antenna is constructed pursuant to this section.

(f)  Satellite receiving antennas shall be constructed of noncombustible and corrosive-resistant material.

(g)  Satellite receiving antennas shall be constructed and erected in a secure and a wind-resistant manner. The antenna shall be wind-resistant enough to withstand eighty-five (85) mile per hour winds normally and seventy (70) mile per hour winds when combined with ice, without sustaining damage.

(h)  The satellite receiving antenna must be adequately grounded for protection against a direct strike of lightning.

(i)   Roof-mounted satellites shall have a certification from a structural engineer regarding the location stating that the structure is capable of handling the antenna and that said antenna does not provide any additional stress which the structure cannot bear.

### 4.15 Residential Districts.

A satellite receiving antenna may be located in any residential district provided that the same:

(a)   Shall be neutral in color and bear no advertising emblem or information other than the name of the manufacturer in letters not to exceed two (2) inches in height;

(b)   Shall be compatible with the appearance and character of the neighborhood;

(c)   Shall be limited to one (1) per lot;

(d)   Shall not exceed eight (8) feet in diameter;

(e)   Shall not be roof-mounted;

(f)   Shall be located only in a rear yard a minimum of ten (10) feet from any lot line;

(g)   Maximum height of device not to exceed ten (10) feet;

(h)   Permit fee and inspection required;

(i)   Drawings submitted to building commissioner for approval before installation;

(j)   Letter of consent from owner of property.

### 4.16 Business districts.

A satellite receiving antenna may be located in any business district provided that the same:

(a)   Shall be neutral in color and bear no advertising emblem or information other than the name of the manufacturer in letters not to exceed two (2) inches in height;

(b)   Shall be compatible with the appearance of the neighborhood;

(c)   Shall be limited to one (1) per lot or per building, whichever is less;

(d)   Shall not exceed twelve (12) feet in diameter;

(e)   If roof-mounted, shall be to a maximum height of thirty (30) feet. Additional requirements shall apply to roof-mounted satellite receiving antennas;

(f)   If not located directly on the ground, shall not be constructed any closer to the ground than ten (10) feet and shall not be visible between ground level and ten (10) feet above ground level from any street adjoining the lot;

(g)   Ground-mounted; not to be located between a building and front lot line. The full impact of satellite receiving antennas shall be reduced by screening. If the subject parcel adjoins a residential district, all antennas shall be placed a minimum of ten (10) feet away from any lot line and effectively screened by a fence, wall or dense screening hedge to a maximum height of six (6) feet. Said fence, wall or hedge shall be located on or near the lot line bounding the residential district and shall otherwise comply with the applicable zoning requirements governing its location, shall be located only in a rear yard a minimum of ten (10) feet from any lot line;

(h)   Permit fee and inspection required;

(i)   Drawings submitted to building commissioner for approval before installation;

(j)   Letter of consent from owner of property.

### 4.17 Industrial and office research districts.

A satellite receiving antenna may be located in any industrial district provided that the same:

(a)   Shall be neutral in color and bear no advertising emblem or information other than the name of the

manufacturer in letters not to exceed two (2) inches in height;

(b)   Shall be compatible with the appearance of the neighborhood;

(c)   Shall be limited to one (1) per lot or per building, whichever is less;

(d)   Shall not exceed twelve (12) feet in diameter;

(e)   If roof-mounted, shall be to a maximum height of thirty (30) feet. Additional requirements shall apply to roof-mounted satellite receiving antennas;

(f)   Shall not be visible between ground level and ten (10) feet above ground level from any street adjoining the lot;

(g)   Ground-mounted; not to be located between a building and a front lot line. The full impact of satellite receiving antennas shall be reduced by screening. If the subject parcel adjoins a residential district, all antennas shall be placed a minimum of ten (10) feet from any lot line and effectively screened by a fence, wall, or dense screening hedge to a maximum height of six (6) feet. Said fence, wall or hedge shall be located on or near the lot line bounding the residential district and shall otherwise comply with the applicable zoning requirements governing its location, shall be located in a rear yard a minimum of ten (10) feet from any lot line;

(h)   Permit fee and inspection required;

(i)   Drawings submitted to building commissioner for approval before installation;

(j)   Letter of consent from owner of property.

*4.18 Application.*

Any person desiring to erect a satellite receiving antenna shall apply in writing to the city clerk's office upon a form furnished by said office. A permit fee of twenty-five dollars ($25.00) shall be paid.

(Code 1980, App. B, § IV; Ord. No. 84-15, § 1, 4-26-1984; Ord. No. 85-32, § 1, 9-26-1985; Ord. No. 89-5, § 1, 1-26-1989; Ord. No. 96-30, § 1(Exh. A), 5-23-1996; Ord. No. 99-33, § 1, 6-10-1999)

## Sec. V. Nonconforming buildings and uses.

*5.1 Continuance of use.*

Any lawfully established use of a building or land, on the effective date of the ordinance or of amendments thereto, that does not conform to the use of regulations for the district in which it is located, shall be deemed to be a legal nonconforming use and may be continued, except as otherwise provided herein.

Any legal, nonconforming building or structure may be continued in use provided there is no physical change other than necessary maintenance and repair, as otherwise permitted herein.

Any building for which a permit has been lawfully granted prior to the effective date of the ordinance, or of amendments thereto, may be completed in accordance with the approved plans; provided construction is started within ninety (90) days and diligently prosecuted to completion. Such building shall thereafter be deemed a lawfully established building.

*5.2 Discontinuance of use.*

Whenever any part of a building, structure or land occupied by a nonconforming use is changed to or replaced by a use conforming to the provisions of the ordinance, such premises shall not thereafter be used or occupied by a nonconforming use, even though the building may have been originally designed and constructed for the prior nonconforming use.

Whenever a nonconforming use of a building or structure or part thereof has been discontinued for a period of twelve (12) consecutive months, or whenever there is evident a clear intent on the part of the owner to abandon a nonconforming use, such use shall not after being discontinued or abandoned, be reestablished, and the use of the premises thereafter shall be in conformity with the regulations of the district.

Where no enclosed building is involved, discontinuance of a nonconforming use for a period of twelve (12) months shall constitute abandonment and shall not thereafter be used in a nonconforming manner.

A nonconforming use not authorized by the provisions of the zoning ordinance in effect at the time the amendatory ordinance becomes effective, shall be discontinued and not reestablished except when the provisions of the amendatory ordinance find the use to be conforming to the district in which it is then located.

### 5.3 Change of nonconforming use.

The nonconforming use of any building, structure or portion thereof, which is designed or intended for a use not permitted in the district in which it is located, may be changed to another nonconforming use thereof but only if such other use is permitted by a special use permit as authorized in the administration section.

A nonconforming structure that was erected, converted or structurally altered in violation of the provisions of the ordinance which this ordinance amends shall not be validated by the adoption of this ordinance, and such violations or any violations of this ordinance may be ordered removed or corrected by the proper officials at any time.

### 5.4 Repairs and alterations.

Normal maintenance of a building or other structure containing a nonconforming use is permitted, including necessary nonstructural repairs and incidental alterations which do not extend or intensify the nonconforming use.

No structural alteration shall be made in a building or other structure containing a nonconforming use, except in the following situations:

    (a)  When the alteration is required by law.

    (b)  When the alteration will actually result in eliminating the nonconforming use.

    (c)  When a building in a residential district containing residential nonconforming uses may be altered in any way to improve livability, provided no structural alteration shall be made which would increase the number of dwelling units or the bulk of the building.

### 5.5 Damage and destruction.

If a building or other structure containing a nonconforming use is damaged or destroyed by any means to the extent of fifty (50) percent or more of its replacement value at that time, the building or other structure can be rebuilt or used thereafter only for a conforming use and in compliance with the provisions of the district in which it is located. In the event the damage or destruction is less than fifty (50) percent of its replacement value, based upon prevailing c ts, the building may then be restored to its original condition and the occupancy or use of such building may be continued which existed at the time of such partial destruction.

In either event, restoration or repair of the building or other structure must be started within a period of six (6) months from the date of damage or destruction, and diligently prosecuted to completion.

### 5.6 Additions and enlargements.

A nonconforming building may be enlarged or extended only if the entire building is hereafter devoted to a conforming use, and is made to conform to all the regulations of the district in which it is located.

No building partially occupied by a nonconforming use shall be altered in such a way as to permit the enlargement or expansion of the space occupied by such nonconforming use.

No nonconforming use may be enlarged or extended in such a way as to occupy any required useable open space, or any land beyond the boundaries of the zoning lot as it existing on the effective date of the ordinance, or to displace any conforming use in the same building or on the same parcel.

A building or structure which in nonconforming with respect to yards, floor area ratio, or any other element of bulk regulated herein shall not be altered or expanded in any manner which would increase the degree or extent of its nonconformity with respect to the bulk regulations for the district in which it is located.

### 5.7 Exempted buildings, structures and uses.

Wherever a lawfully existing building or other structure otherwise conforms to the use regulations herein but is nonconforming only in the particular manner hereinafter specified, the building and use thereof shall be exempt from the requirements of sections 5.4 and 5.5.

In any residential district where a dwelling is nonconforming only as to the number of dwelling units it contains, provided no such building shall be altered in any way so as to increase the number of dwelling units therein.

In any residential district, where a use permitted in the B-1 district occupies ground floor space within a multiple-family dwelling located on a corner lot.

In any business or manufacturing district, where the use is less distant from a residential district than that specified in the regulations for the district in which it is located.

In any district, where an established building, structure or use is nonconforming with respect to the standards prescribed herein for any of the following:

    (a)  Floor area ratio;

    (b)  Yards, front, side, rear, or transitional;

    (c)  Off-street parking or loading;

    (d)  Building height;

    (e)  Gross floor area.

*5.8 Conversion to special use.*

Any nonconforming use may be made a special use by the granting of a special permit, as authorized in the administrative section.

(Code 1980, App. B, § V; Ord. No. 94-23, § 1, 5-26-1994)


## Sec. VI. Zoning districts and zoning district map.

*6.1 Classes of districts.*

In order to classify, regulate and restrict the location of trades, industries and the location of buildings designed for specified uses, to regulate and limit the height and bulk of buildings hereafter erected or structurally altered, to r~~ulate and limit the intensity of the use of the lot areas, and to regulate and determine the areas of yards, courts and ~~er open spaces within and surrounding such buildings, the City of Calumet City, Illinois, is hereby divided into ten (10) classes of districts:

    R-1 One-family residence district

    R-2 Two-family and three-family residence district

    R-3 Multiple-family residence district

    B Commercial business district

    B-2 Service business commercial district

    B-3 Community commercial business district

    M-1 Light industrial district

    M-2 Heavy industrial district

    OR Office research district

        Public land use

and the location and boundaries of which are shown on the map and notations thereon titled "The Zoning Map of Calumet City," which said map is on file in the office of the building commission of Calumet City, and together with all notations, references, and other information shown thereon, are a part of this ordinance and have the same force and

effect as if said map and all the notations, references and other information thereon were all fully set forth and described herein.

Except as hereinafter provided:

(1)   No building shall hereafter be erected or altered, nor shall any building or premises be used for any purpose other than is permitted in the district in which such building or premises is located.

(2)   No building shall be erected or altered to exceed in height the limit herein established for the district in which such building is located.

(3)   No building shall be erected or altered except in conformity with the area regulations of the district in which the building is located.

(4)   The minimum yards and other open space, including lot area required by the ordinance for each and every building existing at the time of passage of this ordinance, or for any building hereafter erected shall not be encroached upon or considered as yard or open space requirements for any other building.

*6.2 District boundaries.*

When uncertainty exists with respect to the boundaries of the various districts as shown on the zoning map, the following rules shall apply:

District boundary lines are either the center lines of railroads, highways, streets, alleys or easements, or the boundary lines of sections, quartersections, divisions of sections, tracts or lots, or such lines extended otherwise indicated.

In areas not subdivided into lots and blocks, wherever a district is indicated as a strip adjacent to and paralleling a street or highway, the depth of such strips shall be in accordance with the dimensions shown on the map from section, quarter-section, or division lines, or center lines of streets, highways or railroad rights-of-way unless otherwise indicated.

Where a lot held in one (1) ownership and of record on the effective date of the ordinance is divided by a district boundary line, the entire lot shall be construed to be within the less restricted district, provided that this construction shall not apply if it increases the less restricted frontage of the lot by more than twenty-five (25) feet.

*6.3 Zoning of streets, alleys, public ways, waterways and railroad right-of-way.*

All streets, alleys, public ways, waterways and railroad rights-of-way, not otherwise specifically designated, shall be deemed to be in the same zone as the property immediately abutting on such alleys, streets, public ways and railroad rights-of-way or waterways. Where the center line of a street, alley, public way, waterway or a railroad right-of-way serves as a district boundary, the zoning of such areas, unless otherwise specifically designated, shall be deemed to be the same as that of the abutting property up to such center line.

*6.4 Zoning of annexed land.*

All property annexed to the City of Calumet City shall be considered automatically zoned as R-1, unless concurrently with the annexation thereof there shall be adopted after statutory hearing, a zoning ordinance zoning the property for such purposes as is prescribed by the amendatory ordinance. Such amendatory ordinance may be adopted as prescribed by statute after annexing as well as concurrently with annexation.

(Code 1980, App. B, § VI; Ord. No. 96-30, § 1(Exh. A), 5-23-1996)

## Sec. VII. Residence districts.

*7.1 R-1 one-family residence district.*

*Permitted uses.* The following uses are permitted:

One-family detached dwellings and permitted accessory uses.

Parks, forest preserves and recreational areas, when publicly owned and operated.

Home occupations.

Temporary buildings for construction purposes for a period not to exceed the completion date of such construction.

Signs, subject to the provisions of Section XI.

Schools, public, denominational-elementary and high, including playgrounds and athletic fields auxiliary thereto.

Accessory uses, including off-street parking facilities in accordance with the provisions of Section XII.

Colleges and universities, including dormitories, fraternities, sororities, and other accessory buildings necessary for operation, but not including business colleges or trade schools when operated for profit.

Rest homes, nursing homes, hospitals and sanitariums, for human beings only.

Institutions for the aged and for children.

Public service uses:

> Municipal administration buildings;
>
> Filtration plant, pumping station, water reservoir;
>
> Sewage treatment plant;
>
> Police and fire stations;
>
> Public libraries;
>
> Telephone exchange;
>
> Electric substations;
>
> Other similar public service uses.

Radio and television towers, commercial.

Schools, day or nursery, public or private.

Planned developments, under single ownership or control, in which incidental business or recreational facilities for the convenience of the occupants may be furnished, provided the property proposed for development shall have a gross area of at least twenty (20) acres. For such developments, the city council may vary the regulations herein, provided such variations are consistent with the general purpose and intent of the ordinance and will result in better site planning and thus be of greater benefit bothto the occupants of the development and to the community.

Cemeteries, including crematories and mausoleums in conjunction therewith.

Off-street open parking area, provided there is a need for this facility in the interest of public necessity and convenience and that no appropriate site is available in nearby business or manufacturing districts.

Community residences. The sponsoring agency must obtain an administrative occupancy permit prior to establishing a community residence. No dwelling unit shall be occupied as a community residence until a certificate of occupancy has been issued by the building commissioner. No certificate of occupancy shall be issued for a community residence unless:

> (1)  The community residence is located at least one thousand (1,000) feet from any existing community residence, as measured from lot line to lot line; and

> (2)  The applicant demonstrates that it has either obtained or is eligible for state or local licensing or certification to operate the proposed community residence, or that the proposed community residence is licensed or certified or eligible for licensing or certification.

The building commissioner may revoke a certificate of occupancy for a community residence if its license or certification, or the operator's license or certification to operate community residences, is revoked. A certificate of occupancy is not transferable to another operator or to another location.

*Off-street automobile parking facilities.* Automobile parking facilities shall be provided as required or permitted in section 10.4.

*Height of buildings:*

One-family detached dwellings: Thirty (30) feet,

Church: Seventy-five (75) feet for towers or steeples, but not more than forty-five (45) feet for the main structure.

*Lot size.*

(1) Every one-family detached dwelling hereafter erected shall be located on a lot having an area of not less than five thousand seven hundred fifty (5,750) square feet, and a width at the established building line of not less than fifty (50) feet.

(2) All nonresidential principal uses of buildings as permitted herein shall be located on a tract of land having an area of not less than seven thousand five hundred (7,500) square feet with a minimum width of seventy-five (75) feet at the building line.

(3) Minimum lot sizes for special uses shall be prescribed and conditions stipulated at the time a special use permit is authorized, but in no case shall any such lot have an area less than seven thousand seven hundred (7,500) square feet and a width of seventy-five (75) feet at the established building line.

*Yard areas.* No building shall be erected or enlarged unless the following yards are provided and maintained in connection with such building, structure or enlargement:

(1) Front yard. A front yard of not less than twenty-five (25) feet.

(2) Side yards. A side yard on each side of the principal building of not less than ten (10) percent of the lot width with a minimum of three (3) feet, except where a side yard adjoins a street, the minimum width on the street side shall be increased to ten (10) feet. A principal use which does not provide a vehicular front access drive shall have a side yard on one (1) side of not less than ten (10) feet in width.

(3) Rear yard. A rear yard not less than forty (40) feet.

*Maximum floor area ratio.* The maximum floor area ratios in this district shall be as follows:

One-family residences: 0.5.

Permitted nonresidential uses: 1.0.

Special uses: To be specified as part of the special use permit but shall not exceed 2.0.

*Dwelling standards:*

(1) Every single family detached dwelling of one (1) story hereafter erected in any R-1 district shall contain an area of not less than one thousand three hundred fifty (1,350) square feet of habitable space measured from exterior wall to exterior wall as described in the adopted BOCA codes of Calumet City.

(2) Every single family detached dwelling of more than one (1) story hereafter erected in any R-1 district shall contain an area of not less than one thousand six hundred fifty (1,650) square feet of habitable space measured from exterior wall to exterior wall as described in the adopted BOCA codes of Calumet City.

(3) Architectural appearance: In order to enhance the values of property throughout the city and to protect and to stabilize the general appearance of residential structures, landscapes and open areas, the following appearance codes shall be included in the requirements for all new residential construction:

a. The project shall enhance both the site on which it is located and the sites surrounding the project.

b. No project shall adversely affect the current market values of any existing property in the neighborhood.

c. No project shall adversely affect the environment.

d.  Architectural design is not restricted. Evaluation by the appearance of a project shall be based on quality of its design and relationship to the surroundings.

e.  Buildings shall have good scale and be in harmony with existing permanent neighboring development.

f.  Materials shall have good architectural character and should be selected for harmony of the building with adjoining buildings.

g.  No more than three (3) different types of exterior wall materials shall be used. Materials shall be suitable to the type of building and design for which they are used.

h.  All sides of the structure shall receive design consideration. A facade unrelated to the rest of the building is not in keeping with acceptable design.

i.  Monotony of design in any construction shall be avoided. Variation of detail, form and siding shall be used to provide visual interest.

(4)  Relationship of building to site:

a.  The site shall be planned to accomplish a desirable aesthetic transition with the streetscape and to provide for adequate off street parking.

b.  The site in R-1 districts shall include the off street parking in the form of a paved drive meeting the standard requirements.

c.  The off street parking shall not remove the acceptable open land space requirement established.

(5)  Landscape and site treatment:

a.  Where natural or existing topographic patterns contribute to the beauty and utility of the site, they shall be preserved as well as developed.

b.  Each site shall be addressed by a landscape plan which shall include the use of sod (front), sod/seeding (rear and side) or a decorative means to cover exposed soil of all open spaces in order to promote drainage, prevent soil erosion and for dust abatement.

c.  Each site will include the planting of at least one (1) tree in order to promote energy conservation, to enhance the environment, for sound absorption and to contribute to good appearance.

*Lot coverage.*  No building with its accessory building shall occupy in excess of fifty (50) percent of an interior nor in excess of sixty (60) percent of a corner lot.

*Special uses.*  The following uses may be allowed if their site locations and proposed development plans are first approved as provided in the Administrative Section:

Churches, rectories, seminaries, convents, monasteries and similar religious institutions, including dormitories and other accessory uses required for operation.

Community residences that fail to meet all requirements for an administrative occupancy permit, excluding community residences denied a required local or state license.

*7.2 R-2 two-family and three-family residence.*

*Permitted uses.*  The following uses are permitted:

Any use permitted in the R-1 one-family residence district.

Two-family dwellings.

Three-family dwellings.

*Special uses.*  Any use which may be allowed as a special use in the R-1 one-family residence district, in accordance with the provisions of the administrative section.

*Automobile parking facilities.*  Automobile parking facilities shall be provided as required or permitted in section

10.4.

*Height of buildings.*  Same as R-1.

*Lot size.*

> (1)  For dwellings hereafter erected, the same regulations shall apply as are required for one-family dwellings in the R-1 one-family residence district.
>
> (2)  Every two-family dwelling hereafter erected shall be on a zoning lot having a minimum area of not less than six thousand (6,000) square feet and a minimum width of not less than fifty (50) feet at the building line, provided that where a lot has less width than herein required and was recorded under separate ownership from adjoining lots prior to the date of adoption of this ordinance, such lot may be occupied by a two-family dwelling, but in no case shall the lot area per dwelling unit be less than three thousand (3,000) square feet.
>
> (3)  Every three-family dwelling hereafter erected shall be on a zoning lot having a minimum area of not less than seven thousand five hundred (7,500) square feet and a minimum width of not less than seventy-five (75) feet at the building line, provided that where a lot has less width than herein required and was recorded under separate ownership adjoining lots prior to the date of adoption of this ordinance, such lot may be occupied by a three-family dwelling, but in no case shall the lot area per dwelling unit be less than two thousand five hundred (2,500) square feet.
>
> (4)  All nonresidential principal uses of buildings as permitted herein shall be located on a tract of land having an area of not less than seven thousand five hundred (7,500) square feet with a minimum width of seventy-five (75) feet at the established building line.
>
> (5)  Minimum lot sizes for special uses shall be prescribed and conditions stipulated at the time a special use permit is authorized, but in no case shall any such lot have an area less than seven thousand five hundred (7,500) square feet and a width of seventy-five (75) feet at the established building line.

*Yard areas.*  No building shall be erected or enlarged unless the following yards are provided and maintained:

> (1)  Front yard. A front yard of not less than twenty-five (25) feet shall be provided and maintained.
>
> (2)  Side yards. A side yard on each side of the principal building of not less than ten (10) percent of the lot width, except where a side yard adjoins a street, the minimum width on the street side shall be not less than ten (10) feet. In no case shall a side yard be less than five (5) feet.
>
> (3)  Rear yard. A rear yard of not less than forty (40) feet.

*Dwelling standards.*  One-family and two-family dwellings hereafter erected in the R-2 residence district shall form to the floor areas as required for one-family dwellings in the R-1 residence district for each dwelling unit.

*Lot coverage.*  Same as R-1. Three-family dwellings hereafter erected shall have a total ground floor area of not less than one thousand four hundred (1,400) square feet, measured as provided in R-1.

*Dwelling standards.*

> (1)  For one-family dwellings hereafter erected in this R-4 general residence district, the same floor area shall be required as in the R-2 one-family residence district.
>
> (2)  For two-family dwelling structures hereafter erected, the same floor areas shall be required as in the R-3 two-family residence district.

*7.3 R-3 multiple-family residence district.*

*Permitted uses.*  No building or land shall be used and no building shall hereafter be erected, structurally altered, or enlarged unless otherwise provided herein except for the following uses:

> Multiple-family dwellings and apartments.
>
> One-family row dwellings (party) walls.
>
> Apartment hotels.
>
> Hotels in which incidental business may be conducted only as a service for the persons living therein,

provided there is no entrance to such places of business except from the inside of the building and provided that no sign advertising such business shall be visible from outside the business.

*Special uses.* The following uses may be allowed if their site locations and proposed development plans are first approved as provided in the administrative section:

> Boarding-houses and lodging houses.

> Fraternity or sorority houses.

> Hospitals (but not including animal hospitals), convalescent homes, rest homes and nursing homes.

> Medical and dental offices and group medical centers.

> Philanthropic or eleemosynary uses or institutions.

> Private clubs or lodges, except those the chief activity of which is a service normally carried on as a business.

*Automobile parking and loading facilities.* Automobile parking and loading facilities shall be provided as required or permitted in section 10.4.

*Lot area per dwelling.*

> (1)  For every building hereafter erected or structurally altered containing four (4) or more units, the following minimum lot areas per dwelling unit shall be provided:

>> Apartment with three (3) or more bedrooms: Two thousand (2,000) square feet.

>> Apartment with one (1) or two (2) bedrooms: One thousand five hundred (1,500) square feet.

>> Efficiency apartments: Eight hundred (800) square feet.

> When open space is provided and maintained on the zoning lot in excess of that required by the regulations in this R-5 district, the number of dwelling units may be increased in accordance with the following schedule: For each one thousand (1,000) square feet of lot area devoted to open space one (1) additional one (1) bedroom or efficiency dwelling unit shall be permitted; for each one thousand five hundred (1,500) square feet of open space one (1), two (2) bedroom dwelling unit; for each two thousand (2,000) square feet of open space one (1) dwelling unit of three (3) or more bedrooms. When such open space is provided the maximum floor area ratio may be increased by an amount necessary to accommodate the added dwelling units and necessary off-street parking when such parking is provided within the principal building.

> No existing use shall be converted in such a way as to conflict with or further conflict with, the foregoing requirements.

> (2)  Further, no residential building shall be established hereafter on a lot which is less than six thousand (6,000) square feet in area and fifty (50) feet in width at the established building line.

> (3)  For nonresidential principal uses permitted in this district, the lot area shall be not less than ten thousand (10,000) square feet with a width at the established building line of not less than seventy-five (75) feet.

> (4)  Minimum lot sizes for special uses shall be prescribed by the zoning board of appeals, with the approval of the city council, at the time a special use permit is authorized, but in no case shall any such lot size be less than ten thousand (10,000) square feet in area nor less than seventy-five (75) feet in width.

*Yard areas.* No building shall be erected or enlarged unless the following yards are provided and maintained:

> (1)  Front yard. For each building on a zoning lot, a front yard shall be provided of not less than twenty-five (25) feet. For buildings exceeding twenty-five (25) feet in height, the minimum front yard shall be increased by one (1) foot for each two (2) feet or fraction thereof by which the building height exceeds twenty-five (25) feet, but in no case shall a front yard or more than forty (40) feet be required. Required front yards shall be unobstructed from ground level to sky, except as otherwise provided inSection IV.

> (2)  Side yards. For each building on a zoning lot, side yards shall be provided as follows:

>> a.  For multiple-family dwellings, the side yard on each side of each residential building shall be

a minimum of five (5) feet in width plus an additional two (2) feet in width for each additional story above two (2) stories in height. On corner lots there shall be maintained a side yard of not less than ten (10) feet on the side adjacent to the street which intersects the street upon which the building maintains frontage, and in the case of a reversed corner lot there shall be maintained a setback from the side street of not less than fifty (50) percent of the front yard required on the lots in the rear of such corner lots, but such setback need not exceed fifteen (15) feet. No accessory building on said reversed corner lot shall project beyond the front yard required on the adjacent lot to the rear, nor be located nearer than five (5) feet to the side lot line of said adjacent lots.

b. For lots improved with a nonresidential building, there shall be a side yard of not less than twelve (12) feet on each side of the main structure and a combined total of side yards of not less than thirty (30) feet.

c. For special uses side yards shall be established in the ordinance permitting the special use but in no case shall the side yards be less than that required for nonresidential use in "b" above.

(3) Rear yard. There shall be a rear yard of not less than thirty (30) feet.

*Lot coverage.* No building with its accessory building shall occupy in excess of fifty (50) percent of the area of an interior lot not in excess of sixty (60) percent of the area of a corner lot.

(Code 1980, App. B, § VII; Ord. No. 85-37, §§ 1, 2, 10-24-1985; Ord. No. 90-36, § 1, 7-26-1990; Ord. No. 91-7, §§ 3, `-14-1991; Ord. No. 93-11, § 1, 4-8-1993)

## Sec. VIII. Commercial business district.

*8.1. B Commercial business district.*

*Permitted uses.* The following is a list of uses permitted in the commercial business district, provided they are operated entirely within a building, except for off-street parking or loading facilities:

Air conditioning and heating sales and service.

Antique shops.

Art, dancing, vocational, professional and business schools.

Art galleries and studios.

Art needle work and hand weaving.

Auto and truck accessories store.

Automobile laundries.

Automobile sales, including accessories.

Banks and financial institutions.

Bakery shops, including the baking and processing of food products when prepared for retail use on the premises only.

Barber shops and beauty parlors.

Book and stationery stores.

Candy and ice cream shops.

Camera, photographic supply, developing and processing shops for retail sales.

Cameras and other photographic equipment and supplies.

Carpet, rug and linoleum stores.

China and glassware stores.

Christmas tree sales.

APPENDIX B ZONING*                                                    Page 28 of 74

Clothing stores.

Coin and philatelic stores.

Collection agency.

Currency exchanges.

Custom dressmaking, millinery or tailoring when conducted for retail sale on the premises only.

Dentures.

Department stores.

Drug stores.

Electrical and plumbing parts and supplies distributor (wholesale).

Electrical appliance stores and repairs, but not including appliance assembly or manufacturing.

Electrical television and radio sales (wholesale).

Employment agency.

Festivals (with council approval), per day.

Florist shops and conservatories for retail trade on the premises only.

Funeral parlor or mortuary.

Furniture stores.

Furrier, when conducted for retail trade on the premises only.

Gift shops.

Grocery stores.

Hardware stores.

Haberdasheries.

Health clubs.

Hobby and craft stores.

Interior decorating shops, including upholstering and making of draperies, slip covers and other similar articles, when conducted as a part of the retail operations and secondary to the main use.

Jewelry and watch repair shops.

Key and/or bicycle repair shop.

Laundries, automatic, self-service types, or hand.

Leather goods and luggage stores.

Locksmith.

Millinery shops.

Musical instrument sales and repair, retail trade only.

Nursery for children.

Office supply, equipment and furniture store.

Offices, business and professional, including medical clinics.

Off-street parking and loading facilities, as permitted or required in accordance with the provisions of section.

Oil lubricating facilities for motor vehicles.

Optical sales, glasses, frames and lenses.

Orthopedic and medical appliance store, but not including the assembly or manufacture of such articles.

Photography studios, including the development of film and pictures when done as a part of the retail business on the premises.

Picture framing, when conducted for retail trade on the premises only.

Plumbing and heating showrooms and shops.

Printing and newspaper publishing, including engraving and photo-engraving.

Private clubs and lodges of fraternal and religious organizations when not operated for profit.

Private police protection and/or detective agencies.

Public utility collection offices.

Restaurants.

Retail tire and accessories.

Savings and loan associations.

Sewing machine sales and service.

Shoe and hat stores, and repairing when done as a part of the retail business.

Signs, as permitted and regulated in section.

Sporting goods stores.

Telegraph offices.

Telephone and business answering service.

Television parts and supplies distributors.

Theater (indoor) within zoning lots of fifty (50) acres or more.

Tobacco stores.

Toy stores.

Trailer sales.

Travel bureau and transportation ticket offices.

*Special uses.* Retail businesses not specifically listed above when found to have economic compatibility with established uses on adjoining property shall meet the requirements of section 12.7.

*Conditions of use.* All uses permitted in this district shall be retail establishments dealing directly with consumers and shall be subject to the following conditions:

The sale of food stuffs or articles intended for human consumption shall be conducted wholly within an enclosed building equipped with adequate sanitary facilities.

There shall be no manufacture, processing or treatment of products other than those which are clearly incidental and essential to the retail business conducted on the same premises.

Such uses, operations or products shall not be objectionable due to odor, dust, smoke, noise, vibration or other similar causes.

That any exterior sign displayed shall pertain only to a use conducted within the building.

*Transitional yards.* Where a B-1 district adjoins a residential district, transitional yards shall be provided in accordance with the following regulations:

When lots in a local business district front on the street and at least eighty (80) percent of the frontage directly across the street between two (2) consecutive intersecting streets is in a residential district, the front yard regulations for the residential district shall apply to the said lots in the business district.

In a district where a side lot line coincides with a side or rear lot line of property in an adjacent residential district, a yard shall be provided along with side lot line. Such yard shall be equal in dimension to the minimum side yard which would be required under this ordinance for a residential use on the adjacent property in the residence district.

In a local business district where a rear lot line coincides with a rear lot line of property in an adjacent residential district, a yard shall be provided along such rear lot line. Such yard shall be twenty (20) feet in depth.

In a business district, where the extension of a front or side lot line coincides with the front lot line of an adjacent lot located in a residential district, a yard equal in depth to the minimum front yard required by this ordinance on such adjacent lot in the residential district shall be provided along such front or side lot line for a distance of at least twenty-five (25) feet, including the width of any intervening alley, from such lot in the residential district.

Transitional yards shall be unobstructed from lowest level to sky except as allowed in section.

*Maximum floor area and coverage.* The floor area shall not exceed more than sixty (60) percent of a zoning lot shall be covered by a building or buildings.

*Off-street parking and loading.* Off-street parking and loading shall be as permitted or required in section.

*Rear yard.* There shall be a rear yard having a depth of not less than ten (10) feet.

*8.2 B-2 service commercial business district.*

(1)  *Description and intent of district.* The B-2 district is intended to provide a mix of retail and general business uses within the city. The type of general business uses permitted includes those uses deemed compatible with retail uses. The district is intended for application on smaller development sites.

(2)  *Permitted uses.* The following uses are permitted uses in the B-2 district:

Air conditioning, plumbing and heating sales and service.

Auto and truck parts and accessory stores (new parts sales).

Appliance store.

Banks and financial institutions.

Banquet hall.

Bakery (on-site sales only).

Barbershop and hair salon.

Books and periodicals.

Bicycle sales and repair.

Camera and photo equipment store.

Catering service.

Car care center (brakes, muffler, lube, tire, detailing and accessories in a completely enclosed building).

Christmas tree sales.

Clinic.

Currency exchanges.

Dry cleaners.

Electrical and plumbing parts and supplies distribution.

Employment agency.

Exterminator and pest control.

Florists shops.

Garden supply.

Gift shop.

Hardware store.

Health and fitness club.

Heating and plumbing sales and service.

Higher education facilities and classrooms for business and professional schools.

Household electrical appliance sales and repair (excluding sales and manufacturing).

Home improvement center.

Laundromat, automatic coin operated.

Locksmith.

Mortuaries and funeral parlors.

Music or dance studio.

Office, service and business.

Office supply store.

Orthopedic and medical supply store.

Photocopy and retail printing services.

Photography studio.

Plumbing showroom and shop.

Physical therapy facilities, medical.

Post office and express mail agencies.

Printing and publishing services.

Radio and television stations and studios.

Restaurant.

Savings and loan.

Sewing machine sales and repair.

Shoe repair.

Small animal grooming establishment.

Taxi service company.

Taxi stand.

Taxidermists.

Telegraph office.

Television sales and service.

Truck and trailer rental agency.

Accessory uses.

(3) *Special uses.* The following special uses may be authorized in conformance with subsection 12.7 of this ordinance:

Automobile laundry.

Bus station.

Child care center and preschool.

Churches.

Cultural institutions including art galleries and museums.

Drive-in and drive-through facilities.

Gasoline fuel station and food mart.

Institutional uses.

Kennel (wholly enclosed).

Parks and recreation facilities.

Planned development.

Public utilities, facilities and services.

Self-service storage facilities.

Veterinary hospital.

Accessory uses.

(4)  *Lot size requirements.*

    (a)  The lot area of each zoning lot shall not be less than twelve thousand (12,000) square feet.

    (b)  The minimum lot width of each zoning lot shall not be less than seventy-five (75) feet.

(5)  *Yard requirements.*  The following yards shall be maintained in the B-2 district:

TABLE INSET:

|              | Building  (1) | Parking |
|--------------|---------------|---------|
| Front        | 10 ft.        | 6 ft.   |
| Side         | 5 ft.         | 5 ft.   |
| Rear         | 5 ft.  (2)    | 5 ft.   |
| Transitional | 6 ft.  (2)    | 6 ft.   |

In a B-2 district where the extension of a front or side lot line coincides with the front or side lot line of an adjacent lot located in a residentially zoned district, a yard equal to the depth of the minimum front yard required by this ordinance, on such adjacent lot in the residential district, shall be provided along such front or side lot line in the B-2 district.

2  Where a zoning lot adjoins an improved alley which also lies across and adjoins residentially zoned land, the yard may be reduced to zero for the placement of the principal structure only.

(6)  *Maximum lot coverage.*  The total lot area occupied by any principal buildings and accessory buildings, together with all impervious surfaces, shall not exceed ninety (90) percent.

(7)  *Maximum floor area.*  The maximum allowable floor area ratio in the B-2 district is .8.

(8)  *Maximum building height.*  No building or structure shall be erected or altered to exceed a height of thirty-five (35) feet.

(9)  *District standards.*

    (a)  All on-site utility lines, but excluding high tension power lines, shall be located underground.

    (b)  At the discretion of the approving authority as part of any site plan approval, blanket cross-easements for vehicle access may be obtained generally parallel to the interior of front property lines. These easements are intended to provide for effective motor vehicle access, minimizing access to public streets. Easements will not be required where a frontage road system is in place or a

coordinated access system is provided through a planned development.

(c)  All business, service, storage, and display of goods and services shall be conducted within a completely enclosed structure, except:

    1.  Off-street parking and loading;

    2.  Recreational uses;

    3.  Accessory uses;

    4.  Uses allowed as part of a special use permit.

(d)  All development shall meet the performance standards requirements of subsection 9.1 M-1 light industrial district.

(10)  *Related regulations and requirements.*  Other pertinent regulations contained within this ordinance that shall be observed, include, but are not limited to:

(a)  Section IV [XII], subsection 12.9, State Street—State Line Road Redevelopment Area site development plan review.

(b)  Section IV [XII], subsection 12.10, Landscape plan approval.

(c)  Section X, Off-street parking and loading.

(d)  Section XI, Signs.

### 8.3 B-3 community commercial business district.

(1)  *Description and intent of district.*  The B-3 district is intended to serve immediate neighborhoods and the community with a range of retail goods and services. The district is intended to be smaller in overall scale, and situated at select arterial and collector street locations.

(2)  *Permitted uses.*  The following uses are permitted uses in the B-3 district:

Apparel.

Appliance stores.

Arts and crafts stores.

Art and office supply.

Automobile accessory store.

Bakery (on-site retail sales only).

Banks and other financial institutions.

Barbershop and hair salon.

Books and periodical store.

Brokerage office.

Carpet, rug and linoleum store.

Consumer electronics store.

Delicatessen.

Drugs and cosmetic store.

Employment agency.

Florist shop.

Food store and food mart.

Gift shop.

Grocery store.

Hardware store.

Health and fitness club.

Hobby shop.

Housewares and kitchen supply.

Interior decorating.

Jewelry store.

Laundromat, automatic, coin operated.

Locksmith shop.

Music store.

Office, service and business.

Office supply store.

Optical sales and service.

Paint and wall paper store.

Pet store.

Photocopying and retail printing services.

Picture framing shop.

Planned development.

Post office.

Restaurant.

Secretarial services.

Shopping center.

Sporting goods and bicycle shop.

Telegraph and telephone answering service.

Television sales and service.

Taxi stand.

Toy store.

Variety store.

Video and music sales and rental store.

Accessory uses.

(3)  *Special uses.*  The following special uses may be authorized in conformance with subsection 12.7 of this ordinance:

Automobile laundry.

Child day care center and preschool.

Churches.

Clinics.

Cultural institutions including art galleries and museums.

Drive-in and drive-through facilities.

Gasoline fuel station and food mart.

Institutional uses.

Library.

Parks and recreation.

Planned development.

Public utilities, facilities and services.

Accessory uses.

(4) *Lot size requirements.*

(a) The lot area of each zoning lot shall not be less than twenty thousand (20,000) square feet.

(b) The minimum lot width of each zoning lot shall not be less than one hundred fifty (150) feet.

(5) *Yard requirements.* The following yards shall be maintained in the B-3 district:

TABLE INSET:

|  | Building (1) | Parking |
|---|---|---|
| Front | 10 ft. | 6 ft. |
| ~~de~~ | 5 ft. | 5 ft. |
| Rear | 5 ft. | 5 ft. |
| Transitional | 10 ft. | 6 ft. |

(1) In a B-3 district where the extension of a front or side lot line coincides with the front or side lot line of an adjacent lot located in a residentially zoned district, a yard equal to the depth of the minimum front yard required by this ordinance, on such adjacent lot in the residential district, shall be provided along such front or side lot line in the B-3 district.

(6) *Maximum lot coverage.* The total lot area occupied by any principal buildings and accessory buildings, together with all impervious surfaces, shall not exceed ninety (90) percent.

(7) *Maximum floor area.* The maximum allowable floor area ration in the B-3 district is .5.

(8) *Maximum building height.* No building or structure shall be erected or altered to exceed a height of thirty-five (35) feet.

(9) *District standards.*

(a) All on-site utility lines, but excluding high tension power lines, shall be located under ground.

(b) At the discretion of the approval authority as part of any site plan approval, blanket cross-easements for vehicle access may be obtained generally parallel to the interior of front property lines. These easements are intended to provide for effective motor vehicle access, minimum access to public streets. Easements will not be required where a frontage road system is in place or a coordinated access system is provided through a planned development.

(c) All business, service, storage, and display of goods and services shall be conducted within a completely enclosed structure, except:

1. Off-street parking and loading;

2. Recreational uses;

3. Accessory uses;

4. Uses allowed as part of a special use permit.

(d) All development shall meet the performance standards requirements of subsection 9.1 M-1 light industrial district.

(10) *Related regulations and requirements.* Other pertinent regulations contained within this ordinance that shall be observed, include, but are not limited to:

(a) Section IV [XII], subsection 12.9 State Street--State Line Road Redevelopment Area site development plan review.

(b) Section IV [XII], subsection 12.10, Landscape plan approval.

(c) Section X, Off-street parking and loading.

(d) Section XI, Signs.

(Code 1980, App. B, § VIII; Ord. No. 83-10, § 2, 3-24-1983; Ord. No. 83-18, § 1, 8-11-1983; Ord. No. 86-8, § 1, 3-27-1986; Ord. No. 87-23, § 1, 11-12-1987; Ord. No. 88-17, §§ 1, 3, 7-14-1988; Ord. No. 90-36, § 2, 7-26-1990; Ord. No. 93-4, § 1a., 2-25-1993; Ord. No. 96-30, § 1(Exh. A), 5-23-1996)

## Sec. IX. Industrial districts.

*9.1 M-1 light industry district.*

*Conditions of use.* All permitted uses are subject to the following conditions:

Any production, processing, cleaning, servicing, testing, repair or storage of goods, materials, or products shall conform with the performance standards set forth below.

All business, production, servicing and processing shall take place within completely enclosed buildings unless otherwise, specified. Within one hundred and fifty (150) feet of a residence district, all storage shall be in completely enclosed buildings or structures, and storage located elsewhere in this district may be open to the sky but shall be enclosed by solid walls or fences (including solid doors or gates thereto) at least eight (8) feet high, but in no case lower in height than the enclosed storage and suitably landscaped.

However, open off-street loading facilities and open off-street parking of motor vehicles under one and one-half (1 1/2) tons capacity may be enclosed throughout the district, except for such screening of parking and loading facilities as may be required under the provisions of Section X.

Uses established on the effective date of this ordinance and, by its provisions, are rendered nonconforming, shall be permitted to continue, subject to the provisions of section.

Uses established after the effective date of this ordinance shall conform fully to the performance standards hereinafter set forth for the district.

*Permitted uses.* The following uses are permitted:

Retail and services uses, as follows:

Animal pounds and shelters.

Automobile service stations where the retail sale of gasoline and oil for motor vehicles, including minor services customarily incidental thereto, may be conducted out-of-doors. Lubricating and washing facilities, including auto laundries, are permitted only if in a completely enclosed building.

Battery and tire service stations.

Beverages, nonalcoholic, bottling and distributing.

Contractor or construction shops, such as building, cement, electrical, refrigeration, air conditioning, masonry, painting, plumbing, roofing, heating and ventilating.

Fuel sales, with storage of fuel oils, gasoline and other flammable products limited to one hundred twenty thousand (120,000) gallons per tank, with the total storage on a zoning lot not to exceed five hundred thousand (500,000) gallons.

Garages and parking lots, other than accessory, and subject of the provisions of Section X.

Greenhouses.

Ice sales, linen, towel, diaper and other similar supply services.

Riding academies and stables, horse.

Production, processing, cleaning, testing or repair, limited to the following uses and products:

Advertising displays.

Apparel and other products manufactured from textiles.

Automobile painting, upholstering, repairing, reconditioning, and body and fender repairing, when done within the confines of a structure.

Awnings, venetian blinds.

Bakeries.

Beverages, nonalcoholic.

Blacksmith shops.

Books, hand binding and tooling.

Bottling works.

Brushes and brooms.

Building equipment, building materials, lumber, coal, sand and gravel yards, and yards for contracting equipment of public agencies, or public utilities, or materials or equipment of similar nature.

Canning and preserving.

Canvas and canvas products.

Carpet and rug cleaning.

Carting, express hauling or storage yard.

Cement block manufacture.

Ceramic products, such as pottery and small glazed tile.

Cleaning and dyeing establishments.

Clothing.

Cosmetics and toiletries.

Creameries and dairies.

Drugs.

Electric appliances such as lighting fixtures, irons, fans, toasters and electric toys.

Electrical equipment assembly, such as home radio and television receivers and home movie equipment, but not including electrical machinery.

Electrical supplies, manufacturing and assembly of, such as wire and cable assembly, switches, lamps, insulation and dry cell batteries.

Food products, processing and combining of (except meat and fish), baking, boiling, canning, cooking, dehydrating, freezing, frying, grinding, mixing and pressing.

Fur goods, not including tanning and dyeing.

Glass products, from previously manufactured glass.

Hair, felt, and feather products (except washing, curing and dyeing).

Hat bodies of fur and wool felt.

Hosiery.

House trailers.

Ice, dry and natural.

Ink mixing and packaging and inked ribbons.

Insecticides.

Jewelry.

Laboratories, medical, dental, research, experimental and testing, provided there is no danger from fire or explosion nor offensive noise, vibration, smoke, dust, odors, heat, glare or other objectionable influences.

Laundries.

Leather products, including shoes and machine belting.

Luggage.

Machine shops for tool, die and pattern making.

Meat products.

Metal finishing, plating, grinding, sharpening, polishing, cleaning, rustproofing, and heat treatment.

Metal stamping and extrusion of small products, such as costume jewelry, pins and needles, razor blades, bottle caps, buttons and kitchen utensils.

Musical instruments.

Orthopedic and medical appliances, such as artificial limbs, braces, supports, and stretchers.

Paper products, small, such as envelopes and stationery, bags, boxes, tubes and wallpaper printing.

Perfumes and cosmetics.

Pharmaceutical products, compounding only.

Plastic products, but not including the processing of the raw materials.

Poultry and rabbits, slaughtering.

Precision instruments, such as optical, medical and drafting.

Products from finished materials, plastic, bone, cork, feather, felt, fibre, fur, glass, hair, horn, leather, paper, precious and semiprecious stones, rubber, shell or yarn.

Public utility electric substations and distribution centers, gas regulation centers and underground gas holder stations.

Repair of household or office machinery or equipment.

Rubber products, small, and synthetic treated fabrics (excluding all rubber and synthetic processing), such as washers, gloves, footwear, bathing caps and atomizers.

Silverware, plate and sterling.

Soap, and detergents, packaging only.

Soldering and welding.

Sporting and athletic equipment, such as balls, baskets, cues, gloves, bats, racquets and rods.

Statuary, mannequins, figurines, and religious and church art goods, excluding foundry operations.

Storage and sale of trailers, farm implements and other similar equipment on an open lot.

Storage of flammable liquids, fats or oil in tanks each of fifty thousand (50,000) gallons or less capacity, but only after the locations and protective measures have been approved by local governing officials.

Textiles, spinning, weaving, manufacturing, dyeing, printing, knit goods, yarn thread and cordage, but not including textile bleaching.

Tobacco curing and manufacturing, and tobacco products.

Tool and die shops.

Tools and hardware, such as bolts, nuts and screws, door-knobs, drills, hand tools and cutlery, hinges, house hardware, locks, non-ferrous metal castings and plumbing appliances.

Toys.

Truck, tractor, trailer or bus storage yard, but not including a truck or motor freight terminal which shall be treated under the subsection, Special Uses.

Umbrellas.

Upholstering (bulk), including mattress manufacturing, rebuilding and renovating.

Vehicles, children's, such as bicycles, scooters, wagons and baby carriages.

Watches.

Wood products, such as furniture, boxes, crates, baskets and pencils and cooperage works.

Any other manufacturing establishments that can be operated in compliance with the performance standards of subsection "performance standards," without creating objectionable noise, odor, dust, smoke, gas, fumes or vapor; and that is a use compatible with the use and occupancy of adjoining properties.

Wholesale and warehousing, local cartage and express facilities (but not including motor freight terminals).

Public and community service uses, as follows:

Bus terminals, bus garages, bus lots, street railway terminal, or street car houses.

Electric substations.

Fire stations.

Municipal or privately owned recreation buildings or community centers.

Parks and recreation areas.

Police stations.

Sanitary land fill.

Sewage treatment plants.

Telephone exchanges.

Water filtration plants.

Water pumping stations.

Water reservoirs.

Residential uses, as follows:

Dwelling units for watchmen and their families when located on the premises where they are employed in such capacity.

Miscellaneous uses, as follows:

Accessory uses.

Radio and television towers.

Temporary buildings for construction purposes, for a period not to exceed the duration of such construction.