IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AYANNA WALKER, for herself and all others similarly situated, ) ) ) | |
| ) | Case No. 07 C 6148 |
| *Plaintiff,* ) ) | |
| v. ) ) | Judge Milton I. Shadur |
| CALUMET CITY, ILLINOIS, ) ) | |
| *Defendant.* ) ) ) ) ) | |

### NOTICE OF MOTION

To:  John B. Murphey                                    Mark H. Sterk
     ROSENTHAL MURPHEY & COBLENTZ          ODELSON & STERK, LTD.
     30 North LaSalle Street                         3318 West 95th Street
     Suite 1624                                              Evergreen Park, Illinois 60805
     Chicago, Illinois 60602

PLEASE TAKE NOTICE that on May 6, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur in courtroom 2303 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing Plaintiff's **MOTION FOR LEAVE TO FILE AMENDED COMPLAINT TO ADD A NEW PLAINTIFF AND FOR EXTENSION OF TIME TO FILE BRIEFS REGARDING MOOTNESS, CLASS CERTIFICATION AND MOTION TO DISMISS**, a copy of which is attached hereto.

Dated: May 1, 2008                                   Respectfully submitted,

                                                                AYANNA WALKER,


                                                                By:___/s/ Patrick T. Nash_____
                                                                      One of Her Attorneys

Philip C. Stahl
Patrick T. Nash
Donald P. Bunnin
Maggie M. Hanel
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700

150121v1

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, certify that on this 1st day of May, 2008, I served the foregoing **NOTICE OF MOTION** to the following by Electronic Mail Transmission via the ECF System upon:

> Mark H. Sterk
> ODELSON & STERK, LTD.
> 3318 West 95th Street
> Evergreen Park, Illinois 60805
>
> John B. Murphey
> ROSENTHAL, MURPHEY & COBLENTZ
> 30 North LaSalle Street
> Suite 1624
> Chicago, IL 60602

/s/ Patrick T. Nash
Patrick T. Nash

150121v1