IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AYANNA WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 07 C 6148 |
| | ) | |
| v. | ) | |
| | ) | |
| CALUMET CITY, ILLINOIS, | ) | Judge Milton I. Shadur |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  John B. Murphey                         Mark H. Sterk
     ROSENTHAL MURPHEY & COBLENTZ            ODELSON & STERK, LTD.
     30 North LaSalle Street                 3318 West 95th Street
     Suite 1624                              Evergreen Park, Illinois 60805
     Chicago, Illinois 60602

     Marcia B. Gevers
     MARCIA B. GEVERS & ASSOCIATES
     19710 Governors Highway, Suite 8
     Flossmoor, IL 60422
     Counsel for Hussein H. Mann & Debra Houston-Mann

PLEASE TAKE NOTICE that on May 6, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur in courtroom 2303 of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then and there present for hearing **PLAINTIFF AYANNA WALKER'S MOTION TO REASSIGN RELATED CASE UNDER LOCAL RULE 40.4**, a copy of which is attached hereto.

Dated: May 1, 2008                          Respectfully submitted,

                                            **AYANNA WALKER**

                                            By:    /s/ Patrick T. Nash
                                                   One of Her Attorneys

Philip C. Stahl
Patrick T. Nash
Donald P. Bunnin
Maggie M. Hanel
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700

149848v1

## **CERTIFICATE OF SERVICE**

I, Patrick T. Nash, certify that on this 1st day of May, 2008, I served the foregoing **NOTICE OF MOTION** to the following by Electronic Mail Transmission via the ECF System upon:

>Mark H. Sterk
>ODELSON & STERK, LTD.
>3318 West 95th Street
>Evergreen Park, Illinois  60805
>
>John B. Murphey
>ROSENTHAL, MURPHEY & COBLENTZ
>30 North LaSalle Street
>Suite 1624
>Chicago, IL  60602

And by Electronic Mail on:

>Marcia B. Gevers
>MARCIA B. GEVERS & ASSOCIATES
>19710 Governors Highway, Suite 8
>Flossmoor, IL 60422
>Counsel for Hussein H. Mann and Debra Houston-Mann

>/s/ Patrick T. Nash
>Patrick T. Nash

149848v1