Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6148 | **DATE** | 5/22/2008 |
| **CASE TITLE** | Ayanna Walker vs. Calumet City, Illinois | | |

**DOCKET ENTRY TEXT**

Enter Final Order of Dismissal. Plaintiff's motion for leave to file an Amended Complaint and for Extension of Time is denied (52-1) Plaintiff's motion to reassign is denied. (54-1) All other pending motion are denied as moot.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|