**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

AYANNA WALKER,                              )
                                           )
                    *Plaintiff,*            )          Case No. 07 C 6148
                                           )
        v.                                 )
                                           )
CALUMET CITY, ILLINOIS,                     )          Judge Milton I. Shadur
                                           )
                    *Defendant.*            )
                                           )
                                           )
                                           )
                                           )

**NOTICE OF MOTION**

To:     John B. Murphey                     Mark H. Sterk
        ROSENTHAL MURPHEY & COBLENTZ        ODELSON & STERK, LTD.
        30 North LaSalle Street             3318 West 95th Street
        Suite 1624                          Evergreen Park, Illinois 60805
        Chicago, Illinois 60602


        PLEASE TAKE NOTICE that on June 17, 2008, at 9:15 a.m., or as soon thereafter as
counsel may be heard, we shall appear before the Honorable Milton I. Shadur in courtroom 2303
of the U.S. District Courthouse located at 219 South Dearborn Street, Chicago, Illinois, and then
and there present for hearing **PLAINTIFF'S PETITION FOR AN AWARD OF
ATTORNEY'S FEES AND EXPENSES PURSUANT TO 42 U.S.C. § 1988**, a copy of which
is attached hereto.


Dated: June 12, 2008                        Respectfully submitted,

                                            **AYANNA WALKER**

                                            By:___ /s/ Patrick T. Nash_____
                                                    One of Her Attorneys

Philip C. Stahl
Patrick T. Nash
Donald P. Bunnin
Maggie M. Hanel
GRIPPO & ELDEN LLC
111 South Wacker Drive
Chicago, IL 60606
Phone: (312) 704-7700


168749v1

## CERTIFICATE OF SERVICE

I, Patrick T. Nash, certify that on this 12th day of June, 2008, I served the

foregoing **NOTICE OF MOTION** to the following by Electronic Mail Transmission via the

ECF System upon:

Mark H. Sterk
ODELSON & STERK, LTD.
3318 West 95th Street
Evergreen Park, Illinois  60805

John B. Murphey
ROSENTHAL, MURPHEY & COBLENTZ
30 North LaSalle Street
Suite 1624
Chicago, IL  60602

/s/ Patrick T. Nash
Patrick T. Nash

168749v1