# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ayanna Walker

                    Plaintiff,

v.                                                  Case No.: 1:07−cv−06148
                                                    Honorable Milton I. Shadur

Calumet City, Illinois

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

        MINUTE entry before the Honorable Milton I. Shadur:Motion for attorney fees [64] is entered and continued. Response is due on or before July 22, 2008. Motion hearing held on 6/17/2008 regarding motion for attorney fees[64] Status hearing set for 7/24/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.